# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Derrick Washington </br> *Plaintiff* </br> v. </br> Massachusetts Department of Corrections, et al. </br> *Defendant* | ) </br> ) </br> ) Case No. 1:23-cv-10063 </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington, Plaintiff .

Date: 01/11/2023

/s/ D Dangaran
*Attorney's signature*

D Dangaran (BBO # 708195)
*Printed name and bar number*

Rights Behind Bars
416 Florida Avenue NW #26152
Washington, D.C. 20001
*Address*

d@rightsbehindbars.org
*E-mail address*

(929) 422-9193
*Telephone number*

*FAX number*