UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, )<br>)<br>) <br>Plaintiffs, )<br>)<br>v. )<br>)<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTIONS, et al. )<br>Defendants. )<br>) | Case No. 1:23-cv-10063 |

**CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Sophie Angelis, certify the following:

1. I am admitted to practice before the State of California and remain in good standing.
2. I have no disciplinary proceedings pending against me.
3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: January 13, 2023

Respectfully submitted,

/s/ Sophie Angelis
Sophie Angelis
Rights Behind Bars
416 Florida Ave. NW, #26152
Washington, DC 20001
sophie@rightsbehindbars.org
Tel: 202-455-4399