UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS DEPARTMENT OF ) <br> CORRECTIONS, et al. ) <br> Defendants ) <br> ) | Case No.1:23-cv-10063 |

**MOTION TO ADMIT AMARIS MONTES *PRO HAC VICE***

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiffs move for the admission of Amaris Montes, *pro hac vice*, on the following grounds:

1. Amaris Montes is admitted to practice and is in good standing before the State of Maryland. I have verified Amaris Montes has active membership and good standing in the Maryland bar by checking website operated by this State.

2. Amaris Montes has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated: January 13, 2023

Respectfully submitted,

/s/ Oren Nimni
Oren Nimni
BBO # 69182
Rights Behind Bars
416 Florida Ave. NW, #26152
Washington, DC 20001
oren@rightsbehindbars.org
Tel: 202-540-0029

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on January 13, 2023.

/s/ Oren Nimni
Oren Nimni
