# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS DEPARTMENT OF ) <br> CORRECTIONS, et al. ) <br> Defendants ) <br> ) | Case No. 1:23-cv-10063 |

## CERTIFICATION OF GOOD STANDING

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Amaris Montes, certify the following:

1. I am admitted to practice before the State of Maryland and remain in good standing.
2. I have no disciplinary proceedings pending against me.
3. I have reviewed and am familiar with the Local Rules of this Court.

    Dated: January 13, 2023

                                            Respectfully submitted,

                                            <u>/s/ Amaris Montes</u>
                                            Amaris Montes
                                            Rights Behind Bars
                                            416 Florida Ave. NW, #26152
                                            Washington, DC 20001
                                            Amaris@rightsbehindbars.org
                                            Tel: 202-455-4399