# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Derrick Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10063 (ADB) |
| Massachusetts Department of Correction et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington (Plaintiff).

Date: 01/17/2023

*Attorney's signature*

Amaris Montes
*Printed name and bar number*

416 Florida Avenue NW, #26152
Washington, DC 20001

*Address*

amaris@rightsbehindbars.org
*E-mail address*

(202) 455-4399
*Telephone number*

*FAX number*

Print    Save As...    Reset