# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Derrick Washington ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10063-ADB |
| Massachusetts DOC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington.

Date: 01/18/2023

s/ Sophie Angelis
*Attorney's signature*

Sophie Angelis, CA Bar No. 341668
*Printed name and bar number*

1601 Connecticut Ave. NW
Washington, DC 20009
*Address*

sophie@rightsbehindbars.org
*E-mail address*

(202) 455-4399
*Telephone number*

(202) 455-4399
*FAX number*

Print    Save As...    Reset