# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DERRICK WASHINGTON** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:23–CV–10063–ADB** |
| **MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Sergeant Tocci
> Souza Baranowski Correctional Center
> 1671 Shirley Road,
> Lancaster, MA 01523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Arnold Pacho
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2023–01–10 14:49:19, Clerk USDC DMA

Civil Action No.: **1:23–CV–10063–ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

**Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100     2/1/2023**

I hereby certify and return that on 2/1/2023 at 8:59 AM I served a true and attested copy of the SUMMONS AND COMPLAINT, REQUEST FOR RELIEF AND JURY DEMAND, in this action in the following manner: To wit, by delivering in hand to MIKE SHIRLEY, INNER PERIMETER SECURITY, agent, person in charge at the time of service for SERGEANT TOCCI at 1671 SHIRLEY ROAD, SOUZA BARANOWSKI CORRECTIONAL CENTER, LANCASTER, MA 01523. Service Fee ($30.00) Attest ($5.00) Mailing ($3.00) Total: $38.00

*Gregory Carr*

Gregory Carr
Deputy Sheriff

*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc:

## **CERTIFICATE OF SERVICE**

      On March 23, 2023, the undersigned filed this executed summons with this Court via the CM/ECF system. On February 1, 2023, Plaintiff's complaint and this summons were served on Sergeant Tocci via process server in the manner described in the summons.

      /s/ Sophie Angelis

Sophie Angelis,
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029
sophie@rightsbehindbars.org