# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DERRICK WASHINGTON**

*Plaintiff*

v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.**

*Defendant*

Civil Action No.:
**1:23–CV–10063–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAROL Micci, COMMISSIONER
Massachusetts Department of Corrections
50 Maple Street,
Milford, MA 01757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Arnold Pacho
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2023–01–10 14:49:19, Clerk USDC DMA

ST

Civil Action No.: **1:23–CV–10063–ADB**

**PROOF OF SERVICE**



**Worcester County Sheriff's Office P.O. Box 1066 Worcester, MA 01613
(508) 752-1100**

2/21/2023

I hereby certify and return that on 2/17/2023 at 1:01 PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to LORI WASHINGTON, , agent, person in charge at the time of service for CAROL MICCI, COMMISSIONER - MASSACHUSETTS DEPARTMENT OF CORRECTIONS at 50 MAPLE STREET SUITE 3, CENTRAL OFFICE MILFORD, MA 01757 . Service Fee ($30.00) Attest ($5.00) Mailing ($3) ($3.00) Mileage ($13.44) Office Expense ($20.00) Conveyance ($4.50) Total: $75.94

Steven Trottier
Deputy Sheriff

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____
Date

_____
Server's Signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc:

## **CERTIFICATE OF SERVICE**

On April 4, 2023, the undersigned filed this executed summons with this Court via the CM/ECF system. On February 17, 2023, Plaintiff's complaint and this summons were served on the Massachusetts Department of Corrections via process server in the manner described in the summons.

  /s/ Sophie Angelis

Sophie Angelis,
RIGHTS BEHIND BARS
416 Florida Ave. NW #26152
Washington, D.C. 20001
Telephone: (202) 540-0029
sophie@rightsbehindbars.org