UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS DEPARTMENT OF ) <br> CORRECTIONS, et al. ) <br> Defendants ) <br> ) | Civ. Case No. 1:23-cv-100063 |

## MOTION TO ADMIT AMBER ASHLEY JAMES *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiff moves for the admission of Amber Ashley James, *pro hac vice*, on the following grounds:

1. Amber Ashley James is admitted to practice and is in good standing before the State of California. I have verified Amber Ashley James has active membership and good standing in the California bar by checking the website operated by this State.

2. Amber Ashley James has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated: April 6, 2023

Respectfully submitted,

/s/ D Dangaran
D Dangaran
BBO # 708195
Rights Behind Bars
416 Florida Ave. NW, #26152
Washington, DC 20001
d@rightsbehindbars.org
Tel: 202-455-4399