UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON, )
)
) Civ. Case No. 1:23-cv-10063
Plaintiff, )
)
v. )
)
MASSACHUSETTS DEPARTMENT OF )
CORRECTIONS, et al. )
Defendants )
)

**CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Amber Ashley James, certify the following:

1. I am admitted to practice before the State of California and remain in good standing.
2. I have no disciplinary proceedings pending against me.
3. I have reviewed and am familiar with the Local Rules of this Court.

    Dated: April 6, 2023

                                              Respectfully submitted,

                                              /s/ Amber Ashley James
                                              Amber Ashley James
                                              CA Bar Number 330578
                                              8549 Wilshire Blvd. No. 2279
                                              Beverly Hills, CA 90211
                                              Tel: 323-508-4167