UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,

          Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, et al.,

          Defendants

Civ. Case No. 1:23-cv-100063

## MOTION TO ADMIT MIRIAM R. NEMETH *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiff moves for the admission of Miriam R. Nemeth, *pro hac vice,* on the following grounds:

1. Miriam R. Nemeth is admitted to practice and is a member in good standing of the bar of the District of Columbia. I have verified that Ms. Nemeth has active membership and good standing in the District of Columbia bar by checking the website operated by this State.

2. Ms. Nemeth has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

    Dated: June 9, 2023

                                      Respectfully submitted,

                                      /s/ D Dangaran
                                      D Dangaran
                                      BBO # 708195
                                      Rights Behind Bars
                                      416 Florida Ave. NW, #26152
                                      Washington, DC 20001
                                      d@rightsbehindbars.org
                                      Tel: 202-455-4399