UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON, )
)
) Civ. Case No. 1:23-cv-10063
Plaintiff, )
)
v. )
)
MASSACHUSETTS DEPARTMENT OF )
CORRECTIONS, et al., )
Defendants )
)

## CERTIFICATION OF GOOD STANDING

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Miriam R. Nemeth, certify the following:

1. I am admitted to practice before the District of Columbia and remain in good standing with that Bar.
2. I have no disciplinary proceedings pending against me.
3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: June 9, 2023

Respectfully submitted,

/s/ Miriam R. Nemeth
Miriam R. Nemeth
DC Bar Number 1028529
Rights Behind Bars
416 Florida Ave. NW, #26152
Washington, DC 20001
miriam@rightsbehindbars.org
Tel: 202-455-4399