UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Derrick Washington,

    Plaintiff,

v.

Massachusetts Department of Correction,
ET. AL.,,

    Defendant.

C.A. NO. 1:23-CV-10063-ADB

## NOTICE OF LIMITED APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please notice the limited appearance of Jeffrey S. Hangen, Esq. on behalf of defendant, Christian Capoccia, for the purpose of moving to dismiss the plaintiff's complaint.

Respectfully submitted,

Christian Capoccia, R.N.

By His Attorneys,

/s/ *Lori K. Vaulding*
Jeffrey S. Hangen, BBO #707264
jhangen@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:     617-342-4867

102863295

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 26, 2023

 /s/ *Jeffrey S. Hangen*