UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 23-cv-10063

DERRICK WASHINGTON,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

    Defendants.

## CERTIFICATION PURSUANT TO LR 16.1 (D)(3)

The undersigned counsel certifies that I have made the defendants aware of the anticipated cost of conducting this litigation and the alternatives to litigation, including mediation.

Dated: June 23, 2023

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General
**GENERAL COUNSEL**

/s/ Margaret Melville
_____
Margaret Melville,
Senior Litigation Counsel
BBO No. 477970
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x1149
margaret.melville@doc.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on counsel for plaintiff electronically.

Dated: 06/25/2023

/s/ Margaret Melville
_____
Margaret Melville, Counsel