IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Derrick Washington,<br>     Plaintiff,<br><br>v.<br><br>Massachusetts Department of Corrections, Superintendent Kenneway, Lieutenant Deschene, Lieutenant Forget, Sergeant Hellis, Sergeant Tocci, Officer Catalano, Officer Gagnon, Nurse Capoccia, Officer Does 1–23, Medical Director Doe, and Nurse Doe,<br><br>     Defendants. | Civ. Case No. 1:23-cv-10063 |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant Local Rule 16.1(D)(3), the undersigned counsel certifies that we have conferred with the Plaintiff on the above-captioned matter:

(a) with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
/s/ Amaris Montes

Amaris Montes, *pro hac vice*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
202-455-4399
amaris@rightsbehindbars.org

*Attorney for Plaintiff Derrick Washington*

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully submitted,
/s/ Amaris Montes

Amaris Montes, *pro hac vice*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
202-455-4399
amaris@rightsbehindbars.org

*Attorney for Plaintiff Derrick Washington*
