UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 23-cv-10063

DERRICK WASHINGTON,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

    Defendants.

### NOTICE OF WITHDRAWAL BY MARGARET MELVILLE

Undersigned counsel for the defendants, Margaret S. Melville, hereby files her notice of withdrawal in this action as of today, January 19, 2024.

|  |  |
|---|---|
| | Respectfully submitted, |
| | The defendants, |
| | By their attorneys, |
| Date: January 19, 2024 | NANCY ANKERS WHITE<br>Special Assistant Attorney General<br>/s/Margaret Melville<br>Margaret Melville<br>BBO No. 477970<br>Department of Correction<br>Legal Division<br>70 Franklin Street, Suite 600<br>Boston, MA 02110-1300<br>(617) 727-3300 x149<br>margaret.melville@massmail.state.ma.us |

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was electronically served upon counsel of record and on pros se parties as required by the Court for electronic filings.

Date: 1/19/2024        /s/Margaret Melville
                              Margaret Melville