UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

    Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, SUPERINTENDENT KENNEWAY, LIEUTENANT DESCHENE, LIEUTENANT FORGET, SERGEANT HELLIS, SERGEANT TOCCI, OFFICER CATALANO, OFFICER GAGNON, NURSE CAPOCCIA, OFFICER DOES 123, MEDICAL DIRECTOR DOE, WELLPATH, LLC,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants, Massachusetts Department of Correction ("DOC"), Superintendent Kenneway, Lieutenant Deschene, Lieutenant Forget, Sergeant Hellis, Sergeant Tocci, Officer Catalano, and Officer Gagnon, (collectively DOC defendants), in the above-entitled action.

Dated: January 19, 2024

        Respectfully submitted,

        NANCY ANKERS WHITE
        Special Assistant Attorney General

        */s/ Stephanie M. Caffrey*
        Stephanie M. Caffrey (BBO # 697075)
        Department of Correction, Legal Division
        70 Franklin Street, Suite 600
        Boston, MA 02110-1300
        (617) 727-3300, ext. 1154
        Stephanie.M.Caffrey@doc.state.ma.us

## **CERTIFICATE OF SERVICE**

    I, Stephanie M. Caffrey, counsel for DOC Defendants, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 19, 2024.

                                                       */s/ Stephanie M. Caffrey*
                                                       Stephanie M. Caffrey