UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Derrick Washington,<br><br>    Plaintiff,<br><br>    v.<br><br>Massachusetts Department of Correction, et. al.,<br><br>    Defendants. | C.A. NO.: 1:23-cv-10063-MRG |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Wellpath, LLC (the "Debtor"), a proposed Defendant[1] in the above-captioned proceeding, files this *Suggestion of Bankruptcy and Notice of Stay* and would respectfully show the Court the following:

1. On November 11, 2024 (the "Petition Date"), the Debtor filed a *Voluntary Petition for Non-Individuals Filing Bankruptcy* (the "Voluntary Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court"), commencing Case No. 24-90565-(ARP).  A copy of the Voluntary Petition is attached hereto as **Exhibit A**.

2. Pursuant to section 362 of the Bankruptcy Code, the filing of the Voluntary Petition operates as a stay of:

---

[1] Plaintiff filed a Motion to Amend the Complaint to Add Wellpath, LLC.  While that Motion was/is pending, a codefendant's Motion to Stay was allowed, thus, the Motion remains pending while the case is otherwise stayed.

DM_US 182887443-1.114930.0011

a. "[T]he commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the [D]ebtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

b. [T]he enforcement, against the [D]ebtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

c. [A]ny act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

d. [A]ny act to create, perfect, or enforce any lien against property of the estate;

e. [A]ny act to create, perfect, or enforce against property of the [D]ebtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

f. [A]ny act to collect, assess, or recover a claim against the [D]ebtor that arose before the commencement of the case under this title;

g. [T]he setoff of any debt owing to the [D]ebtor that arose before the commencement of the case under this title against any claim against the [D]ebtor; and

h. [T]he commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the

2

>   tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title."

11 U.S.C. § 362(a).

3. In addition, on November 12, 2024, the Bankruptcy Court entered an *Amended Interim Order Enforcing the Automatic Stay* [Docket No. 69] (the "Stay Order"), pursuant to which the above-captioned proceeding, among other lawsuits filed as of the Petition Date in which a Debtor is named as one of the defendants therein, is stayed in its entirety, including the Plaintiff's claims against the non-Debtor defendants, on an interim basis pursuant to section 362 of the Bankruptcy Code. A copy of the Stay Order is attached hereto as **Exhibit B**.

4. As a result of the operation of the automatic stay, all parties are stayed from any further continuation of these proceedings until such time as the Bankruptcy Court may order otherwise.

5. The automatic stay has not been lifted or otherwise modified; the automatic stay referenced above remains in effect.

6. The Debtor reserves its right to bring an action in the Bankruptcy Court for any violation of the automatic stay.

DM_US 182887443-1.114930.0011

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court take notice of the automatic stay and that further action be stayed and for such other and further relief as to which it may be justly entitled.

Dated: November 15, 2024

The Proposed Defendant,
WELLPATH, LLC,
By its Attorneys,

_____
James A. Bello, BBO#633550
Lori K. Vaulding, BBO#678404
Jeffrey S. Hangen, BBO #707264
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, Suite 1005
Boston, MA 02109
(617) 423-6674
jbello@adlercohen.com
lvaulding@adlercohen.com
jhangen@adlercohen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2024.

_____
James A. Bello/Lori K. Vaulding/Jeffrey S. Hangen

DM_US 182887443-1.114930.0011