# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Derrick Washington ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10063 |
| Massachusetts Department of Corrections, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington, Plaintiff .

Date: 08/05/2025

/s/ Benjamin P. Solomon-Schwartz
*Attorney's signature*

Benjamin P. Solomon-Schwartz (BBO # 688674)
*Printed name and bar number*

1401 New York Avenue NW
Washington, District of Columbia 20005

*Address*

bsolomon-schwartz@bsfllp.com
*E-mail address*

(202) 237-2727
*Telephone number*

(202) 237-6131
*FAX number*