## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DERRICK WASHINGTON**, *Plaintiff*, v. **MASSACHUSETTS DEPARTMENT OF CORRECTION,** *et al.*, *Defendants*. | Case No. 1:23-cv-10063-MRG |

## CERTIFICATION OF GOOD STANDING

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Katherine Zhang, certify the following:

1. I am admitted to practice before the State of New York and remain in good standing.

2. I have no disciplinary proceedings pending against him and I have never been disciplined by any bar.

3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: October 30, 2025

*/s/ Katherine Zhang*
Katherine Zhang
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, Floor 20
New York, NY 10001
Telephone: (212) 446-2300
Email: kzhang@bsfllp.com