# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DERRICK WASHINGTON**,<br><br>    *Plaintiff*,<br><br>v.<br><br>**MASSACHUSETTS DEPARTMENT OF CORRECTION**, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-10063-MRG |

## MOTION TO ADMIT DERRICK LUSTER *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiff moves for the admission of Derrick Luster, *pro hac vice*, on the following grounds:

    1.    Derrick Luster is admitted to practice and is in good standing before the State of California. I have verified that Derrick Luster has active membership and good standing in the California bar by checking the website operated by the state. He has no current disciplinary actions pending against him and has never been disciplined by any bar.

    2.    Derrick Luster has reviewed and is familiar with the Local Rules of this Court.

    3.    The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

    4.    Derrick Luster's office address is 1800 M Street NW, Front 1, #33821, Washington, D.C. 20033.

Dated: October 30, 2025        Respectfully submitted,

                                            /s/ *Benjamin P. Solomon-Schwartz*
                                            Benjamin P. Solomon-Schwartz (BBO # 688674)
                                              BOIES SCHILLER FLEXNER LLP
                                              1401 New York Avenue NW
                                              Washington, District of Columbia 20005

bsolomon-schwartz@bsfllp.com
Tel: (202) 237-2727
Fax: (202) 237-6131

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, a true and correct copy of the foregoing has been served on all counsel of record via this Court's CM/ECF electronic filing system.

Dated: October 30, 2025         <u>*/s/ Benjamin Solomon-Schwartz*</u>
                                Benjamin P. Solomon-Schwartz