UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**DERRICK WASHINGTON**,

    *Plaintiff*,

v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION,** *et al.,*

    *Defendants*.

Case No. 1:23-cv-10063-MRG

## CERTIFICATION OF GOOD STANDING

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Derrick Luster, certify the following:

1. I am admitted to practice before the State of California and remain in good standing.

2. I have no disciplinary proceedings pending against him and I have never been disciplined by any bar.

3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: October 30, 2025

    */s/ Derrick Luster*
    Derrick Luster
    RIGHTS BEHIND BARS
    1800 M St. NW Fnt. 1 #3381
    Washington, D.C 20033
    Telephone: (202) 455-4399
    Email: derrick@rightsbehindbars.org