UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION et al.<br><br>    *Defendants*. | Case No. 1:23-cv-10063-MRG |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND THE COMPLAINT**

    Plaintiff Derrick Washington hereby withdraws his Motion for Leave to File an Amended Complaint (ECF No. 68); the Declaration of Sabina Mariella (ECF No. 68-1); and Exhibit A to the motion, which is the proposed First Amended Complaint (ECF No. 68-2, collectively "Motion to Amend Filings"), all filed on November 15, 2023.

    Plaintiff intends to file modified versions of the Motion to Amend Filings, which remove Wellpath LLC ("Wellpath") as a proposed defendant, in light of Wellpath's confirmed bankruptcy plan and discharge, to clarify that claims against former Wellpath-affiliated medical providers (i.e., Medical Director Doe, Nurse Doe, and Nurse Capoccia) are asserted solely in their individual capacities, and to add Officers Pepoli and Kalreiss as defendants.

    Plaintiff has prepared modified versions of the Motion to Amend Filings. However, he will not file them immediately. In accordance with Local Rule 15.1(b), Plaintiff must serve the proposed new parties—Officers Pepoli and Kalreiss—with notice at least 14 days before filing. Plaintiff will file the corrected motion after that period has elapsed.

    No action by the Court on the withdrawn motion is requested.

1

Dated: November 19, 2025	Respectfully submitted,

/s/ *Benjamin P. Solomon-Schwartz*
Benjamin P. Solomon-Schwartz (BBO # 688674)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, District of Columbia 20005
bsolomon-schwartz@bsfllp.com
Tel: (202) 237-2727
Fax: (202) 237-6131

Sabina Mariella (*pro hac vice*)
Katherine Zhang (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
kzhang@bsfllp.com

RIGHTS BEHIND BARS
Lillian Novak (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street N.W. FNT 1 #33821
Washington, DC 20033
(t) +1 202-455-4399
lily@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2025, this document filed through the Court's CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Benjamin P. Solomon-Schwartz*

Benjamin P. Solomon-Schwartz
