**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DERRICK WASHINGTON**, <br><br> *Plaintiff*, <br><br> v. <br><br> **MASSACHUSETTS DEPARTMENT OF CORRECTION,** *et al.,* <br><br> *Defendants*. | Case No. 1:23-cv-10063-MRG |

**CERTIFICATION OF GOOD STANDING**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Jayden Rush, certify the following:

1. I am admitted to practice before the State of New York and remain in good standing.

2. I have no disciplinary proceedings pending against me and I have never been disciplined by any bar.

3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: November 19, 2025

*/s/ Jayden Rush*
Jayden Rush
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, Floor 20
New York, NY 10001
Telephone: (212) 446-2317
Email: jrush@bsfllp.com