AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Derrick Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10063 |
| Massachusetts Department of Corrections, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington, Plaintiff.

Date:   12/16/2025

/s/ John Lyons
*Attorney's signature*

John Lyons (BBO # 569500)
*Printed name and bar number*
55 Hudson Yards
Floor 20
New York, NY 10001

*Address*

jlyons@bsfllp.com
*E-mail address*

(212) 446-2300
*Telephone number*

(212) 446-2350
*FAX number*