UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

     Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, WELLPATH LIQUIDATING
TRUST, MATTHEW J. DUNDON as
Trustee of the Wellpath Liquidating Trust,
SUPERINTENDENT STEVE KENNEWAY,
LIEUTENANT ROBERT DESCHENE,
LIEUTENANT ARTHUR FORGET,
SERGEANT RYAN HILLIS, SERGEANT
THOMAS TOCCI, OFFICER ANTHONY
CATALANO, OFFICER JOSHUA GAGNON,
NURSE CHRISTIAN CAPOCCIA,
SERGEANT ARTHUR BARNES, OFFICER
JOSEPH CUMMINGS, OFFICER NICHOLAS
DUMONT, OFFICER ZACHARY FONSECA,
OFFICER DANIEL HOLLENBACH,
OFFICER ERIC LAWSON, SERGEANT
NATHAN OWEN, OFFICER CORY SHEPHERD,
OFFICER JEFFREY PEPOLI, SERGEANT
BRIAN RAYNER, OFFICER ROBERT
BASHAW, OFFICER RAYMOND SIMULA,
OFFICER SERGIO CACIOPPO, OFFICER
THOMAS MEMBRINO, OFFICER DAVID
GILMAN, OFFICER RYAN KALRIESS,
MEDICAL DIRECTOR DOE, AND NURSE DOE.

     Defendants.

## **MOTION TO ENLARGE**

Counsel for DOC Defendants respectfully requests that the time for filing a Response to

the First Amended Complaint on behalf of Robert Bashaw and Joseph Cummings be enlarged up

to and including March 23, 2026. As reasons therefore, counsel requires additional time to locate

these defendants as they are no longer employed by the Massachusetts Department of Correction.[1]

Dated: March 9, 2026                          Respectfully submitted,

                                              DOC Defendants,
                                              By their Attorneys,


                                              NANCY ANKERS WHITE
                                              Special Assistant Attorney General

                                              /s/ Stephanie M. Caffrey
                                              Stephanie M. Caffrey (BBO # 697075)
                                              Department of Correction, Legal Division
                                              70 Franklin Street, Suite 600
                                              Boston, MA 02110-1300
                                              (617) 727-3300, ext. 1154
                                              Stephanie.M.Caffrey@doc.state.ma.us


### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have attempted to confer with Plaintiff's counsel in this matter, in a good faith attempt to resolve or narrow the issues of dispute raised in the accompanying motion, in accordance with Local Rule 7.1.

                                              /s/ Stephanie M. Caffrey
                                              Stephanie M. Caffrey


### CERTIFICATE OF SERVICE

I, Stephanie M. Caffrey, counsel for DOC Defendants, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2026.

                                              /s/ Stephanie M. Caffrey
                                              Stephanie M. Caffrey

---

[1] DOC Legal Division does not automatically represent DOC employees who are sued in their individual capacities. They may seek representation by the DOC Legal Division pursuant to G.L. c. 12, § 3 and/or G.L. c. 258, § 2.