# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DERRICK WASHINGTON**

*Plaintiff*

v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.**

*Defendant*

Civil Action No.:
**1:23–CV–10063–MRG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Matthew J. Dundon as Trustee of the Wellpath Liquidating Trust
10 Bank Street, Suite 1100
White Plains, NY 10606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–01–30 09:20:38**, Clerk USDC DMA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DERRICK WASHINGTON,**

CIVIL ACTION NO.: 1:23-CV-10063-MRG

*Plaintiff*

vs

**MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.,**

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **3/11/2026** at **11:29 AM** at **10 Bank Street, Suite 1100, White Plains, NY 10606**

undersigned served a(n) **Summons in a Civil Action and First Amended Complaint,**

on **Matthew J. Dundon as Trustee of the Wellpath Liquidating Trust**

by delivering thereat a true copy of each to **Elle Pearson [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **10 Bank Street, Suite 1100, White Plains, NY 10606**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **03/13/2026**

**c/o Dundon Advisers, LLC**

Description of Person Served Based on Undersigned's Perception:
Gender: Female
Race: Asian
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 0" - 5' 3"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 03/13/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholas DiCanio
License No.2120826-DCWP

**CERTIFICATE OF SERVICE**

      On March 16, 2026, the undersigned filed this executed summons with this court via the CM/ECF system. On March 13, 2026, Plaintiff's complaint and this summons were served on Matthew J. Dundon as Trustee of the Wellpath Liquidating Trust via process server in the manner described in the summons.

                                                                                            */s/ Sabina Mariella*

                                                                                            Sabina Mariella (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com