UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

     Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, WELLPATH LIQUIDATING
TRUST, MATTHEW J. DUNDON as
Trustee of the Wellpath Liquidating Trust,
SUPERINTENDENT STEVE KENNEWAY,
LIEUTENANT ROBERT DESCHENE,
LIEUTENANT ARTHUR FORGET,
SERGEANT RYAN HILLIS, SERGEANT
THOMAS TOCCI, OFFICER ANTHONY
CATALANO, OFFICER JOSHUA GAGNON,
NURSE CHRISTIAN CAPOCCIA,
SERGEANT ARTHUR BARNES, OFFICER
JOSEPH CUMMINGS, OFFICER NICHOLAS
DUMONT, OFFICER ZACHARY FONSECA,
OFFICER DANIEL HOLLENBACH,
OFFICER ERIC LAWSON, SERGEANT
NATHAN OWEN, OFFICER CORY SHEPHERD,
OFFICER JEFFREY PEPOLI, SERGEANT
BRIAN RAYNER, OFFICER ROBERT
BASHAW, OFFICER RAYMOND SIMULA,
OFFICER SERGIO CACIOPPO, OFFICER
THOMAS MEMBRINO, OFFICER DAVID
GILMAN, OFFICER RYAN KALRIESS,
MEDICAL DIRECTOR DOE, AND NURSE DOE.

     Defendants.

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendant, Robert Bashaw, in the above-entitled action.

Dated: March 23, 2026                          Respectfully submitted,

                                               NANCY ANKERS WHITE
                                               Special Assistant Attorney General

                                               /s/ Stephanie M. Caffrey
                                               Stephanie M. Caffrey (BBO # 697075)
                                               Department of Correction, Legal Division
                                               70 Franklin Street, Suite 600
                                               Boston, MA 02110-1300
                                               (617) 727-3300, ext. 1154
                                               Stephanie.M.Caffrey@doc.state.ma.us


### CERTIFICATE OF SERVICE

I, Stephanie M. Caffrey, counsel for DOC Defendants, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 23, 2026.


                                               /s/ Stephanie M. Caffrey
                                               Stephanie M. Caffrey