# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

**DERRICK WASHINGTON**,

    *Plaintiff,*

v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION**, *et al.*,

    *Defendants.*

Case No. 1:23-cv-10063-MRG

## MOTION TO ADMIT JULIA A. BEVAN *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiff moves for the admission of Julia A. Bevan, *pro hac vice*, on the following grounds:

1.    Julia A. Bevan is admitted to practice and is in good standing before the State of New York. I have verified that Julia A. Bevan has active membership and good standing in the New York bar by checking the website operated by the state. She has no current disciplinary actions pending against her and has never been disciplined by any bar.

2.    Julia A. Bevan has reviewed and is familiar with the Local Rules of this Court.

3.    The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

4.    Julia A. Bevan's office address is 55 Hudson Yards, Floor 20, New York, NY 10001.

Dated: March 24, 2026

Respectfully Submitted,

*/s/ John M. Lyons*
John M. Lyons (BBO # 569500)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards Fl 20

1

New York, NY 10001
Phone: (212) 446-2332
Fax: (212) 446-2350
jlyons@bsfllp.com