# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

**DERRICK WASHINGTON**,

     *Plaintiff*,

v.

     Case No. 1:23-cv-10063-MRG

**MASSACHUSETTS DEPARTMENT OF CORRECTION**, *et al.*,

     *Defendants*.

## CERTIFICATION OF GOOD STANDING

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Julia A. Bevan, certify the following:

1. I am admitted to practice before the State of New York and remain in good standing.

2. I have no disciplinary proceedings pending against me, and I have never been disciplined by any bar.

3. I have reviewed and am familiar with the Local Rules of this Court.

Dated: March 24, 2026

*/s/ Julia A. Bevan*
Julia A. Bevan
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards Fl 20
New York, NY 10001
Phone: (212) 446-2355
Fax: (212) 446-2350
jbevan@bsfllp.com