AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Derrick Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-10063 |
| Massachusetts Department of Corrections et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Derrick Washington, Plaintiff                                                              .

Date:      04/09/2026

/s/Julia Alison Bevan
*Attorney's signature*

Julia Alison Bevan (NY Bar #  6267744)
*Printed name and bar number*

Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001

*Address*

jbevan@BSFLLP.com
*E-mail address*

(212) 446-2300
*Telephone number*

(212) 446-2350
*FAX number*