**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| DERRICK WASHINGTON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-10063-MRG |
| | ) | |
| MASSACHUSETTS DEPARTMENT OF CORRECTION, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF WITHDRAWAL

Please be notified that attorney Amaris Montes is departing Rights Behind Bars as of April 15, 2026 and should be removed as counsel of record from the above-captioned matter. There are no other changes to the remaining counsel of record, all of whom will continue to represent the Plaintiffs in this matter.

Dated: April 13, 2026                    Respectfully submitted,

/s/ *Amaris Montes*
Amaris Montes
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, DC 20033
202-455-4399
amaris@rightsbehindbars.org

**CERTIFICATE OF SERVICE**

I, Amaris Montes, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:  April 13, 2026


_/s/Amaris Montes_
Amaris Montes

2