**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DERRICK WASHINGTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION et al.<br><br>    *Defendants*. | Case No. 1:23-cv-10063-MRG |

**UNOPPOSED MOTION TO EXCUSE APPEARANCE OF COUNSEL FROM ATTENDING APRIL 22, 2026 HEARING**

Plaintiff Derrick Washington ("Plaintiff") respectfully moves this Court to excuse the appearance of local counsel, John Lyons, at the hearing scheduled for April 22, 2026 at 2:00 PM. In support of this motion, Plaintiff states as follows:

1.      The Court has scheduled an in-person hearing on April 22, 2026 at 2:00 PM to address Defendants' motions to dismiss (filed by the DOC Defendants and Defendant Capoccia), as well as issues raised in the parties' joint discovery statement. *See* ECF Nos. 143, 152, 177.

2.      Plaintiff's local counsel, John M. Lyons, is admitted to practice in this District and has appeared in this matter. *See* ECF No. 107.

3.      Plaintiff's *pro hac vice* counsel—that is, Sabina Mariella, Katherine Zhang, Julia Bevan, Jayden Rush, and Derrick Luster—have handled all substantive briefing and are fully prepared to argue the motions to dismiss and address all discovery issues at the hearing.

4.      Mr. Lyons resides in Philadelphia, Pennsylvania, and attending the hearing in Worcester would require several hours of one-way travel, imposing unnecessary burden and expense for this *pro bono* case.

5. Mr. Lyons in-person attendance would not meaningfully assist the Court and would result in an inefficient use of resources.

6. The Court's online instructions for *pro hac vice* admission state: "The attendance of the member of the bar of this court is required at all proceedings unless excused by the Court."[1]

7. Courts in this District routinely grant motions to excuse counsel's appearance in similar circumstances. *See, e.g.*, *Moore v. Cedars Mediterranean Foods, Inc.*, No. 1:23-cv-13106, ECF No. 45 (D. Mass. Dec. 17, 2025) (Casper, J.) (granting assented motion where local counsel's role was limited to procedural guidance), and where attendance would impose unnecessary burden due to scheduling or logistical constraints, *see, e.g.*, *New England Synod, Evangelical Lutheran Church in Am. v. Dep't of Homeland Sec.*, No. 4:25-cv-40102, ECF No. 59 (D. Mass. Nov. 3, 2025) (Saylor, J.) (granting consent motion where "traveling to, attending, and returning from the hearing would present a substantial disruption" to counsel's other matters).

8. Plaintiff has conferred with counsel for DOC Defendants and Defendant Capoccia, who did not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court excuse John Lyons from attending the April 22, 2026 hearing.

Dated: April 15, 2026                 Respectfully submitted,

                                      /s/ John Lyons
                                      BOIES SCHILLER FLEXNER LLP
                                      Sabina Mariella (*pro hac vice*)
                                      John Lyons (BBO No. 569500)
                                      Katherine Zhang (*pro hac vice*)
                                      Julia Bevan (*pro hac vice*)
                                      Jayden Rush (*pro hac vice*)
                                      55 Hudson Yards

---

[1] "Pro Hac Vice Admission," United States District Court for the District of Massachusetts, available at https://www.mad.uscourts.gov/attorneys/pro-hac-vice.htm (accessed Apr. 7, 2026).

2

New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

RIGHTS BEHIND BARS
Lillian Novak (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street NW FNT 1 #33821
Washington, DC 20033
(t) +1 202 455 4399
lily@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2026, I electronically filed the foregoing with the Clerk of the District of Massachusetts by using the CM/ECF system, which automatically sends an electronic notification with this filing to all counsel of record.

Dated: April 15, 2026                    */s/ John Lyons*
                                          John Lyons
                                          *Attorney for Plaintiff*


## LOCAL RULE 7.1 CERTIFICATION

I HEREBY CERTIFY that I conferred with DOC Defendants' and Defendant Capoccia's counsel in this matter, in a good faith attempt to resolve or narrow the issues of dispute raised in the accompanying motion, in accordance with Local Rule 7.1.

Dated: April 15, 2026                    */s/ John Lyons*
                                          John Lyons
                                          *Attorney for Plaintiff*

3