UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DERRICK WASHINGTON,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTIONS, et. al.,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. NO: 1:23-cv-10063-MRG<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

*TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:*

Please enter the appearance of Matthew J. Holmes, Esq., as counsel for the Defendant, Christian Capoccia, in the above-entitled case.  Kindly note, Lori K. Vaulding, Esq. and Matthew D. Medoff, Esq., will continue their appearance for the defendant, Christian Capoccia.

The Defendant,
CHRISTIAN CAPOCCIA,
By his Attorneys,

*/s/ Matthew J. Holmes*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Matthew J. Holmes, BBO #675994
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com
mholmes@adlercohen.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Holmes, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 16, 2026.

*/s/ Matthew J. Holmes*

_____

Matthew J. Holmes, Esquire
mholmes@adlercohen.com