UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

      Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, WELLPATH LIQUIDATING
TRUST, MATTHEW J. DUNDON as
Trustee of the Wellpath Liquidating Trust,
SUPERINTENDENT STEVE KENNEWAY,
LIEUTENANT ROBERT DESCHENE,
LIEUTENANT ARTHUR FORGET,
SERGEANT RYAN HILLIS, SERGEANT
THOOMAS TOCCI, OFFICER ANTHONY
CATALANO, OFFICER JOSHUA GAGNON,
NURSE CHRISTIAN CAPOCCIA,
SERGEANT ARTHUR BARNES, OFFICER
JOSEPH CUMMINGS, OFFICER NICHOLAS
DUMONT, OFFICER ZACHARY FONSECA,
OFFICER DANIEL HOLLENBACH,
OFFICER ERIC LAWSON, SERGEANT
NATHAN OWEN, OFFICER CORY SHEPHERD,
OFFICER JEFFREY PEPOLI, SERGEANT
BRIAN RAYNER, OFFICER ROBERT
BASHAW, OFFICER RAYMOND SIMULA,
OFFICER SERGIO CACIOPPO, OFFICER
THOMAS MEMBRINO, OFFICER DAVID
GILMAN, OFFICER RYAN KALRIESS,
MEDICAL DIRECTOR DOE, AND NURSE DOE.

      Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants, Massachusetts Department of Correction

("DOC"), Superintendent Steve Kenneway, Lieutenant Robert Deschene, Lieutenant Arther

Forget, Sergeant Ryan Hillis, Sergeant Thomas Tocci, Officer Anthony Catalano, Officer Joshua

Gagnon, Sergeant Arthur Barnes, Officer Robert Bashaw, Officer Nicholas Dumont, Officer Zachary Fonseca, Officer Daniel Hollenbach, Officer Eric Lawson, Sergeant Nathan Owen, Officer Cory Shepherd, Officer Jeffrey Pepoli, Sergeant Brian Rayner, Officer Sergio Cacioppo, Officer Joseph Cummings, Officer Thomas Membrino, Officer David Gilman, Officer Ryan Kalriess, and Officer Raymond Simula (collectively DOC Defendants) in the above-entitled action.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: 5/13/2026

/s/ *Brittni Wipper*
Brittni Wipper, BBO #696783
Department of Correction-Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 1158
Brittni.Wipper@doc.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

5/13/2026
Date

/s/ *Brittni Wipper*
Brittni Wipper, BBO #696783