**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-10063 |

**MOTION TO ADMIT SUMAYYA SALEH *PRO HAC VICE***

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court,

Plaintiff moves for the admission of Sumayya Saleh, *pro hac vice*, on the following grounds:

1.      Sumayya Saleh is admitted to practice and is in good standing before the State of

Florida, the State of Illinois, and the District of Columbia. I have verified that Sumayya Saleh

has active membership and good standing in the Florida, Illinois, and D.C. bars by checking the

websites operated by the states and district. She has no current disciplinary actions pending

against her and has never been disciplined by any bar.

2.      Sumayya Saleh has reviewed and is familiar with the Local Rules of this Court.

3.      The undersigned, an attorney admitted to practice and in good standing before

this Court, has appeared in this action.

4.      Sumayya Saleh's office address is 1800 M Street NW, Front 1, #33821,

Washington, D.C. 20033.

2

Dated: July 9, 2026

Respectfully submitted,

 */s/ John Lyons*
John Lyons (BBO # 569500)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Phone: (212) 446-2300
Facsimile: (212) 446-2350

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, a true and correct copy of the foregoing has been served on all counsel of record via this Court's CM/ECF electronic filing system.

Dated: July 9, 2026                    */s/ John M. Lyons*
                                        John M. Lyons