**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DERRICK WASHINGTON,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION, *et al.*,<br><br>　　*Defendants*. | Case No. 1:23-cv-10063 |

**ATTESTATION OF GOOD STANDING**

PLEASE TAKE NOTICE that, pursuant to 83.5.3 of the Rules of this Court, I, Sumayya Saleh,

certify the following:

1.　　I am admitted to practice before the State of Florida, the State of Illinois, and the

　　　District of Columbia and remain in good standing.

2.　　I have no disciplinary proceedings pending against me and I have never been

　　　disciplined by any bar.

3.　　I have reviewed and am familiar with the Local Rules of this Court.

Dated: July 9, 2026　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Sumayya Saleh*
　　　　　　　　　　　　　　　　　　　　Sumayya Saleh
　　　　　　　　　　　　　　　　　　　　(Fla. Bar No. 0119372)
　　　　　　　　　　　　　　　　　　　　(IL ARDC No. 6322794)
　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 1743437)
　　　　　　　　　　　　　　　　　　　　RIGHTS BEHIND BARS
　　　　　　　　　　　　　　　　　　　　1800 M St. NW Ft. 1 #3381
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20033
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 455-4399
　　　　　　　　　　　　　　　　　　　　Email: sumayya@rightsbehindbars.org