UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTIONS, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE,<br><br>　　　　　　　Defendants. | C.A. NO: 1:23-cv-10063-MRG |

## MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Defendant, Christian Capoccia, hereby respectfully moves this Court for leave to depose Plaintiff, Derrick Washington. Mr. Washington is currently in prison and Defendant wishes to take his deposition. However, pursuant to Fed.R.Civ.P. 30(a)(2)(B),

"A party must obtain leave of court . . . if the deponent is confined in prison."  Mr. Washington is the Plaintiff in this case and has discoverable information concerning the claims in the Complaint.  As such, Defendant seeks to take his deposition.

WHEREFORE, the Defendant respectfully moves this Court for leave to depose Plaintiff, Derrick Washington, as he is currently in prison.

Respectfully Submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

## CERTIFICATE OF SERVICE

I, Matthew D. Medoff, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2026.

*/s/ Matthew D. Medoff*

Matthew D. Medoff, BBO #706871
mmedoff@adlercohen.com