UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON,<br>                    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTIONS, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE,<br><br>                    Defendants. | C.A. NO: 1:23-cv-10063-MRG |

## LOCAL RULE 7.1 CERTIFICATION

I, Matthew D. Medoff, counsel for the Defendant, Christian Capoccia, hereby

certify that I conferred with opposing counsel in an effort to resolve or narrow the issues

presented in Motion for Leave to Depose Plaintiff on July 15th, 2026, and July 17th, 2026, and counsel for the Plaintiff has indicated they do not oppose this Motion.

Respectfully Submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

Dated: July 23, 2026

**CERTIFICATE OF SERVICE**

I, Matthew D. Medoff, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2026.

*/s/ Matthew D. Medoff*

Matthew D. Medoff, BBO #706871
mmedoff@adlercohen.com

2