AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Derrick Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-10063-MRG |
| Massachussetts Department of Correction, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Derrick Washington                                                                                    .

Date:    07/29/2026

*Sumayya Saleh*
*Attorney's signature*

Sumayya Saleh, DC Bar No. 1743437
*Printed name and bar number*

1800 M Street NW FNT 1 #33821
Washington, DC 20033

*Address*

sumayya@rightsbehindbars.org
*E-mail address*

(202) 455-4399
*Telephone number*

*FAX number*

**Print**        **Save As...**        **Reset**