UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

    Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, WELLPATH LIQUIDATING
TRUST, MATTHEW J. DUNDON as
Trustee of the Wellpath Liquidating Trust,
SUPERINTENDENT STEVE KENNEWAY,
LIEUTENANT ROBERT DESCHENE,
LIEUTENANT ARTHUR FORGET,
SERGEANT RYAN HILLIS, SERGEANT
THOMAS TOCCI, OFFICER ANTHONY
CATALANO, OFFICER JOSHUA GAGNON,
NURSE CHRISTIAN CAPOCCIA,
SERGEANT ARTHUR BARNES, OFFICER
JOSEPH CUMMINGS, OFFICER NICHOLAS
DUMONT, OFFICER ZACHARY FONSECA,
OFFICER DANIEL HOLLENBACH,
OFFICER ERIC LAWSON, SERGEANT
NATHAN OWEN, OFFICER CORY SHEPHERD,
OFFICER JEFFREY PEPOLI, SERGEANT
BRIAN RAYNER, OFFICER ROBERT
BASHAW, OFFICER RAYMOND SIMULA,
OFFICER SERGIO CACIOPPO, OFFICER
THOMAS MEMBRINO, OFFICER DAVID
GILMAN, OFFICER RYAN KALRIESS,
MEDICAL DIRECTOR DOE, AND NURSE DOE.

    Defendants.

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Yasmine Dionne Bailey, hereby withdraws as counsel for

Defendants, Massachusetts Department of Correction ("DOC"), Anthony Catalano, Arthur Forget,

Joshua Gagnon, Robert Deschene, Thomas Tocci, Steven Kenneway, Arthur Barnes, Brian Rayner,

Cory Shepherd, Daniel Hollenbach, David Gilman, Eric Lawson, Jeffrey Pepoli, Nathan Owen, Nicholas Dumont, Ryan Kalriess, Ryan Hillis, Sergio Cacioppo, Thomas Membrino, Zachary Fonseca, Raymond Simula, Joseph Cummings, and Robert Bashaw (collectively "DOC Defendants"), in the above-entitled action.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: July 31, 2026

*/s/ Yasmine Dionne Bailey*
Yasmine Dionne Bailey
BBO No. 714757
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
Yasmine.d.bailey@doc.state.ma.us
617-727-3300

## CERTIFICATE OF SERVICE

I, Yasmine Dionne Bailey, counsel for DOC Defendants, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 31, 2026.

*/s/ Yasmine Dionne Bailey*
Yasmine Dionne Bailey