**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DERRICK WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION et al.,<br><br>    Defendants. | Case No. 1:23-cv-10063-MRG<br><br>**DECLARATION OF SABINA<br>MARIELLA** |

I, Sabina Mariella, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am an attorney licensed to practice law in the State of New York. I am a partner at Boies Schiller Flexner LLP and represent Derrick Washington, the plaintiff in the above-captioned proceeding ("Mr. Washington"). I submit this declaration in support of the Plaintiff's position as stated in the parties' Second Joint Discovery Dispute Statement (ECF No. 201). I have personal knowledge of the matters stated herein.

2.    Attached hereto as **Exhibit A** is a true and correct copy of an email from Stephanie M. Caffrey to Julia Bevan dated July 20, 2026.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the document produced by DOC Defendants with the starting Bates stamp R27 P208, which is an email from Defendant Catalano to Defendants Pepoli, Barnes, Cummings, and others, dated February 19, 2020.

4.    Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts from the deposition transcript of Defendant Anthony Catalano, taken on December 17, 2023, in the litigations *Diggs v. Mici*, Case No. 22-cv-40003 (D. Mass).

5.    Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from the deposition transcript of Defendant Arthur Barnes, taken on June 30, 2026.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the July 2, 2026 correspondence from counsel for Plaintiff to counsel for DOC Defendants.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the July 20, 2026 correspondence from counsel for DOC Defendants to counsel for Plaintiff.

8.    Attached hereto as **Exhibit G** is a true and correct copy of the DOC Defendants' responses and objections to Plaintiff's Second Set of Requests for Production, dated February 10, 2026.

9.    Attached hereto as **Exhibit H** is a true and correct copy of relevant excerpts from the deposition transcript of Defendant Steven Kenneway, taken on June 4, 2026.

10.    Attached hereto as **Exhibit I** is a true and correct copy of the April 22, 2026 hearing transcript.

11.    Attached hereto as **Exhibit J** is a true and correct copy of an email from Stephanie M. Caffrey to Julia Bevan dated April 17, 2026.

12.    Attached hereto as **Exhibit K** is a true and correct copy of relevant excerpts from the deposition transcript of Defendant Robert Deschene, taken on June 9, 2026.

13.    Attached hereto as **Exhibit L** is a true and correct copy of the March 16, 2026 correspondence from counsel for DOC Defendants to counsel for Plaintiff.

14.    Attached hereto as **Exhibit M** is a true and correct copy of the July 17, 2026 correspondence from counsel for DOC Defendants to counsel for Plaintiff and counsel for Defendant Capoccia.

15.    The DOC Defendants did not make a single document production between May 8, 2026 and June 2, 2026.

16.     Since the DOC Defendants began producing emails responsive to the parties' agreed-upon search terms in early June 2026, Plaintiff has received fewer than 300 emails. The DOC Defendants' own hit report indicated that the agreed-upon search terms returned approximately 2,400 hits.

17.     At the April 15, 2026 meet and confer between counsel for Plaintiff and counsel for the DOC Defendants, the DOC Defendants represented that no further footage of the March 5, 2020 incident involving Plaintiff existed.

18.     At his deposition on July 29, 2026, Defendant Catalano testified that he used his personal cell phone to send text messages to four named individual DOC Defendants to their personal cell phones and admitted those communications could have been about DOC-related business. Plaintiff's counsel has not received a final transcript of this deposition at the time of this writing.

19.     At his deposition on July 24, 2026, Defendant Hillis admitted in his deposition that he used his personal cell phone to communicate with other Defendants in this case. Plaintiff's counsel has not received a final transcript of this deposition at the time of this writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2026 at New York, New York.

*/s/ Sabina Mariella*

SABINA MARIELLA