# EXHIBIT A

 Outlook

---

**RE: Washington v. MDOC, et al., - Outstanding Discovery Issues**

---

**From** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Date** Mon 7/20/2026 4:00 PM
**To** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; SMariella <SMariella@BSFLLP.com>

📎 3 attachments (1 MB)
7.20.2026 Washington.Response to Pltfs' Counsel Ltr.pdf; 158 DOC Disposal of Outdated Documents.pdf; Public Safety Agency- Correction- Statewide Retention Schedule.pdf;

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hello,

Please find attached.

Best,


Stephanie M. Caffrey

Senior Litigation Counsel
Massachusetts Department of Correction
Legal Division
70  Franklin Street, Suite 600
Boston, MA 02110
617 727-3300 ext 1154
Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Caffrey, Stephanie M. (DOC)
**Sent:** Tuesday, July 7, 2026 2:45 PM
**To:** 'Julia Bevan' <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; SMariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

Hello,

We are reviewing your emails and letter and will respond as soon as possible.

In terms of emails, neither Shepherd nor Rayner have responsive documents.

Best,


Stephanie M. Caffrey

Senior Litigation Counsel
Massachusetts Department of Correction
Legal Division
70  Franklin Street, Suite 600
Boston, MA 02110
617 727-3300 ext 1154
Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Tuesday, July 7, 2026 11:04 AM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Counsel,

Following up, please let us know DOC's position regarding Plaintiff's proposal to forgo certain depositions on the condition that DOC provides comprehensive Interrogatory and/or Request for Admission responses as soon as possible so that we can move forward with scheduling depositions for next week.

Additionally, please let us know if DOC intends to produce Defendant Shepherd's emails today, or if we need to reschedule his deposition. Thank you.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(d) +1 212 446 2355
jbevan@bsfllp.com
www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Thursday, July 2, 2026 11:45 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Attached are the executed Acknowledgement and Agreement to Be Bound from our experts Sondra Crosby and Dan Pacholke. Please confirm whether, pursuant to our prior discussions, you consent to permitting us to show policies marked Attorney's Eyes Only to our retained experts.

Additionally, following up regarding outstanding items from the **May 12** meet and confer, please provide updates on the following outstanding discovery issues:

- DOC stated that it may possess more video footage for the January 23-24 incident. Please confirm whether this footage exists, if it is being withheld (and the basis for withholding), if it never existed, or if it has been destroyed.

- Please confirm that DOC will produce the relevant video retention policies, which Plaintiff requested in response to RFP No. 9.

- DOC stated that they would search for the requested video/audio footage from the *Silva-Prentice* matter. Please provide the results of that search.

Further, based on new information Plaintiff requests that DOC produce the following:

- In Defendant Kenneway's deposition, he referenced the plan that he drafted relating to the reorganization of SBCC in January 2020. Accordingly, Plaintiff requests that DOC produce all plans relating to the reorganization of SBCC in January 2020. Plaintiff's position is that these documents are responsive to RFP Nos. 20, 22, 23, 24, and 31.

- In Defendant Deschene's deposition, he discussed additional disciplinary proceedings that he was subject to. Plaintiff thus requests all records relating to investigative or disciplinary hearings for allegations of misconduct against Deschene, including but not limited to transcripts, notes, disposition, findings, witnesses, and parties involved in the disciplinary or investigative process. These documents are directly responsive to RFP Nos. 4 and 7.

- Plaintiff has reason to believe that the strip cell that Mr. Washington was held in during the March 5, 2020 incident had a security camera installed inside the cell. If so, Plaintiff believes there should be additional footage from that camera related to the March 5th incident. Please confirm both whether the strip cell had a security camera during the March 5, 2020 incident and whether additional footage exists from the March 5th incident.

Lastly, in the interest of efficient use of time and resources for both parties, Plaintiff proposes that we prioritize scheduling depositions for the below individuals. Plaintiff would then be willing to forgo depositions for some or all of the remaining unscheduled Defendants on the condition that DOC agrees to provide comprehensive responses to Interrogatories and/or Requests for Admission for those individuals. Kindly let us know DOC's position by EOD Monday.

1. Defendant Hillis
2. Defendant Forget
3. Defendant Lawson
4. Defendant Catalano (we understand that Catalano is on leave and this deposition will not be scheduled until he is back)
5. Defendant Kalreiss

We are available to meet and confer on any of the above issues. Plaintiff reserves all rights and waives none.

Best,
Julia

**Julia Bevan** (she/her/hers)
Associate

_____

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Thursday, July 2, 2026 10:50 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Please see attached a letter regarding the individual DOC Defendants' obligation to search personal devices and email accounts for documents responsive to Plaintiff's discovery requests.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

_____

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Friday, June 5, 2026 3:10 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Please confirm as soon as possible if Defendants Deschene and Forget are available for their noticed depositions next week, on June 9th and June 11th respectively, so that we can line up a court reporter. Additionally, Plaintiff maintains the position that we need to receive relevant emails in advance of depositions. Please confirm if DOC is amenable to producing emails for Defendants Forget and Deschene by midday Monday or sooner if possible.


