# EXHIBIT C

Page 1

Volume: 1

Pages: 1-222

Exhibits:  16

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 22-cv-40003 (ADB)

- - - - - - - - - - - - - - - - - x

DWAYNE DIGGS, et al.,

       Plaintiffs

       VS.

CAROL MICI, et al.,

       Defendants

- - - - - - - - - - - - - - - - - x

DEPOSITION of ANTHONY CATALANO, a witness called by and on behalf of the Plaintiffs, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Arlene R. Boyer, a Certified Verbatim Reporter and Notary Public in and for the Commonwealth of Massachusetts, taking place at Hogan Lovells, 125 High Street, Boston, Massachusetts on Thursday, December 7, 2023, commencing at 9:45 a.m.

Page 2

A P P E A R A N C E S


PRISONERS' LEGAL SERVICES OF MASS.

By:  Lauren Petit, Esquire

     Rachel Talamo, Esquire

     Maheeb Rabbani, Paralegal

     50 Federal Street, 4th Floor

     Boston, MA 02110

     (617) 502-6817

     lpetit@plsma.org

          Counsel for the Plaintiffs


HOGAN LOVELLS, US, LLP

By:  Kayla Ghantous, Esquire

     125 High Street, Suite 2010

     Boston, MA 02110

     (617) 371-1000

     kayla.ghantous@hoganlovells.com

          Counsel for the Plaintiffs

Page 3

A P P E A R A N C E S


DOC LEGAL DIVISION

By:  Stephanie M. Caffrey, Esquire

     Lindsay Olsen, Paralegal

     70 Franklin Street, Suite 600

     Boston, MA 02110

     (617) 727-3300

     stephanie.m.caffrey@doc.state.ma.us

          Counsel for the Defendants and

          Anthony Catalano

                        I N D E X

WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

ANTHONY CATALANO

(By Ms. Petit)        6


                      E X H I B I T S

NO.                                                    PAGE

Exhibit 1    Email from Lieutenant Freitas to          51

             Captain Catalano and Others Dated

             February 3, 2020

Exhibit 2    Roster for CIRT Team Member Assignments   105

Exhibit 3    Operations Order Dated January 20, 2020   112

Exhibit 4    Email Chain re Use of Force, Torres-Vega  125

             Dated January 17, 2020

Exhibit 5    Incident Report re Inmate Isaias          131

             Torres-Vega Entered by Captain Catalano

Exhibit 6    Use of Force Package for Derrick          134

             Washington

Exhibit 7    Incident Report re Inmate Devongie Stone  143

             Entered by Captain Catalano

Exhibit 8    Diagram Drawn by Captain Catalano         148

Exhibit 9    Incident Report re Inmates Devongie       151

             Stone and Brian Cooper Entered by

             Captain Catalano

Page 5

E X H I B I T S

NO.                                                              PAGE

Exhibit 10    Disciplinary Report re Inmate James        154

              Jacks Reported by Captain Catalano

Exhibit 11    Incident Report re Inmates James Jacks     162

              and Diamond Britto Entered by Captain

              Catalano

Exhibit 12    Incident Report re Inmate Dominic          170

              Rezendes Entered by Captain Catalano

Exhibit 13    Use of Force Package for Rajheem           175

              Chardonette

Exhibit 14    Video                                      177

Exhibit 15    Incident Report re Inmate Luis Graulau     193

              Entered by Captain Catalano

Exhibit 16    Incident Report re Inmates Marco Flores     195

              and Daniel Montiero Entered by

              Captain Catalano

Page 6

P R O C E E D I N G S

ANTHONY CATALANO, having been satisfactorily identified and duly sworn by the Notary Public, was examined and testified as follows in answer to direct interrogatories:

DIRECT EXAMINATION

BY MS. PETIT:

Q    Good morning.

A    Good morning.

Q    My name is Lauren Petit, and I'm an attorney with Prisoners' Legal Services, and I'm one of the counsel in the Diggs et al versus Mici et al litigation, which has to do with uses of force at Souza-Baranowski in early 2020.

MS. PETIT:  Attorney Caffrey, we've agreed to reserve all motions to strike and all objections, except as to form, to the time of trial, waive the notary, and have the witness read and sign the transcript within 30 days?

because they have -- K9 has their own commander.

Q    As does HRT?

A    As does HRT.

Q    Who are those commanders currently?

A    Currently, the HRT commander is Captain Jason Lanpher, and the K9 commander I believe is Lieutenant Jeff Brosi.

Q    Do you have a department issued cell phone?

A    No, I do not.

Q    Have you ever?

A    No, I have not.

Q    What level do you have to be to get one of those?

A    I have no idea, because there are people a lot lower than me that have them, fortunately, unfortunately.

Q    Do you ever get communications by text from other department people about special operations activations?

A    If there was an active -- again, since my -- as a commander, I have not been involved in any activations.  I would believe I would -- there'd be reason to believe that if an