# EXHIBIT D

Page 1

Volume:  I

Pages:  1 - 76

Exhibits:  1 - 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

*   *   *   *   *   *   *   *   *   *   *

*

DERRICK WASHINGTON,                    *

Plaintiff,                        *

*    Civil Case No.:

V.                        *    1:23-cv-10063

*

MASSACHUSETTS DEPARTMENT                *

OF CORRECTIONS, et al.,                *

Defendants.                    *

*

*   *   *   *   *   *   *   *   *   *   *

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

SERGEANT ARTHUR BARNES

Deposition taken via Zoom videoconference on Tuesday, June 30, 2026, from 10:07 a.m. to 12:06 p.m. with the witness testifying remotely from Milford, Massachusetts.

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 2

I N D E X

WITNESS:    Sergeant Arthur Barnes


EXAMINATION BY:                                    PAGE

          By Ms. Bevan                              5




                   INDEX TO EXHIBITS*

DESCRIPTION                                         PAGE

Exhibit 1    1/21/20 Incident Report, R1 P1452      41

Exhibit 2    Security Video Footage                 56

Exhibit 3    Handheld Video Footage                 57

Exhibit 4    Use of Force Package, R10 P19-P55      61

Exhibit 5    Inmate Grievance Form, R1 P1425        69

    *Exhibits were marked electronically after the

       deposition and are appended to transcript.

                   *   *   *   *   *



APPEARANCES (via videoconference):

For the Plaintiff:

    BOIES SCHILLER FLEXNER LLP
    By: Julia A. Bevan, Esq.
    By: Jayden Rush, Esq.
    55 Hudson Yards
    New York, New York 10001
    (212) 446-2300
    E-mail: jbevan@bsfllp.com
    E-mail: jrush@bsfllp.com

    RIGHTS BEHIND BARS
    By: Derrick Luster, Esq.
    416 Florida Avenue NW #26152
    Washington, D.C. 20001
    (202) 455-4399
    E-mail: derrick@rightsbehindbars.org

For the Defendants Massachusetts Department of Corrections, Superintendant Steve Kenneway, Lieutenant Robert Deschene, Lieutenant Arthur Forget, Sergeant Ryan Hillis, Sergeant Thomas Tocci, Officer Anthony Catalano, Officer Joshua Gagnon, Sergeant Arthur Barnes, Officer Joseph Cummings, Officer Nicholas Dumont, Officer Zachary Fonseca, Officer Daniel Hollenbach, Officer Eric Lawson, Sergeant Nathan Owen, Officer Cory Shepherd, Officer Jeffrey Pepoli, Sergeant Brian Rayner, Officer Robert Bashaw, Officer Raymond Simula, Officer Sergio Cacioppo, Officer Thomas Membrino, Officer David Gilman, and Officer Ryan Kalriess:

    MASSACHUSETTS DEPARTMENT OF CORRECTION
    LEGAL DIVISION
    By: Stephanie M. Caffrey, Esq. (present with witness)
    By: Yasmine Bailey, Esq.
    70 Franklin Street, Suite 600
    Boston, Massachusetts 02110
    (857) 377-1154
    E-mail: stephanie.m.caffrey@doc.state.ma.us

(Continued on page 4.)



Page 4

APPEARANCES (via videoconference)(continued):

For the Defendant Nurse Christian Capoccia:

    ADLER COHEN HARVEY WAKEMAN GUEKGUEZIAN LLP
    By: Melissa F. Rodriguez, Esq.
    2 Oliver Street, Suite 1005
    Boston, Massachusetts 02109
    (617) 423-6674
    E-mail:  mrodriguez@adlercohen.com

Videographer:

    Ryan Mann

Court Reporter:

    Karen L. Wright, RPR, CRR



Page 14

Q.   And you would receive these responsibilities from a team leader or whoever was in charge for that day?

A.   Correct.

Q.   Who was that in January 2020 at SBCC?

A.   I don't recall.

Q.   And did you receive your instructions orally?  Was it written down?

A.   More -- more so probably orally.

Q.   Okay.  At this time, did you have a work phone?

A.   No.

Q.   Did you use your personal phone to communicate about work?

MS. CAFFREY:  Objection.

You can answer.

A.   Yes.

Q.   Did you use your personal e-mail to communicate about work?

MS. CAFFREY:  Objection.

You can answer.

A.   No.  Well, yes.

Q.   Okay.

A.   I think.  I don't know if I had a DOC e-mail



back then yet.

Q.    Okay.  If you didn't have a DOC e-mail, you would have used your personal e-mail to communicate about work?

A.    Yes.

MS. CAFFREY:  Objection.

You can answer.

Q.    BY MS. BEVAN:  And so that would have entailed using your personal e-mail to communicate about what?

MS. CAFFREY:  Objection.

You can answer.

A.    Just where to report, where I would be assigned to, and a time and date to show up.

Q.    What trainings did you receive as a member of the Special Operations Division?

A.    Use of force training.  PR-24 training. Restraint training.  I'm not sure what else.  Forced movement of inmate training.  I don't really recall anything else exactly at this time.

Q.    In those trainings, did they teach you how to assess risk?

MS. CAFFREY:  Objection.

You can answer.

