# EXHIBIT J

 Outlook

---

## RE: Washington v. DOC, et al. re: April 22 Hearing

---

**From** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>

**Date** Fri 4/17/2026 3:47 PM

**To** Julia Bevan <jbevan@bsfllp.com>

**Cc** lily <lily@rightsbehindbars.org>; derrick <derrick@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; Jayden Rush <jrush@bsfllp.com>; SMariella <SMariella@BSFLLP.com>; Bailey, Yasmine D. (DOC) <Yasmine.D.Bailey@doc.state.ma.us>

---

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Hello,

Below are the details, including the party, date, and stenographer, of those deposed in <u>Diggs, et al. v. Mici, et al.</u>:

1. Joseph Bellini- August 29, 2023- Carol Kusinitz, Veritex Legal Solutions
2. Dennis Breslin- November 3, 2023- Jeanette Maracas, Veritex Legal Solutions
3. Anthony Catalano- December 7, 2023- Arlene Boyer, Veritex Legal Solutions
4. Jeffrey Daigneault- November 6, 2023- Kristen Kelly, Veritex Legal Solutions
5. Joseph Freitas- December 13, 2022- Alexander Loos O'Brien & Levine
6. James Gerardi- August 30, 2023- Jane Werner, Veritex Legal Solutions
7. John Houle- December 19, 2023- Arlene Boyer, Veritex Legal Solutions
8. Gary Levesque- September 22, 2023- Jeanette Maracas, Veritex Legal Solutions
9. John Madden- August 24, 2023- Arlene Boyer, Veritex Legal Solutions
10. James Murphy- December 12, 2023- Carol Kusinitz, Veritex Legal Solutions
11. Nathan Owen- October 18, 2023- Robert Lombardi, Veritex Legal Solutions
12. Kurt Russell- October 26, 2023- Ken DiFraia, Veritex Legal Solutions
13. Kelly (Ryder) Avant- December 14, 2023- Arlene Boyer, Veritex Legal Solutions
14. Denny Santos- November 9, 2023- Arlene Boyer, Veritex Legal Solutions
15. Jeffrey Souza- September 18, 2023- Jeanette Maracas, Veritex Legal Solutions
16. Brian Schwenk- November 8, 2023- Arlene Boyer, Veritex Legal Solutions
17. Raymond Turcotte- September 7, 2023- Jeanette Maracas, Veritex Legal Solutions

Visitor records are redacted as they contain personally identifiable information concerning third parties. In terms of the search terms, we would need to discuss narrowing these terms. For the "Attorneys' Eyes Only" documents, if the expert is a member of the litigation team, we could agree to language stating that the information may be shared with an expert retained by plaintiffs, but we would need to know who that is in the first instance.

Best,


Stephanie M. Caffrey

Senior Litigation Counsel
Massachusetts Department of Correction
Legal Division
70  Franklin Street, Suite 600
Boston, MA 02110
617 727-3300 ext 1154
Stephanie.M.Caffrey@doc.state.ma.us

---

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Thursday, April 16, 2026 8:03 PM

**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Cc:** lily <lily@rightsbehindbars.org>; derrick <derrick@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; Jayden Rush <jrush@bsfllp.com>; SMariella <SMariella@BSFLLP.com>
**Subject:** Washington v. DOC, et al. re: April 22 Hearing

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

In an effort to narrow the parties' discovery disputes in advance of the upcoming April 22 hearing, we wanted to follow up on a few open items.

## I. Deposition Hours

We wanted to close the loop on a commitment DOC had made at the parties' March 10 meet and confer. On March 10, DOC agreed to transmit a list of all depositions taken in the *Diggs* matter (including the names of all deponents, the dates of those depositions, and each respective stenography company), so Plaintiff may determine how to reduce the number and/or length of the depositions he intends to notice. Plaintiff also offered to rely on deposition transcripts from discovery in the eight related cases listed in RFP No. 1 (e.g., *Silva Prentice*, *Graulau*, etc) to maximize efficiency and eliminate redundant or duplicative deposition questions and topics. Please transmit the list of depositions from all related cases, and all corresponding information, by close of business tomorrow.

Furthermore, is DOC's position that it is willing to directly transmit relevant deposition transcripts from the related cases, or that—as you suggested during the meet and confer—you will identify deponents but require Plaintiff to contact each individual stenographer for any transcripts he seeks? Please advise.

