# EXHIBIT M



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*Legal Division*
*70 Franklin Street, Suite 600*
*Boston, MA 02110*
*Tel: (617) 727-3300*
*www.mass.gov/doc*



**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**GINA K. KWON**
*Secretary*

**SHAWN P. JENKINS**
*Commissioner*

Delivered via Certified Mail

July 17, 2026

Katherine Zhang, Esq.
Julia Bevan, Esq.
Jayden Rush, Esq.
Boies Schiller Flexner LLP
55 Hudson Yards, Floor 20
New York, NY 10001

Lori K. Vaulding, Esq.
Matthew D. Medoff, Esq.
Adler Cohen Harvey Wakeman and Guekguezian LLP
2 Oliver Street, Suite 1005
Boston, MA 02109

RE:    Washington v. Department of Correction, et. al.; USDC 1:23-cv-10063 (MRG); Video Recording Discovery

Dear Attorneys Zhang, Bevan, Rush, Medoff, and Vaulding;

Enclosed, please find a disc containing a surveillance video recording from January 23, 2020 and a surveillance video recording from March 5, 2020 inside the holding cell pertaining to Mr. Washington.

Sincerely,

*/s/ Stephanie M. Caffrey*

Enc.