**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DERRICK WASHINGTON,

    *Plaintiff*,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION et al.

    *Defendants*.

Case No. 1:23-cv-10063-MRG

**[PLAINTIFF'S PROPOSED] ORDER ON**
**SECOND JOINT DISCOVERY DISPUTE STATEMENT**

Upon consideration of the parties' Second Joint Discovery Dispute Statement and the arguments presented therein, the Court hereby ORDERS as follows:

**I.    Personal Devices and Email Accounts**

1.    Counsel for each individual DOC Defendant shall search their clients' personal email accounts and personal cell phones—including text messages and messaging applications such as Facebook Messenger and WhatsApp—for communications containing any of the following terms: "Derrick Washington"; "Washington"; "DW"; "W89316"; "BLACC"; or "Black, Latino, Asian Cultural Coalition." It is insufficient for counsel to merely inquire into the sufficiency of the individual DOC Defendants' self-collection; the collection must be supervised and overseen by counsel.

2.    All responsive documents identified through that search shall be produced to Plaintiff no later than August 14, 2026.

**II.    Video Footage of Assaults on Mr. Washington**

3.    *Attestation of completeness.* No later than August 7, 2026, DOC Defendants shall provide written confirmation stating: (a) whether video production relating to the January 21,

January 23–24, and March 5, 2020 incidents is complete; and (b) whether any responsive footage is being withheld and, if so, the basis for withholding.

4. *March 5, 2020 footage.* DOC Defendants shall immediately produce the March 5, 2020 strip-cell footage in a format that is accessible and playable without specialized software, or shall provide Plaintiff with technical instructions sufficient to open the footage by August 14, 2026.

5. *Supplemental depositions.* Following Plaintiff's review of the newly produced footage for the January 21, January 23–24, and March 5, 2020 incidents, Plaintiff is granted leave to conduct short supplemental depositions, not to exceed one hour each, of officers appearing in the footage, limited to the events depicted therein. The parties shall stipulate that any such supplemental depositions may proceed after the August 14, 2026 fact discovery deadline.

## III. Kenneway Reorganization Plan

6. DOC Defendants shall produce all documents relating to Defendant Kenneway's plan for the reorganization of SBCC in January 2020 (the "Kenneway Plan"), including all drafts, communications, and related materials.

7. To the extent DOC Defendants contend the Kenneway Plan is protected by attorney-client privilege, DOC Defendants shall produce a privilege log compliant with Fed. R. Civ. P. 26(b)(5) and Local Rule 34.1(e) no later than August 14, 2026, identifying each withheld document with particularity.

## IV. Video and Audio Footage from *Silva-Prentice*

8. DOC Defendants shall produce all video and audio footage captured between January 21 and January 24, 2020 that was produced in *Silva-Prentice, et al. v. Turco, et al.*, No. 1:21-cv-11580-PBS (D. Mass.), no later than August 14, 2026.

2

**V.      Defendant Deschene's Disciplinary and Investigative Records**

9.      DOC Defendants shall produce all documents and communications relating to any investigative or disciplinary hearings concerning allegations of misconduct against Defendant Robert Deschene, including but not limited to transcripts, notes, dispositions, findings, witness statements, and the identities of all parties involved in any such proceeding, no later than August 14, 2026.

**VI.     Outstanding Document Production**

10.     No later than August 7, 2026, DOC Defendants shall provide Plaintiff with a complete written inventory of all documents that remain outstanding and have not yet been produced in response to Plaintiff's First and Second Sets of Requests for Production.

11.     DOC Defendants shall complete all outstanding document production no later than August 14, 2026.

12.     The deadline for the parties to raise additional discovery disputes with the Court is extended to September 11, 2026.


Dated: _____, 2026


                              /s/ _____
                              Hon. Margaret R. Guzman
                              United States District Judge

3