**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DERRICK WASHINGTON,

    *Plaintiff*,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION et al.

    *Defendants*.

Case No. 1:23-cv-10063-MRG

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT B UNDER SEAL**

Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Derrick Washington respectfully moves for leave to file Exhibit B to the Declaration of Sabina Mariella dated July 31, 2026 ("Exhibit B," or ECF No. 201-3) under seal. Exhibit B is the February 19, 2020 email of Captain Anthony M. Catalano, Jr., Bates No. R27 P208. Plaintiff states as follows:

1.    Exhibit B was produced by Defendant Massachusetts Department of Correction ("DOC") in discovery and bears the designation "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" pursuant to the Protective Order entered in this action on February 10, 2026 (ECF No. 130).

2.    Exhibit B is not Plaintiff's document. Plaintiff takes no position on, and makes no independent representation regarding whether the confidentiality designation is warranted. The sole basis for this motion is that the producing party, DOC, has designated Exhibit B as confidential under the Protective Order.

3.    Plaintiff requests that Exhibit B be sealed until further order of the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and order that Exhibit B be filed and maintained under seal until further order of the Court.

Dated: August 1, 2026

Respectfully submitted,

*/s/ Sabina Mariella*
Boies Schiller Flexner LLP
Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia Bevan (*pro hac vice*)
Jayden Rush (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

Rights Behind Bars
Sumayya Saleh (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street NW FNT 1 #33821
Washington, DC 20033
(t) +1 202 455 4399
sumayya@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2026.

*/s/ Sabina Mariella*

Sabina Mariella