**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DERRICK WASHINGTON,
Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

Defendants.

Case No. 1:23-cv-10063-MRG

**JOINT STIPULATION AND ORDER EXTENDING CASE DEADLINES**

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and between Plaintiff Derrick Washington ("Plaintiff"); Defendant Christian Capoccia ("Defendant Capoccia"); and Defendants Massachusetts Department of Correction ("DOC"), Steve Kenneway, Robert Deschene, Arthur Forget, Ryan Hillis, Thomas Tooci, Anthony Catalano, Joshua Gagnon, Arthur Barnes, Joseph Cummings, Nicholas Dumont, Zachary Fonseca, Daniel Hollenbach, Eric Lawson, Nathan Owen, Cory Shepherd, Jeffrey Pepoli, Brian Rayner, Robert Bashaw, Ramond Simula, Sergio Cacioppo, Thomas Membrino, David Gilman, and Ryan Kalriess ("DOC Defendants" and, collectively with Defendant Capoccia, "Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel.

**WHEREAS**, on February 11, 2026, the Court adopted a case schedule setting, among other things, the following deadlines (ECF No. 138): (i) expert disclosures due on August 28, 2026; (ii) rebuttal expert reports due on September 11, 2026; (iii) completion of expert discovery by September 25, 2026; and (iv) dispositive motions due on October 1, 2026;

**WHEREAS**, in light of discovery disputes that remain outstanding, as described in the Parties' Second Joint Discovery Dispute Statement (ECF No. 201), the Parties have conferred and agree that good cause exists to extend the foregoing deadlines by four weeks;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties as follows:

1. The case deadlines shall be amended as follows.

   a. Expert disclosures are now due on September 25, 2026.

   b. Any rebuttal experts are now due on October 9, 2026.

   c. Expert discovery shall be completed by October 23, 2026.

   d. Any dispositive motions are due on November 2, 2026.

   e. Any oppositions to dispositive motions are due on December 1, 2026.

2. All other deadlines and provisions of the Court's prior scheduling orders remain in full force and effect, except as expressly modified herein.

SO STIPULATED AND AGREED.

Dated: August 15, 2026

*/s/ Sabina Mariella*

*On behalf of Plaintiff Derrick Washington*

*/s/ Stephanie M. Caffrey*

*On behalf of DOC Defendants*

*/s/ Matthew D. Medoff*

*On behalf of Defendant Christian Capoccia*

**SO ORDERED.**

**Date:** August 17, 2026

/s/ Margaret R. Guzman

**MARGARET R. GUZMAN**
**United States District Judge**