# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**<u>AFFIDAVIT OF ROBERT BASHAW</u>**

I, Robert Bashaw, hereby depose and state as follows:

1. I was employed by the Massachusetts Department of Correction ("DOC") until my retirement.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this ___9th_ day of September 2026.

Robert Bashaw

ROBERT BASHAW

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF SERGIO CACIOPPO**

I, Sergio Cacioppo, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") as a Correction Officer I.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 01 day of September 2026.

SERGIO CACIOPPO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF JOSEPH CUMMINGS**

I, Joseph Cummings, hereby depose and state as follows:

1. I was employed by the Massachusetts Department of Correction ("DOC") until my retirement.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 1st day of September 2026.

JOSEPH CUMMINGS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF ROBERT DESCHENE**

I, Robert Deschene, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Captain.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 2nd day of September 2026.

ROBERT DESCHENE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,

Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

CIVIL ACTION No. 1:23-cv-10063

**AFFIDAVIT OF ARTHUR FORGET**

I, Arthur Forget, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Lieutenant.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 9 day of September 2026.

Arthur Forget

ARTHUR FORGET

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,

Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

CIVIL ACTION No. 1:23-cv-10063

**AFFIDAVIT OF JOSHUA GAGNON**

I, Joshua Gagnon, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") as a Correction Officer I.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 16 day of September 2026.

JOSHUA GAGNON

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,

CIVIL ACTION No. 1:23-cv-10063

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF DAVID GILMAN**

I, David Gilman, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Sergeant.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 16th day of September 2026.

DAVID GILMAN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF DANIEL HOLLENBACH**

I, Daniel Hollenbach, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Lieutenant.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 4 day of September 2026.

DANIEL HOLLENBACH

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF RYAN KALRIESS**

I, Ryan Kalriess, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Sergeant.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 13 day of September 2026.

[signature]

RYAN KALRIESS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF ERIC LAWSON**

I, Eric Lawson, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") as a Correction Officer I.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 2ND day of September 2026.

ERIC LAWSON

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF THOMAS MEMBRINO**

I, Thomas Membrino, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Lieutenant.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this __2nd____ day of September 2026.

____________________________________

THOMAS MEMBRINO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF NATHAN OWEN**

I, Nathan Owen, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Lieutenant.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. During this search, I located one (1) responsive document, an email from my personal email account on February 3, 2020. I forwarded this email to my attorneys in this matter. I found no other emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 9 day of September 2026.

NATHAN OWEN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF BRIAN RAYNER**

I, Brian Rayner, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Sergeant.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 8th day of September 2026.

BRIAN RAYNER

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,
Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF CORY SHEPHERD**

I, Cory Shepherd, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Sergeant.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 8TH day of September 2026.

[signature]

CORY SHEPHERD

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF RAYMOND SIMULA**

I, Raymond Simula, hereby depose and state as follows:

1. I was employed by the Massachusetts Department of Correction ("DOC") until my resignation in 2025.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 3rd day of September 2026.

Ral W. Simla II

RAYMOND SIMULA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF THOMAS TOCCI**

I, Thomas Tocci, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Lieutenant.
2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

4. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.

5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.

6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this 2ND day of September 2026.

[signature]
THOMAS TOCCI