UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**DOC DEFENDANTS' SECOND SUBMISSION PURSUANT TO COURT ORDER**

Pursuant to this Court's Order dated August 21, 2026, Defendants Massachusetts Department of Correction, Steven Kenneway, Robert Deschene, Arthur Forget, Ryan Hillis, Thomas Tocci, Anthony Catalano, Joshua Gagnon, Arthur Barnes, Sergio Cacioppo, Nicholas

Dumont, Zachary Fonseca, David Gilman, Daniel Hollenbach, Ryan Kalriess, Eric Lawson, Thomas Membrino, Nathan Owen, Jeffrey Pepoli, Brian Rayner, Robert Bashaw, Cory Shepherd, Raymond Simula, and Joseph Cummings (collectively, "DOC Defendants") submit the attached Exhibit 1, which contains an affidavit from the following individual, which was inadvertently left out of DOC Defendants' prior submission:

1. Steven Kenneway.

Dated: September 16, 2026

Respectfully submitted,
NANCY ANKERS WHITE
Special Assistant Attorney General

*/s/ Brittni Wipper*_________________

Stephanie M. Caffrey (BBO# 697075)
Brittni Wipper (BBO# 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1154
Stephanie.M.Caffrey@doc.state.ma.us
Brittni.Wipper@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Brittni Wipper, counsel for DOC Defendants hereby certify that on September 16, 2026, I served a copy of the following document via electronic mail upon counsel of records as follows:

Katherine Zhang, Esquire
Sabina Mariella, Esquire
Jayden Rush, Esquire
Julia Bevan, Esquire
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
kzhang@bsfllp.com
smariella@bsfllp.com
jrush@bsfllp.com
jbevan@bsfllp.com

Lily Novak, Esquire
Derrick Luster, Esquire
Rights Behind Bars
1800 M Street NW
Front 1 #33821
Washington, DC 20033
lily@rightsbehindbars.org
derrick@rightsbehindbars.org

Lori K. Vaulding, Esquire
Matthew D. Medoff, Esquire
Matthew J. Holmes, Esquire
Adler Cohen Harvey Wakeman and Guekguezian
2 Oliver Street, Suite 1005
Boston, MA 02109
lvaulding@adlercohen.com
mmedoff@adlercohen.com
mholmes@adlercohen.com