# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

**AFFIDAVIT OF STEVEN KENNEWAY**

I, Steven Kenneway, hereby depose and state as follows:

1. I was employed by the Massachusetts Department of Correction ("DOC") until my retirement in June 2021.

2. The statements herein are based upon my personal knowledge.

3. Pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal cell phone's data, including messaging applications, for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
4. During this search, I located one (1) responsive document, a text message chain on my personal cell phone with another DOC employee. I forwarded this text message chain to my attorneys in this matter. I found no messages or other communications on my personal cell phone responsive to the Court's ordered search terms and parameters.
5. Additionally, pursuant to this Court's Order dated August 21, 2026, I conducted a diligent search of my personal email account for the following search terms: "Derrick Washington", "Washington", "DW", "W89316", "BLACC" and Black, Latino, Asian Cultural Coalition" for the time period of November 1, 2019 through August 1, 2020.
6. Again, I found no emails, messages, or other communications in my personal email account responsive to the Court's ordered search terms and parameters.

Signed under the pains and penalties of perjury this __16th__ day of September 2026.

STEVEN KENNEWAY