**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,<br><br>Defendants. | Case No. 1:23-cv-10063-MRG |

**JOINT NOTICE PURSUANT TO ECF NO. 214**

Plaintiff Derrick Washington ("Plaintiff" or "Mr. Washington") and Defendants Massachusetts Department of Correction ("MDOC"), Steven Kenneway, Robert Deschene, Arthur Forget, Ryan Hillis, Thomas Tocci, Anthony Catalano, Joshua Gagnon, Arthur Barnes, Sergio Cacioppo, Nicholas Dumont, Zachary Fonseca, David Gilman, Daniel Hollenbach, Ryan Kalriess, Eric Lawson, Thomas Membrino, Nathan Owen, Jeffrey Pepoli, Brian Rayner, Robert Bashaw, Cory Shepherd, Raymond Simula, and Joseph Cummings (collectively, "DOC Defendants") submit this Joint Notice pursuant to this Court's Order dated September 9, 2026 (ECF No. 214).

The parties submit this Joint Notice regarding the alleged *Silva-Prentice* footage. Plaintiff reserves all rights to seek additional discovery regarding the *Silva-Prentice* footage after review of the discovery described below. The parties state the following:

1. Plaintiff and DOC Defendants met and conferred on September 15, 2026.

2. DOC Defendants agree to transmit to Plaintiff all video footage containing audio, the handheld video footage, from January 22, 2020 that was provided to plaintiffs' counsel in the *Silva-Prentice* matter.

3. DOC Defendants will also transmit to Plaintiff a copy of a letter they sent to plaintiffs' counsel in the *Silva-Prentice* matter listing use of force video files that DOC transmitted to counsel. This list does not encompass all of the video files that were transmitted to plaintiffs' counsel in *Silva-Prentice*.

4. DOC Defendants do not have a comprehensive log that was provided to plaintiffs' counsel in the *Silva-Prentice* matter detailing each video file that was produced.

5. DOC Defendants will send the aforementioned discovery via certified mail by September 22, 2026.

Dated: September 18, 2026

*/s/ Stephanie Caffrey*
Stephanie M. Caffrey (BBO No. 697075)
Brittni Wipper (BBO No. 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(t) +1 617 727 3300 x1154
stephanie.m.caffrey@doc.state.ma.us
brittni.wipper@doc.state.ma.us

*Attorneys for DOC Defendants*

*/s/ Sabina Mariella*
BOIES SCHILLER FLEXNER LLP
Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia Bevan (*pro hac vice*)
Jayden Rush (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

RIGHTS BEHIND BARS
Sumayya Saleh (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street NW FNT 1 #33821
Washington, DC 20033
(t) +1 202 455 4399
sumayya@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Sabina Mariella, counsel for Plaintiff Derrick Washington, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 18, 2026.

*/s/ Sabina Mariella*
Sabina Mariella