**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION et al.,<br><br>Defendants. | Case No. 1:23-cv-10063-MRG<br><br>**DECLARATION OF JULIA ALISON BEVAN IN SUPPORT OF THE PARTIES' THIRD JOINT DISCOVERY DISPUTE STATEMENT** |

I, Julia Alison Bevan, declare as follows:

1. I am an attorney and associate for the law firm Boies Schiller Flexner LLP, counsel of record for Plaintiff in the above captioned action. I submit this declaration in support of the Parties' Third Joint Discovery Dispute Statement. I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's First Set of Interrogatories directed to all DOC Defendants, dated July 15, 2026.

3. Attached hereto as **Exhibit B** is a true and correct copy of the DOC Defendants' responses and objections to Plaintiff's First Set of Interrogatories, dated August 14, 2026.

4. Attached hereto as **Exhibit C** are true and correct copies of Defendants Simula's, Membrino's, Gagnon's, and Cacioppo's responses to Plaintiff's Requests for Admission.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defendant Gagnon's training records from June 18, 2007 through June 30, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of August 27, 2026 – September 17, 2026 email correspondence between counsel for Plaintiff and DOC Defendants.

7. Attached hereto as **Exhibit F** is a true and correct copy of the privilege log produced by counsel for DOC Defendants on September 8, 2026.

8. Attached hereto as **Exhibit G** is a true and correct copy of the redaction log produced by counsel for DOC Defendants on September 8, 2026.

9. Attached hereto as **Exhibit H** is a true and correct copy of September 21, 2026 – September 23, 2026 email correspondence between counsel for Plaintiff and DOC Defendants.

10. Attached hereto as **Exhibit I** is a true and correct copy of September 25, 2026 correspondence from counsel for DOC Defendants to counsel for Plaintiff.

11. Attached hereto as **Exhibit J** is a true and correct copy of three redacted documents produced by the DOC Defendants with bates numbers R27 P231, R27 P237, and R27 P359.

12. Attached hereto as **Exhibit K** is a true and correct copy of a screenshot from the March 5, 2020 holding-cell footage produced by counsel for the DOC Defendants.

13. Attached hereto as **Exhibit L** is a true and correct copy of September 2, 2026 – September 4, 2026 email correspondence between counsel for Plaintiff and counsel for the DOC Defendants.

14. Attached hereto as **Exhibit M** is a true and correct copy of September 14, 2026 correspondence from DOC counsel to counsel for Plaintiff.

15. Attached hereto as **Exhibit N** is a true and correct copy of September 28, 2026 email correspondence from counsel for Plaintiff to counsel for DOC Defendants.

16. Attached hereto as **Exhibit O** is a true and correct copy of September 30, 2026 correspondence from counsel for the DOC Defendants to counsel for Plaintiff.

17. I have reviewed the handheld video produced by the DOC Defendants related to the March 5, 2020 use of force incident. In the video footage Plaintiff can be heard stating "I'm an asthmatic" before chemical agent is deployed into the cell.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026

*/s/ Julia Alison Bevan*

JULIA ALISON BEVAN