# EXHIBIT D

## To Be Filed Under Seal