# EXHIBIT E

**From:** Wipper, Brittni (DOC)
**To:** Derrick Luster; Caffrey, Stephanie M. (DOC); Richards, Danielle L. (DOC)
**Cc:** Grace E. Cason; Sally McAndrew; Matthew Holmes; Matthew D. Medoff; Lori Vaulding; SSaleh; Katherine Zhang; Sabina Mariella; Jayden Rush; Julia Bevan
**Subject:** RE: Washington v. MDOC, et al. -- Conferral Letter to DOC re: Discovery Responses
**Date:** Thursday, September 17, 2026 3:37:49 PM

---

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hello,

Defendants reviewed the attached letter as well as their responses to Plaintiff's First Set of Interrogatories and First Set of Admissions. Defendants note that Plaintiff's interrogatories and admissions are incredibly broad, vague, and ambiguous. Nonetheless, Defendants fully answered these requests. Defendants stand on the objections raised and their responses.

Best,
Brittni

---

**From:** Derrick Luster <derrick@rightsbehindbars.org>
**Sent:** Thursday, September 17, 2026 1:07 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>; Richards, Danielle L. (DOC) <Danielle.L.Richards@doc.state.ma.us>
**Cc:** Grace E. Cason <gcason@adlercohen.com>; Sally McAndrew <sMcAndrew@adlercohen.com>; Matthew Holmes <mholmes@adlercohen.com>; Matthew D. Medoff <mmedoff@adlercohen.com>; Lori Vaulding <lvaulding@adlercohen.com>; sumayya <sumayya@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; SMariella <SMariella@BSFLLP.com>; Jayden Rush <jrush@bsfllp.com>; Julia Bevan <jbevan@bsfllp.com>
**Subject:** Re: Washington v. MDOC, et al. -- Conferral Letter to DOC re: Discovery Responses

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Please let us know DOC's position on these issues **by close of business today.** If we do not hear from you, we will seek all appropriate relief from the court.

Best,

**Derrick Luster**

Racial Justice Counsel
Rights Behind Bars | www.rightsbehindbars.org
1800 M Street NW FNT 1 #33821
Washington, DC 20033
Office: (202) 455-4399
Pronouns: *he/him*

**Admitted only in California and Pennsylvania; practice limited to matters before federal courts, federal agencies, and District of Columbia agencies*

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

On Tue, Sep 15, 2026 at 2:19 PM Derrick Luster <derrick@rightsbehindbars.org> wrote:

> Counsel,
>
> We served this letter more than two weeks ago and have not received a response. As fact discovery comes to a close, it is imperative that we expeditiously resolve all open discovery-related issues. Please let us know the DOC Defendants' positions on these issues **by close of business tomorrow, September 16, 2026**.
>
> Thank you,
>
> **Derrick Luster**
> Racial Justice Counsel
> Rights Behind Bars | www.rightsbehindbars.org
> 1800 M Street NW FNT 1 #33821
> Washington, DC 20033
> Office: (202) 455-4399
> Pronouns: *he/him*
>
> **Admitted only in California and Pennsylvania; practice limited to matters before federal courts, federal agencies, and District of Columbia agencies*
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system
>
> On Thu, Aug 27, 2026 at 7:42 PM Derrick Luster <derrick@rightsbehindbars.org> wrote:
>
>> Counsel,

We write regarding the DOC's responses to Mr. Washington's Interrogatories, Set One, and the various DOC Defendants' responses to Mr. Washington's Requests for Admission, Set One. Please review the attached letter and let us know the DOC Defendants' positions on these issues **by Friday, September 4, 2026**.

If you would like to discuss these matters further, please let us know your availability for next week. We hope to resolve these issues without further court intervention.

Best,

**Derrick Luster**
Racial Justice Counsel
Rights Behind Bars | www.rightsbehindbars.org
1800 M Street NW FNT 1 #33821
Washington, DC 20033
Office: (202) 455-4399
Pronouns: *he/him*

**Admitted only in California and Pennsylvania; practice limited to matters before federal courts, federal agencies, and District of Columbia agencies*

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system