# EXHIBIT F

| Request Number | Date Sent | Time Sent | From | To | CC | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 27 | 2020.2.5 | 4:24PM | Kenneway, Steven (DOC) | White, Nancy (DOC); Glazer, Daryl (DOC) | | Forwarded email with agency counsel Nancy White and Daryl Glazer with attorney-client communciations and attorney work product regarding mental health contacts. | Attorney-Client Communication; Work Product |
| 27 | 2020.2.11 | 5:11PM | Kenneway, Steven (DOC) | White, Nancy (DOC); Glazer, Daryl (DOC) | | Fowarded email with agency counsel Nancy White and Daryle Glazer with attorney-client communcations and attorney work product regarding statistical data concerning uses of force and staff investigations. | Attorney-Client Communication; Work Product |