Best,
Julia


**Julia Bevan** (she/her/hers)
Associate
_____


BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Monday, June 1, 2026 9:34 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Thank you for your response and for the updates regarding the production of the remaining deposition transcripts and of Defendants Tocci's and Kenneway's emails.

Plaintiff's position remains that we will not depose defendants whose email correspondences have not yet been produced. We believe it would be inefficient to do so, given that the emails will likely contain relevant information that will be examined in a deposition.

We can touch base tomorrow regarding the status of the email production. If the emails are not ready for production by the end of day tomorrow, we will have to reschedule the depositions of Defendants Tocci and Kenneway. Keep us updated.

Best,
Julia


**Julia Bevan** (she/her/hers)
Associate

_____

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Monday, June 1, 2026 3:08 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

---

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hello,

For Tocci and Kenneway's emails, DOC legal submitted an expedited request for production, but have not yet received the binder. As such, we are unable to produce the emails by close of business today as previously expected. We will update you with further information upon receipt.

Attached, please find the notices of designation and deposition transcripts of Joseph Freitas, Charles Primack, and Dean Gray as well as the interrogatory answers of Carol Mici from other related cases that answer topics contained in the original 30(b)(6) schedule.

Best,

Stephanie M. Caffrey

Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Thursday, May 28, 2026 10:32 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Great, thank you. We will provide login details for the remote depositions next week as soon as they are available. Have a nice weekend.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Thursday, May 28, 2026 4:14 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hello,

As explained in my April 28, 2026 email, the original reports that I mentioned at the hearing did not include all of the custodians for each search, so an additional search was run to include them. The two HIT reports are for all of the custodians and the agreed upon terms.

| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
|---|---|---|---|---|---|
| 10 DOC Accounts | Exchange Online | eDIS0008287_Search02 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 1138 | 764.8 MB |
| 10 DOC Accounts | Exchange Online | eDIS0008289_Search02 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 12 | 2.3 MB |

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
| 19 DOC Accounts | Exchange Online | eDIS0008287_Search01 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 2346 | 1.5 GB |
| 16 DOC Accounts | Exchange Online | eDIS0008289_Search01 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 82 | 36.2 MB |

Both Tocci and Kenneway are available for their depositions next week. We can provide the emails on a rolling basis and produce Tocci and Kenneway by close of business on Monday, June 1.

EOTSS is unable to provide a more detailed HIT report.

Best,

Stephanie M. Caffrey

Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70 Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Wednesday, May 27, 2026 8:53 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Thank you for your response.

Please advise on Defendants Tocci and Kenneway's availability for next Thursday (June 4) and Friday (June 5) as soon as possible so we can know whether to book stenographers for those dates. Plaintiff's position remains that we must receive emails before any depositions can commence.

With regard to the initial hit reports provided, Plaintiff's March 5, 2026 and March 12, 2026 letters requested initial search terms be run across all custodians, including all individual DOC Defendants and witnesses Raymond Turcotte, Michael Thomas, Logan Davell, David Reniere, Charles Primack, James Gerardi. The searches DOC provided only run those search terms across 10 custodians.

Given that the 10 custodians include Plaintiff's initial priority deponents, is DOC willing to provide the emails corresponding to the below HIT reports by **Monday, June 1?** We are amenable to bifurcating the production to give DOC time to run the search terms across the remaining custodians and produce the resulting emails shortly thereafter, if it means that DOC produces the below-identified emails by Monday, June 1. Please let us know if this proposal sounds feasible.

| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
|---|---|---|---|---|---|
| 10 DOC Accounts | Exchange Online | eDIS0008287_Search02 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 1138 | 764.8 MB |
| 10 DOC Accounts | Exchange Online | eDIS0008289_Search02 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 12 | 2.3 MB |

With respect to the additional requested HIT reports, can you provide a more detailed HIT report that shows unique hits for each of the terms, so that Plaintiff can understand what, if any terms, are producing disproportionate hits. After review, Plaintiff would

consider narrowing appropriately.

 Best,

Julia

**Julia Bevan** (she/her/hers)

**Associate**

_____

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Wednesday, May 27, 2026 4:16 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hello,

We disagree on your interpretation of the Court's order. The Court (Guzman, J.) stated that in the nine related SBCC actions, the parties "are ordered to reach agreement on a list of limited search terms and identifiers to be used in searching discovery produced by MDOC in the related actions identified in ECF No. 177…To the extent Plaintiff is awaiting hit reports, those reports shall be provided as soon as practicable." As noted at the hearing, HIT reports are for emails only and are generated by EOTSS. HIT reports cannot be generated for the PDF files of discovery. DOC Defendants have produced approximately 5,400 pages of documents and seven (7) deposition transcripts from the related cases pertaining to Mr. Washington in accordance with the Court's order.