Relatedly, we noticed that DOC redacted the names of potential witnesses in some of its productions. For example, the production on Monday, April 13, 2026, included visitor logs (R20) with redactions to the names and identifying information for individuals who visited Plaintiff around the time of the subject incidents. (*See, e.g.*, R20 Page 67). It is our position that the identities of these potential witnesses are discoverable and would help us narrow our list of potential deponents and close the gap between our deposition limit requests. Is DOC willing to produce unredacted versions of these documents (specifically as to Plaintiff's visitors) in advance of the hearing next week? Or is DOC standing on its redactions? If so, what is the basis for the redactions?

## II. Video format

Plaintiff has devised a technical workaround for the Windows-only Bosch video files, so we are willing to moot our request to re-produce the videos in .mp4 format at this time.

### III. Request No. 1

Plaintiff maintains that the discovery from all nine related actions is relevant. We understand that it is DOC's position that it would be willing to produce relevant discovery from *Diggs* only. Is DOC willing to run search terms that align with the following:

Anything that hits on "Derrick Washington"; "Washington"; "W89316"; or anything that hits on the named defendants or key witnesses identified in the joint discovery statement AND at least one of the substantive terms identified in the joint statement?

For example, and subject to further conferral, something like: ("Derrick Washington," "Washington," or "W89316") OR (("Kenneway" or "Deschene" or "Forget" or "Hillis" or "Tocci" or "Catalano" or "Gagnon" or "Capoccia" or "Barnes" or "Cummings" or "Dumont" or "Fonseca" or "Hollenbach" or "Lawson" or "Owen" or "Shepherd" or "Pepoli" or "Rayner" or "Bashaw" or "Simula" or "Cacioppo"  or "Membrino" or "Gilman" or "Kalreiss" or "Turcotte" or "Thomas" or "Davell" or "Reniere" or "Primack" or "Gerardi" or "Shaw" or "Fougere" or "St. Peter" or "Ferriera" or "Freitas" or "Lanpher" or "Almeida"or "Gray") AND ("Target" or "employee misconduct" or "staff misconduct" or "discipline" or "BLACC" or "black" or "gang" or "Special Operations Command Group" or "SOCG" or "bias" or "race" or "racial" or "slur" or "discriminate" or "lockdown" or "shakedown" or "threat" or "investigate" or "investigation" or "grievance" or "findings" or "STG" or "report" or "excessive" or "OC" or "retaliation"))

We believe this would narrow the issue before the Court as to whether discovery should be produced from the nine related matters or just *Diggs*.

### IV. RFP Nos. 27, 28, 29, 30, and 33

Similarly, we understand the core dispute with respect to these RFPs to be about whether responsive documents and communications on the personal devices of individually-named Defendants are within the care, custody, and control of Defendants. You have agreed to inquire about responsive documents from Defendants' personal devices. To that end, are you amenable to the same search terms referenced above being utilized with respect to these RFPs?

### V. AEO Designation

We want to confirm that it is your position that following policies remain designated AEO and cannot be shown to any experts retained by us, even if

they execute the confidentiality agreement identified as Exhibit A to the protective order:

1.      503: Forced Movement of Inmates (2018)

2.      503: Forced Movement of Inmates (2020)

3.      509: Chemical Agents Policy (2019)

4.      509: Chemical Agents Policy (2020)

5.      509: Chemical Agents Policy (2021)

6.      509: Chemical Agents Policy (2022)

7.      514: Security Threat Group Management Guidelines (2019)

8.      514: Security Threat Group Management Guidelines (2020)

9.      514: Security Threat Group Management Guidelines (2021)

10.     514: Security Threat Group Management Guidelines (2022)

11.     514: Security Threat Group Management Guidelines (2025)

12.     520: Instruments of Restraint Policy (2022)

13.     559: Special Operations Response Units Policy (2019)

14.     559: Special Operations Response Units Policy (2020)

15.     559: Special Operations Response Units Policy (2022)

16.     559: Special Operations Response Units Policy (2023)

17.     559: Special Operations Response Units Policy (2025)

18.     560: Disorder Management Policy (2019)

19.     560: Disorder Management Policy (2020)

20.     560: Disorder Management Policy (2021)

21.     560: Disorder Management Policy (2022)

22.     560: Disorder Management Policy (2023)

 Please let us know your position as to the above issues by close of business tomorrow.

Best,

Julia


**Julia Bevan** (she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(d) +1 212 446 2355
jbevan@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]