As previously noted, DOC Defendants are willing to produce relevant emails pursuant to the following HIT reports using the agreed upon search terms in your March 5, 2026 and March 12, 2026 letters, which DOC Defendants agreed to on March 16, 2026:

| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
|---|---|---|---|---|---|

| 10 DOC Accounts | Exchange Online | eDIS0008287_Search02 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 1138 | 764.8 MB |
|---|---|---|---|---|---|
| 10 DOC Accounts | Exchange Online | eDIS0008289_Search02 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 12 | 2.3 MB |

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
| 19 DOC Accounts | Exchange Online | eDIS0008287_Search01 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 2346 | 1.5 GB |
| 16 DOC Accounts | Exchange Online | eDIS0008289_Search01 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 82 | 36.2 MB |

We also provided a HIT report on May 1, 2026 at your request for the following:

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Sources | Search Name | Query | Estimated # of Items | Estimated Size |
| 26 DOC | Exchange Online | eDIS0008485 Search 1.1 | (((Derrick NEAR(3) Washington) OR "Washington" OR "W89316") OR (("Kenneway" OR "Deschene" OR "Forget" OR "Hillis" OR "Tocci" OR "Catalano" OR "Gagnon" OR "Capoccia" OR "Barnes" OR "Cummings" OR "Dumont" OR "Fonseca" OR "Hollenbach" OR "Lawson" OR "Owen" OR "Shepherd" OR "Pepoli" OR "Rayner" OR "Bashaw" OR "Simula" OR "Cacioppo" OR "Membrino" OR "Gilman" OR "Kalreiss" OR "Turcotte" OR "Thomas" OR "Davell" OR "Reniere" OR "Primack" OR "Gerardi" OR "Shaw" OR "Fougere" OR "St. Peter" OR "Ferriera" OR "Freitas" OR "Lanpher" OR "Almeida" OR "Gray") AND ("Target" OR "employee misconduct" OR "staff misconduct" OR "discipline" OR "BLACC" OR "black" OR "gang" OR "Special Operations Command Group" OR "SOCG" OR "bias" OR "race" OR "racial" OR "slur" OR "discriminate" OR "lockdown" OR "shakedown" OR "threat" OR "investigate" OR "investigation" OR "grievance" OR "findings" OR "STG" OR "report" OR "excessive" OR "OC" OR "retaliation"))) AND (Date=2019-11-01..2020-08-01) | 18,825 | 5.8 GB |

Your May 1, 2026 request rendered substantially more documents and the recent requests for HIT reports do not appear to narrow the scope of the search but rather expand it. DOC Defendants cannot continue to request HIT reports that expand upon the search and are not the original terms sought during meet and confers and correspondence. DOC Defendants have produced thousands of pages of documents from other related cases pertaining to Mr. Washington, including emails. As such, DOC Defendants would agree to review and produce relevant emails from the initial HIT reports of agreed upon terms in the meet and confers as noted in our March 16, 2026 letter.

We are working on the availability of the seven individuals' depositions.

No DOC mailboxes were found for DOC Defendants Nicholas Dumont, Robert Bashaw, or Zachary Fonseca. The mailboxes were not deleted. These individuals did not have DOC email addresses during the relevant search period.

Based on the updated information, we will review UOF 7719 for any video footage that includes audio.

Best,


Stephanie M. Caffrey


Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us


---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Tuesday, May 26, 2026 10:01 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues


CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Counsel,


We write regarding DOC's outstanding document production in this action. It has now been 20 days since we requested hit reports across all of the custodian's emails. The court has already ordered that DOC hit "reports shall be provided as soon as practicable." Accordingly, by EOD tomorrow please confirm that you will produce the results of the requested searches, which are provided again in this email for convenience, by Monday, June 1.

We noticed an initial set of depositions; however, Plaintiff's position is that we must receive relevant email communications before these depositions can take place. If DOC is unwilling to produce these emails by June 1, 2026, please let us know **by EOD tomorrow**, so that we can seek a zoom conference with the Court to resolve the issue.

Please also advise about your clients' availability for the noticed deposition dates. Of priority is whether Defendants Tocci and Kenneway are available for depositions on Thursday and Friday next week, respectively. Again, Plaintiff maintains that the aforementioned email communications must be produced in advance of any and all depositions.

Lastly, Plaintiff once again requests that DOC confirm whether and when the inboxes for Dumont, Bashaw, and Fonseca were deleted. We remain hopeful that we can resolve each of these issues without involving the Court.

**Requested searches:**

Please run the below searches across all custodians.

1. ((Derrick /3 Washington) or "Washington" or "W89316"); Date range: November 1, 2019 to August 1, 2020

2. ("BLACC" or "Black, Latino, Asian Cultural Coalition"); Date range: September 2019 to present.

3. ("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") w/20 ("employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "excessive w/3 force" or "OC" or "retaliation"); Date range: November 1, 2019 to August 1, 2020.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

———————————————————

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Saturday, May 23, 2026 11:08 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Following up on our discussion last week, below is Plaintiff's list of initial priority depositions. Additionally, Plaintiff can provide the following supplemental information re the Silva-Prentice footage: Again, there is audio, so it cannot be security footage. We believe that the footage was captured by either a handheld, body-worn, or stationary camera used during Use of Force incident #7719, which occurred in the afternoon of January 22, 2020 and was the subject of Inmate Grievance #106888. Based on information contained in DOC's document production, the following officers were involved in or asked to submit reports for UOF #7719: Lanpher, Breslin, D'Amadio, McCulloch, Allain, Murphy, O'Reilly, Laranjo, Harvey, Ferrerria, Primack, and Henderson.

Regarding the May 12 meet and confer, please provide updates on the following outstanding issues:

1. DOC agreed to produce additional deposition transcripts in an attempt to reduce or eliminate the need for a 30(b)(6) deposition, including but not limited to the Freitas and Primack depositions as well as interrogatory responses. Please confirm when you will produce these, so that we can begin our review.

2. Please confirm the status of the requested hit reports in Plaintiff's May 6, 2026 email.

3. DOC stated that there is potentially more video footage for the January 23-34 incident. Please confirm if this footage exits. Also, please confirm that you will produce the relevant video retention policies.

4. DOC agreed to further consider Plaintiff's request for regularly scheduled meet and confers. Please confirm your position. Plaintiff's position is that, especially with the volume of depositions that need to be scheduled, meeting more frequently will streamline discovery.

**Plaintiff's List of First Priority Depositions:**

1. Steve Kenneway
2. Thomas Tocci
3. Robert Deschene
4. Arthur Forget
5. Brian Rayner
6. Nathan Owen
7. Arthur Barnes

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

_____


**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

_____

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Monday, May 11, 2026 11:20 AM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues


Thank you. We'll send a calendar invite for 10 am.


Best,

Julia


**Julia Bevan** (she/her/hers)
Associate

_____


**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Monday, May 11, 2026 10:11 AM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hello,

We are available to meet and confer tomorrow, Tuesday, May 12, 2026 between 10AM and 4PM.

We have provided all of the deposition transcripts from the related cases that mention Mr. Washington or are defendants in the current action- Raymond Turcotte, Paul Henderson, Anthony Catalano, Dennis Breslin, James Murphy, Joseph Bellini, and Nathan Owen. We previously provided the list of deponents in the Diggs class action. In Silva-Prentice and Paulino v. Turco, et al.: 21-CV-11580, the following individuals were deposed:

1. Katie Appel- January 3, 2023
2. James Allain- July 21, 2022
3. Dennis Breslin- August 17, 2022
4. Robert D'Amadio- July 18, 2022
5. Joseph Freitas- April 10, 2023
6. Dean Gray- June 28, 2024
7. Paul Henderson- June 26, 2024 (produced)
8. Jason Lanpher- July 26, 2022
9. Stuart McCulloch- July 27, 2022
10. James F. Murphy- July 18, 2022
11. Mark O'Reilly- June 23, 2022
12. Charles Primack- June 10, 2024
13. Jennifer Redd- April 6, 2023
14. Raymond Turcotte- June 27, 2024 (produced)

There were no depositions conducted in any of the other matters. There were no 30(b)(6) depositions conducted.

Best,

Stephanie M. Caffrey

Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Monday, May 11, 2026 10:00 AM
**To:** Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

 CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Per the Court's order at ECF 188 we must meet and confer by tomorrow. Are you available to meet and confer today at 2pm or tomorrow at 10am. If not, please propose an alternative time when you are available.

Best,

Julia

**Julia Bevan**
Associate

———————————————————

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Wednesday, May 6, 2026 2:52:55 PM
**To:** Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>; Caffrey, Stephanie M. (DOC) <stephanie.m.caffrey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Following up. You have not responded to our request to meet and confer. Please let us know if you are available to meet and confer tomorrow at 3:00 pm or Friday at 1:00 pm. If those times do not work for you, let us know when this week you are available to meet. Please be prepared to discuss the following topics:

1. We once again request deposition transcripts from the 9 related matters. We appreciate you sending the two deposition transcripts from *Diggs*, but we respectfully again request any deposition transcript across all 9 matters from our defendants or that mention Plaintiff and a list of all depositions taken across the 9 related matters. We also request the transcripts from any 30(b)(6) depositions.
2. What discovery we can expect to receive in advance of the Court ordered May 12 meet and confer.
3. Your availablity to meet and confer next Tuesday, May 12.
4. Whether additional footage exists for the January 21 and January 23-24 incidents.
5. The January 22, 2020 footage and/or audio produced in *Silva-Prentice, et al. v. Turco, et al.*, 21-cv-11580-PBS (D. Mass.).

**Hit reports**

Per your April 28, 2026 email providing initial hit reports, please confirm that DOC will produce the documents from the screenshotted reports below. Can you also provide the details of which specific 19 and 16 custodians were used in these searches?

In that same email, you noted that there are no DOC mailboxes for Dumont, Bashaw, or Fonseca. Please confirm if and when these mailboxes were deleted.

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
| 19 DOC Accounts | Exchange Online | eDIS0008287_Search01 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 2346 | 1.5 GB |
| 16 DOC Accounts | Exchange Online | eDIS0008289_Search01 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 82 | 36.2 MB |

Regarding Plaintiff's additional requested search terms, are you able to provide a hit report that includes a unique hit count for the requested terms so that we can identify which if any terms are creating false hits? Additionally, please provide hit reports for the following search strings:

1.      ("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") /s ("Target" or "employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "black" or "gang" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "report" or "excessive" or "OC" or "retaliation")

2.      ("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") w/20 ("Target" or "employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "black" or "gang" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "report" or "excessive" or "OC" or "retaliation")

3.      ("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") w/20 ("employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "excessive w/3 force" or "OC" or "retaliation")

4.      ("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") AND ("employee misconduct" or "staff misconduct" or "discipline" or "BLACC"  or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "excessive w/3 force" or "OC" or "retaliation")

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Friday, May 1, 2026 6:32 PM
**To:** Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>

**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>; Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Thank you for your response. Please let us know if you are available to meet and confer this Monday at 2pm to discuss outstanding discovery issues.

As to the priority discovery, Plaintiff's position is that the Court's order is clear: "Parties are ordered to meet and confer regarding the number of depositions ***after Plaintiff has had an opportunity to conduct a preliminary review of the video footage and discovery from the related SBCC actions, including deposition transcripts.*** This meet and confer shall occur no later than May 12, 2026." ECF No. 188. That includes all video footage and the relevant discovery from ***all nine*** related actions. Plaintiff cannot review that discovery in advance of May 12 if it has not been produced.

Plaintiff is amenable to discussion regarding when before May 12 DOC can reasonably produce the requested discovery. Please let us know your position on producing the previously identified priority discovery by **May 5th**, one week in advance of the Court's meet and confer deadline.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

—————————————————————

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Sent:** Friday, May 1, 2026 5:28 PM
**To:** Julia Bevan <jbevan@bsfllp.com>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>; Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

We are in receipt of your email.

At the outset, we do not agree with your characterization of Defendants' discovery obligations or the suggestion that responses are due "by end of day today." No such deadline has been set by the Court, and Defendants will not respond on a timeline imposed unilaterally by Plaintiff.

Defendants are continuing to review Plaintiff's April 27 and April 30 correspondence and will provide substantive responses within a reasonable time.

With respect to the issues you raise:

1. **Video Footage** – Defendants have produced responsive video footage identified following a reasonable search. We are continuing to assess your questions regarding the January 21, 2020 incident and will respond further as appropriate, including with respect to retention policies and the file you reference.

2–3. **"Priority" Discovery Requests** – Defendants are proceeding with discovery in good faith and in accordance with their obligations.

4. **Rule 30(b)(6) Notice** – Defendants are reviewing the notice and will respond in a timely manner.

5. **Meet and Confer Availability** – Defendants are willing to meet and confer as necessary to address discrete issues. However, a standing weekly meet and confer is not reasonable or warranted, and Defendants will not agree to a recurring weekly meeting. We remain available to coordinate mutually convenient times as needed.

With respect to the Court's order, Defendants are complying with their obligations. The Order does not impose the accelerated deadlines reflected in your email, nor does it require production on the timeline you propose. To the extent Plaintiff seeks Court intervention, Defendants will respond as appropriate.

Respectfully,

Yasmine D. Bailey, Counsel II

Massachusetts Department of Correction

70 Franklin Street, Suite 600

Boston, MA 02110

(857) 377-1160

yasmine.d.bailey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Date:** Friday, May 1, 2026 at 4:19 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>, Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>, Jayden Rush <jrush@bsfllp.com>, Katherine Zhang <KZhang@BSFLLP.com>, lily <lily@rightsbehindbars.org>, SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thank you for sending the hit report. Please let us know your position on the five outstanding issues in Plaintiff's April 27 and April 30 emails by **end of day today**. In summary, the outstanding requests are as follows:

1.      Confirm whether we have received all of the existing footage for the January 21, 2020 incident, as discussed in Plaintiff's April 30 email, and if not, provide the video retention policies in place at the time. Additionally, please provide the uncorrupted version of VTS_01_0.IFO

2.      Confirm your position on producing the priority discovery items identified in Plaintiff's April 27 email by **today, May 1.**

3.      Confirm your position on producing the additional priority discovery items identified in Plaintiff's April 27 email by **May 15.**

4.      Provide your response to Plaintiff's 30(b)(6) deposition notice to Defendant DOC, served in Plaintiff's April 27 email.

5.      Confirm your availability for weekly meet and confers on Mondays at 2pm.

The Court has ordered us to meet and confer by May 12 regarding deposition hours. *See* ECF No. 188. The Court also ordered that Plaintiff's receive certain priority discovery by that date, including all video footage and the relevant discovery from the nine related actions. *See id.* In order to conduct that review, Plaintiff's must receive that discovery reasonably in advance of May 12.

**If DOC is going to refuse to produce the identified priority discovery expeditiously, please let us know by end of day today, so we can seek a zoom conference with the Court to resolve the issue.**

Best,

Julia

**Julia Bevan** (she/her/hers)

Associate

_____

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Friday, May 1, 2026 1:12 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hello,

Below is the hit report we received from EOTSS using the search string you proposed:

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Sources | Search Name | Query | Estimated # of Items | Estimated Size |
| 26 DOC | Exchange Online | eDIS0008485 Search 1.1 | (((Derrick NEAR(3) Washington) OR "Washington" OR "W89316") OR (("Kenneway" OR "Deschene" OR "Forget" OR "Hillis" OR "Tocci" OR "Catalano" OR "Gagnon" OR "Capoccia" OR "Barnes" OR "Cummings" OR "Dumont" OR "Fonseca" OR "Hollenbach" OR "Lawson" OR "Owen" OR "Shepherd" OR "Pepoli" OR "Rayner" OR "Bashaw" OR "Simula" OR "Cacioppo"  OR "Membrino" OR "Gilman" OR "Kalreiss" OR "Turcotte" OR "Thomas" OR "Davell" OR "Reniere" OR "Primack" OR "Gerardi" OR "Shaw" OR "Fougere" OR "St. Peter" OR "Ferriera" OR "Freitas" OR "Lanpher" OR "Almeida" OR "Gray") AND ("Target" OR "employee misconduct" OR "staff misconduct" OR "discipline" OR "BLACC" OR "black" OR "gang" OR "Special Operations Command Group" OR "SOCG" OR "bias" OR "race" OR "racial" OR "slur" OR "discriminate" OR "lockdown" OR "shakedown" OR "threat" OR "investigate" OR "investigation" OR "grievance" OR "findings" OR "STG" OR "report" OR "excessive" OR "OC" OR "retaliation"))) AND (Date=2019-11-01..2020-08-01) | 18,825 | 5.8 GB |

Best,


Stephanie M. Caffrey


Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Thursday, April 30, 2026 4:43 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Thank you for providing the hit report for DOC emails, however, the hit report based on the April 21 search terms did not use Plaintiff's proposed search string. Please provide a hit report for the following search string:

> (("Derrick NEAR (3) Washington" or "Washington" or "W89316") OR (("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida" or "Gray") AND ("Target" or "employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "black" or "gang" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "report" or "excessive" or "OC" or "retaliation"))).

Further, the video footage that DOC provided last week contains corrupt files that we are unable to open. Specifically, the January 21 handheld footage file entitled VTS_01_0.IFO is corrupted and cannot be opened. Additionally, we request again for confirmation that this is all of the footage that exists for the January 21 incident. The security and handheld footage that we've been sent starts after the first spontaneous use of force incident, while Plaintiff is being transported to the HSU for medical assessment for the first time that day. Defendants' use of force report clearly states that there was a spontaneous use of force prior to Plaintiff's transportation to the HSU. As described in more detail below, if that footage does not exist, Plaintiff requests all video retention policies in effect at the time, including but not limited to retention of video footage in connection with use of force incidents.

Additionally, please let us know your response to the below outstanding items from Plaintiff's April 27 email:

1. Production of priority discovery by **tomorrow May 1**, including (1) Deposition transcripts for each of the individual defendants in this case who were deposed in any of the nine related cases identified in RFP No. 1; (2) All deposition transcripts from any of the nine related cases that mention Derrick Washington; (3) A list of all individuals who were deposed in the nine related cases so we can identify which, if any, other transcripts will help streamline discovery in this action; (4) All documents produced in the nine related cases that mention Derrick Washington; (5) All video footage, whether surveillance footage, handheld camera footage or otherwise, of the M2 unit, and any other Unit in which Derrick Washington was located, from the evening of January 23 (circa 17:00 EST) through the morning of January 24th (circa 12:00 EST), to the extent it exists; (6) All DOC policies regarding the retention of video footage, whether surveillance footage, handheld camera footage or otherwise, from January 2020 to present; and (7) the January 22, 2020 footage and/or audio produced in *Silva-Prentice, et al. v. Turco, et al.*, 21-cv-11580-PBS (D. Mass.).

2. Production of further priority discovery by **May 15**, including: (1) The outstanding policies that you agreed to produce at the meet and confer on April 15, 2026, including all policies relating to (a) the use of K-9s, (b) the SORT team, and (c) the identification and use of alternative chemical agents; (2) Any intelligence folder and its contents relating to Derrick Washington kept from September 1, 2019 through August 1, 2020; and (3) Any responsive emails to/from/cc/bcc any of the individual defendants.

3. Your response to Plaintiff's deposition notice, including designation of a 30(b)(6) witness (or witnesses) for DOC.

4. Your availability for weekly meet and confers on Mondays at 2pm.

The above is without prejudice to any further discovery Plaintiff may request after May 15.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

_____

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

---

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Thursday, April 30, 2026 3:38 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** Derrick Luster <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; Lily Novak <lily@rightsbehindbars.org>; Sabina Mariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hello,

Below is the previously mentioned corrected hit report from EOTSS for the DOC emails of all of the custodians for November 1, 2019 to August 1, 2020 using the search terms from your April 21, 2026 e-mail.

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Sources | Search Name | Query | Estimated # of Items | Estimated Size |
| 26 DOC | Exchange Online | eDIS0008485 Search 1 | (((Derrick NEAR(3) Washington) OR "Washington" OR "W89316" OR "Kenneway" OR "Deschene" OR "Forget" OR "Hillis" OR "Tocci" OR "Catalano" OR "Gagnon" OR "Capoccia" OR "Barnes" OR "Cummings" OR "Dumont" OR "Fonseca" OR "Hollenbach" OR "Lawson" OR "Owen" OR "Shepherd" OR "Pepoli" OR "Rayner" OR "Bashaw" OR "Simula" OR "Cacioppo"  OR "Membrino" OR "Gilman" OR "Kalreiss" OR "Turcotte" OR "Thomas" OR "Davell" OR "Reniere" OR "Primack" OR "Gerardi" OR "Shaw" OR "Fougere" OR "St. Peter" OR "Ferriera" OR "Freitas" OR "Lanpher" OR "Almeida" OR "Gray") AND ("Target" OR "employee misconduct" OR "staff misconduct" OR "discipline" OR "BLACC" OR "black" OR "gang" OR "Special Operations Command Group" OR "SOCG" OR "bias" OR "race" OR "racial" OR "slur" OR "discriminate" OR "lockdown" OR "shakedown" OR "threat" OR "investigate" OR "investigation" OR "grievance" OR "findings" OR "STG" OR "report" OR "excessive" OR "OC" OR "retaliation")) AND (Date=2019-11-01..2020-08-01) | 17,373 | 5.4 GB |

Best,



Stephanie M. Caffrey


Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

**From:** Caffrey, Stephanie M. (DOC)
**Sent:** Tuesday, April 28, 2026 2:59 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues


Hello,


Below are the hit reports received from the Executive Office of Technology Services & Security ("EOTSS") for DOC emails in response to RFPD Requests 27 and 28.


**Original Search Terms:**

-

In your March 5 and March 12, 2026 letters, you requested search terms of "Derrick Washington," "Washington," and "W89316" and identified the custodians as all individual DOC defendants and witnesses Raymond Turcotte, Michael Thomas, Logan Davell, David Reniere, Charles Primack, and James Gerardi. DOC Defendants agreed to conduct an inquiry using those search terms and custodians between November 1, 2019 and August 1, 2020. DOC Defendants also submitted an inquiry for all individual DOC Defendants using the terms "BLACC" or "Black, Latino, Asian Cultural Coalition" between September 1, 2019 and March 16, 2026. The original reports that I mentioned at the hearing last week did not include all of the custodians for each search. The additional report was provided by EOTSS today.


| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
|---|---|---|---|---|---|
| 10 DOC Accounts | Exchange Online | eDIS0008287_Search02 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 1138 | 764.8 MB |
| 10 DOC Accounts | Exchange Online | eDIS0008289_Search02 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 12 | 2.3 MB |


| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| # of Custodians | Data Source(s) | Search Name | Query | Estimated # of Items | Estimated Size |
| 19 DOC Accounts | Exchange Online | eDIS0008287_Search01 | ("Derrick Washington" OR "Washington" OR "W89316") AND (Date=2019-11-01..2020-08-01) | 2346 | 1.5 GB |
| 16 DOC Accounts | Exchange Online | eDIS0008289_Search01 | ("BLACC" OR "Black, Latino, Asian Cultural Coalition") AND (Date=2019-09-01..2026-03-16) | 82 | 36.2 MB |

No DOC mailboxes were found for DOC Defendants Nicholas Dumont, Robert Bashaw, or Zachary Fonseca.

**April 21, 2026 Newly Proposed Terms:**

In your April 21 email, you proposed additional search terms. Below is the hit report for DOC emails received last week as mentioned during the hearing, but not all custodians are included and the date range was incorrect. I am waiting for the additional report from EOTSS for all of the custodians between November 1, 2019 and August 1, 2020.

| Search Environment | Microsoft Purview | | | | |
|---|---|---|---|---|---|
| **# of Custodians** | **Data Sources** | **Search Name** | **Query** | **Estimated # of Items** | **Estimated Size** |
| 22 DOC | Exchange Online | eDIS0008452 Search 1 | (("Washington" OR "W89316" OR "Kenneway" OR "Deschene" OR "Forget" OR "Hillis" OR "Tocci" OR "Catalano" OR "Gagnon" OR "Capoccia" OR "Barnes" OR "Cummings" OR "Dumont" OR "Fonseca" OR "Hollenbach" OR "Lawson" OR "Owen" OR "Shepherd" OR "Pepoli" OR "Rayner" OR "Bashaw" OR "Simula" OR "Cacioppo"  OR "Membrino" OR "Gilman" OR "Kalreiss" OR "Turcotte" OR "Thomas" OR "Davell" OR "Reniere" OR "Primack" OR "Gerardi" OR "Shaw" OR "Fougere" OR "St. Peter" OR "Ferriera" OR "Freitas" OR "Lanpher" OR "Almeida" OR "Gray") AND ("Target" OR "employee misconduct" OR "staff misconduct" OR "discipline" OR "BLACC" OR "black" OR "gang" OR "Special Operations Command Group" OR "SOCG" OR "bias" OR "race" OR "racial" OR "slur" OR "discriminate" OR "lockdown" OR "shakedown" OR "threat" OR "investigate" OR "investigation" OR "grievance" OR "findings" OR "STG" OR "report" OR "excessive" OR "OC" OR "retaliation")) AND (Date=2019-09-01..2020-08-01) | 19,163 | 6.4 GB |

Pursuant to the Court's order, we will provide copies of the relevant deposition transcripts. We will review the other matters and report back shortly.

Best,

Stephanie M. Caffrey

Senior Litigation Counsel

Massachusetts Department of Correction

Legal Division

70  Franklin Street, Suite 600

Boston, MA 02110

617 727-3300 ext 1154

Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Monday, April 27, 2026 3:21 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>
**Cc:** derrick <derrick@rightsbehindbars.org>; Jayden Rush <jrush@bsfllp.com>; Katherine Zhang <KZhang@BSFLLP.com>; lily <lily@rightsbehindbars.org>; SMariella <SMariella@BSFLLP.com>
**Subject:** Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

In light of the hearing on Wednesday, we'd like to follow up on a few open items and propose a way to triage discovery to make sure we meet the August discovery deadline.

**Scheduling Depositions and Deposition Limits**

At ECF No. 188 Court ordered us to confer regarding deposition limits after a preliminary review of discovery from the related SBCC actions.  Before we can have that meet and confer, we would like to receive the following priority items.  Given that the Court ordered this meet and confer to happen by 5/12, please provide the below information by the end of this week (**May 1**).  Once we have this information, we will also be prepared to discuss time limitations on the individual defendants' depositions.

- Deposition transcripts of any of the individual defendants in this case who were deposed in any of the nine related cases.
- Any deposition transcripts in any of the nine related cases that mention Derrick Washington.
- A list of all other individuals who were deposed in the nine related cases so we can determine if we need any other transcripts and/or if we can use the prior depositions of witnesses in lieu of deposing them again.
- Any documents produced in the nine related cases that mention Derrick Washington.
- Any footage (if it exists) from the evening of January 23 through the morning of January 24th. And if it does not exist, the video retention policies.
- We referenced video footage that was produced in the *Silva-Prentice* matter. We do not concede that this is the only relevant video footage from that or any of the related matters, but as a priority we would like to receive this footage first. From what we know it's video footage or an audio recording from January 22. We unfortunately don't have anything more specific with relation to timing.

To be clear, we believe we are entitled to additional discovery from the nine related cases beyond what is listed above.  The above items are just what we need before we can confer about depositions and what we are requesting as a top priority.

Further, in order to ensure we meet the August discovery deadline, we are prepared to schedule (1) the DOC's 30(b)(6) deposition for May 22, notice attached, and (2) the individual defendants' depositions for June and July.  But we want to make sure that we have the following priority documents well before any depositions occur.  We therefore request that DOC prioritize producing the following documents by **May 15** so we can start getting depositions on the calendar.

- The outstanding policies that you agreed to produce at the meet and confer on April 15th, including any policies on dogs, SORT team policies, and policies for the use and identification of alternative chemical agents.
- Any intelligence folder and its contents relating to Derrick Washington kept from September 1, 2019 through August 1, 2020.
- Any responsive emails to/from/cc/bcc any of the individual defendants.

Please confirm you can get us the above discovery by May 15—given that the substantial completion deadline was yesterday 4/26, [ECF No. 128], and that most of this should have been produced weeks ago, we believe this schedule is reasonable.  This list is without prejudice to Plaintiff continuing to request additional outstanding discovery after May 15.

**Hit Reports**

You mentioned at the hearing last week that you have a completed hit report, but we have not yet received it. Please provide us with the results by end of day today so we can continue to make progress on email discovery.

**Production of Deposition Transcripts**

DOC has previously objected to giving us deposition transcripts from related actions, instead demanding that we get the transcripts from the court reporter and pay for them.  The Court's Order is clear that DOC should "search for and produce relevant discovery, *including deposition transcripts*." If DOC is going to continue to object to giving us deposition transcripts in Defendants' possession, custody, and control on the basis that Plaintiff needs to pay a court reporter for them, please let us know by end of day today so we can ask for a zoom conference with the court on this issue. Our position is that we are entitled to this discovery, especially for Defendants' own prior deposition transcripts, and DOC's baseless demand that we pay for these transcripts is a transparent effort to obstruct and increase the costs of this litigation.

**Weekly Meet and Confers**

Lastly, given the Court's Order and our tight schedule, we suggest scheduling a weekly call to discuss outstanding discovery issues. Please let us know if Mondays at 2pm works for you.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

_____

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(d) +1 212 446 2355

jbevan@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]