# EXHIBIT G

| Production Date | Bates Reference | Document | Information Redacted | Privilege (s) |
|---|---|---|---|---|
| 2026-01-16 | (First Production) R1 27 | SBCC Daily Shift Roster | Personnel | IA, Sick Leave, NOP, Bereavement, Military Leave, etc. |
| 2026-01-16 | (First Production) R2 1 | Investigation Inquiry 17836 | PII and Personnel | Date of Birth and Employee ID |
| 2026-01-16 | (First Production) R2 13 | Investigation Inquiry 17836 | Other Incarcerated Individual Name | CORI (pre- protective order) |
| 2026-01-16 | (First Production) R2 25 | Investigation Inquiry 17836 | Other Incarcerated Individual Name | CORI (pre- protective order) |
| 2026-01-16 | (First Production) R2 98-101 | Investigation Inquiry 17836 | Other Incarcerated Individual Name | CORI (pre- protective order) |
| 2026-01-16 | (First Production) R3 42-43 | Investigation DOC-SBCC 20-62 | Other Incarcerated Individual Name | CORI (pre- protective order) |
| 2026.02.10 | R2 26 | Washington Six Part | DOB | PII |
| 2026.02.10 | R2 51 | Washington Six Part | DOB | PII |
| 2026.02.10 | R2 137-339 | Washington Six Part: Classification Report | DOB | PII |
| 2026.02.10 | R2 340 | Washington Six Part: Classification Report | DOB, 3rd Party name | PII |
| 2026.02.10 | R2 341-429 | Washington Six Part: Classification Report | DOB | PII |
| 2026.02.10 | R3 1-5 | Washington Classification Report 4.2007 | DOB | PII |
| 2026.02.10 | R3 6 | Washington Classification Report 4.2007 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 7-9 | Washington Classification Report 4.2007 | DOB | PII |
| 2026.02.10 | R3 10-15 | Washington Classification Report 9.2007 | DOB | PII |
| 2026.02.10 | R3 16 | Washington Classification Report 9.2007 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 17-19 | Washington Classification Report 9.2007 | DOB | PII |
| 2026.02.10 | R3 22-27 | Washington Classification Report 3.2008 | DOB | PII |
| 2026.02.10 | R3 28 | Washington Classification Report 3.2008 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 29-32 | Washington Classification Report 3.2008 | DOB | PII |
| 2026.02.10 | R3 33-38 | Washington Classification Report 3.2009 | DOB | PII |
| 2026.02.10 | R3 39 | Washington Classification Report 3.2008 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 40-44 | Washington Classification Report 3.2009 | DOB | PII |
| 2026.02.10 | R3 45-50 | Washington Classification Report 3.2010 | DOB | PII |

| | | | | |
|---|---|---|---|---|
| 2026.02.10 | R3 51 | Washington Classification Report 3.2010 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 52-57 | Washington Classification Report 3.2010 | DOB | PII |
| 2026.02.10 | R3 57-63 | Washington Classification Report 3.2011 | DOB | PII |
| 2026.02.10 | R3 63 | Washington Classification Report 3.2011 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 64-69 | Washington Classification Report 3.2011 | DOB | PII |
| 2026.02.10 | R3 70-74 | Washington Classification Report 3.2012 | DOB | PII |
| 2026.02.10 | R3 75 | Washington Classification Report 3.2012 | DOB | PII |
| 2026.02.10 | R3 76-80 | Washington Classification Report 3.2012 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 96-101 | Washington Classification Report 3.2013 | DOB | PII |
| 2026.02.10 | R3 102 | Washington Classification Report 3.2013 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 103-108 | Washington Classification Report 3.2013 | DOB | PII |
| 2026.02.10 | R3 109-113 | Washington Classification Report 3.2014 | DOB | PII |
| 2026.02.10 | R3 114 | Washington Classification Report 3.2014 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 115-117 | Washington Classification Report 3.2014 | DOB | PII |
| 2026.02.10 | R3 118 | Washington Classification Report 3.2014 | DOB, Medical | PII, HIPAA |
| 2026.02.10 | R3 119-121 | Washington Classification Report 3.2014 | DOB | PII |
| 2026.02.10 | R3 122-1226 | Washington Classification Report 3.2015 | DOB | PII |
| 2026.02.10 | R3 127 | Washington Classification Report 3.2015 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 128-132 | Washington Classification Report 3.2015 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 133 | Washington Classification Report 3.2015 | DOB, Medical, 3rd party name | PII and privacy, HIPAA |
| 2026.02.10 | R3 135-139 | Washington Classification Report 3.2016 | DOB | PII |
| 2026.02.10 | R3 140 | Washington Classification Report 3.2016 | DOB, 3rd party name & address | PII |
| 2026.02.10 | R3 141-145 | Washington Classification Report 3.2016 | DOB | PII |
| 2026.02.10 | R3 146 | Washington Classification Report 3.2016 | Medical, 3rd party name | PII, HIPAA |
| 2026.02.10 | R3 147 | Washington Classification Report 3.2016 | DOB | PII |
| 2026.02.10 | R3 148-152 | Washington Classification Report 3.2017 | DOB | PII |

| | | | | |
|---|---|---|---|---|
| 2026.02.10 | R3 153 | Washington Classification Report 3.2017 | DOB, 3rd party name | PII |
| 2026.02.10 | R3 154-158 | Washington Classification Report 3.2017 | DOB | PII |
| 2026.02.10 | R3 | Washington Classification Report 3.2017 | DOB, Medical, 3rd party name | PII and privacy, HIPAA |
| 2026.02.10 | R3 | Washington Classification Report 3.2017 | DOB, Medical | PII, HIPAA |
| 2026.02.10 | R3 161-165 | Washington Classification Report 3.2018 | DOB | PII |
| 2026.02.10 | R3 166 | Washington Classification Report 3.2018 | DOB, 3rd party name | PII and privacy |
| 2026.02.10 | R3 167-173 | Washington Classification Report 3.2018 | DOB, Medical | PII, HIPAA |
| 2026.02.10 | R3 174-180 | Washington Classification Report 10.2018 | DOB | PII |
| 2026.02.10 | R3 181 | Washington Classification Report 10.2018 | Personal Information DOB, 3rd party name and personal information | PII and Privacy |
| 2026.02.10 | R3 182-188 | Washington Classification Report 10.2018 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 189-193 | Washington Classification Report 5.19 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 194 | Washington Classification Report 5.19 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| 2026.02.10 | R3 195-201 | Washington Classification Report 5.19 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 202-206 | Washington Classification Report 11.19 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 206 | Washington Classification Report 11.19 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| 2026.02.10 | R3 207-214 | Washington Classification Report 11.19 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 215-219 | Washington Classification Report 6.20 | Personal Information DOB | PII and Privacy |
| 2026.02.10 | R3 220 | Washington Classification Report 6.20 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| 2026.02.10 | R3 221-228 | Washington Classification Report 6.20 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 229-233 | Washington Classification Report 11.20 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 234 | Washington Classification Report 11.20 | Personal Information DOB, 3rd party personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.02.10** | R3 235-242 | Washington Classification Report 11.20 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 243-247 | Washington Classification Report 12.20 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 248 | Washington Classification Report 12.20 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 249-257 | Washington Classification Report 12.20 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 258-262 | Washington Classification Report 5.21 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 263 | Washington Classification Report 5.21 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 264-271 | Washington Classification Report 5.21 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 272-276 | Washington Classification Report 6.22 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 277 | Washington Classification Report 6.22 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 278- 285 | Washington Classification Report 6.22 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 289-293 | Washington Classification Report 3.23 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 294 | Washington Classification Report 3.23 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 295-302 | Washington Classification Report 3.23 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 | Washington Classification Report 3.24 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 289-293 | Washington Classification Report 4.25 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R3 294 | Washington Classification Report 4.25 | Personal Information DOB, 3rd party personal information | PII and Privacy |
| **2026.02.10** | R3 295-302 | Washington Classification Report 4.25 | Personal Information DOB | PII and Privacy |
| **2026.02.10** | R5 11 | Disciplinary Report | 3rd party personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.02.10** | R10 11 | UOF Report 7540 | 3rd party personal information | PII and Privacy |
| **2026.02.10** | R11 1 | Inquiry 17836 | Personal Information (DOB), Badge Number, Employee ID | PII and Privacy, Personnel |
| **2026.02.10** | R11 79 | UOF 7701 | Medical | HIPAA |
| **2026.02.10** | R23 62-64 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 65 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 66-67 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 68 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 2 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 3 | Senior Staff Briefing | Other Incarcerated Individual Name, | CORI, HIPAA |
| **2026.02.10** | R23 5 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 8 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 9 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 12 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 13 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 15 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 16 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 18 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 19 | Senior Staff Briefing | Other Incarcerated Individual Name, | CORI, HIPAA<br><br>Attny/Client |

| | | | | |
|---|---|---|---|---|
| | | | Atty/Client Communication | |
| **2026.02.10** | R21 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 22 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 24 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 25 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 28 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 29 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 31-32 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 33 | Senior Staff Briefing | Atty/Client Communication | CORI, HIPAA |
| **2026.02.10** | R23 35-36 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 37-38 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 39-41 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 42 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 44-45 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 46-47 | Senior Staff Briefing Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 49 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 50 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 52 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 53 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |

| | | | | |
|---|---|---|---|---|
| **2026.02.10** | R23 55 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 56 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 59-60 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 61 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 62-64 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 65 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 66- 67 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 68 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 70-71 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 72 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 74-75 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 76 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 79 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 80 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 82 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 83 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 85 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 86 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 88 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 89 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 90-91 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |

| | | | | |
|---|---|---|---|---|
| **2026.02.10** | R23 92 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 93-94 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 95 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 96 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 97 | Senior Staff Briefing | Other Incarcerated Individual Name, Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 99 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 100 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 103 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 106 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 109 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 112 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 115 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 118 | Senior Staff Briefing | Other Incarcerated Individual Name Atty/Client Communication | CORI, HIPAA<br><br>Attny/Client |
| **2026.02.10** | R23 121 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |

| | | | | |
|---|---|---|---|---|
| | | | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 118 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.02.10** | R23 120 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 121 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.02.10** | R23 123-124 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 125 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.02.10** | R23 126 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 127-128 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.02.10** | R23 130 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.02.10** | R23 133 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.02.10** | R23 136 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.04.10** | R5 55 | Disciplinary Package | 3rd party personal information | PII and Privacy |
| **2026.04.10** | R23 139 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.04.10** | R23 142-143 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.04.10** | R23 145 | Senior Staff Briefing | Other Incarcerated Individual Name | CORI, HIPAA |

| | | | | |
|---|---|---|---|---|
| | | | Atty/Client Communication | Attny/Client |
| **2026.04.10** | R23 148 | Senior Staff Briefing | Other Incarcerated Individual Name<br>Atty/Client Communication | CORI, HIPAA<br>Attny/Client |
| **2026.04.10** | R23 151 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.04.10** | R23 152 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.04.10** | R23 154-155 | Senior Staff briefing | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.04.10** | R23 156 | Senior Staff Briefing | Atty/Client Communication | Attny/Client |
| **2026.04.10** | R34 1 | IMS Screen | Personal Information DOB | PII and Privacy |
| **2026.05.01** | R34 6 | Mail Log | 3rd party personal information | PII and Privacy |
| | | | | |
| **2026.06.02** | R27 14-15 | Tocci and Kenneway Emails | 3rd party personal information | PII and Privacy |
| **2026.06.02** | R27 19-21 | Tocci and Kenneway Emails | PREA Claim, Medical | Confidential, HIPAA |
| **2026.06.02** | R27 23-25 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 27 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 29 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 35-37 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 38-40 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 44-46 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 48 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 49 | Tocci and Kenneway Emails | Other Incarcerated Individual Name<br><br>STG | CORI, HIPAA<br><br>Safety and Security |
| **2026.06.02** | R27 50 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |

| | | | | |
|---|---|---|---|---|
| **2026.06.02** | R27 56-61 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 62 | Tocci and Kenneway Emails | STG | Safety and Security |
| **2026.06.02** | R27 65-69 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 70 | Tocci and Kenneway Emails | STG<br><br>Other Incarcerated Individual Name | Safety and Security<br><br>CORI, HIPAA |
| **2026.06.02** | R27 72-75 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 81-83 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 89-91 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 111-112 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 113-138 | Tocci and Kenneway Emails | Other Incarcerated Individual Medical Record pages | CORI, HIPAA |
| **2026.06.02** | R27 141-143 | Tocci and Kenneway Emails | Other Incarcerated Individual Medical Record pages | CORI, HIPAA |
| **2026.06.02** | R27 148-149 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 151-152 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 155-156 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 158-162 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 163-164 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 168 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.02** | R27 169 | Tocci and Kenneway Emails | Other Incarcerated Individual Name<br><br>STG | CORI, HIPAA<br><br>Safety and Security |
| **2026.06.02** | R27 171 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |

| | | | | |
|---|---|---|---|---|
| **2026.06.02** | R27 172 | Tocci and Kenneway Emails | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.06.24** | R27 203 | Catalano Emails | Personal information | PII and Privacy |
| **2026.06.24** | R27 208 | Catalano Emails | Personal information | PII and Privacy |
| **2026.06.24** | R27 209 | Catalano Emails | Personal information | PII and Privacy |
| **2026.08.07** | R27 216 | Catalano Emails | Personal information | PII and Privacy |
| **2026.08.07** | R27 219 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Safety and Security |
| **2026.08.07** | R27 220-221 | DOC Defendants' Emails (PROD004 8.7.26) | Image – Commonwealth seal | Nonresponsive |
| **2026.08.07** | R27 223 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 224 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 226 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 228 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 231 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Safety and Security |
| **2026.08.07** | R27 234-235 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 237 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 239 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 269 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 276 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 281 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 283-284 | DOC Defendants' Emails (PROD004 8.7.26) | Medical | HIPAA |
| **2026.08.07** | R27 283-289 | DOC Defendants' Emails (PROD004 8.7.26) | STG, Medical | Safety and Security, HIPAA |
| **2026.08.07** | R27 292 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 294 | DOC Defendants' Emails (PROD004 8.7.26) | STG, Other Incarcerated Individual Name | Safety and Security, CORI, HIPAA |
| **2026.08.07** | R27 294 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Safety and Security |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 313 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 314-315 | DOC Defendants' Emails (PROD004 8.7.26) | PREA Claim, Medical<br><br>Other Incarcerated Individual Name | Confidential, HIPAA<br><br>HIPAA |
| **2026.08.07** | R27 316 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 320 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 330 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 333-335 | DOC Defendants' Emails (PROD004 8.7.26) | Personal Information DOB | PII and Privacy |
| **2026.08.07** | R27 336-339 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email to Staff | Nonresponsive |
| **2026.08.07** | R27 340-343 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email to Staff | Nonresponsive |
| **2026.08.07** | R27 344 | DOC Defendants' Emails (PROD004 8.7.26) | Personal Information DOB | PII and Privacy |
| **2026.08.07** | R27 346-349 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email Instructions | Nonresponsive |
| **2026.08.07** | R27 350 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 351-358 | DOC Defendants' Emails (PROD004 8.7.26) | Institution Confidential Reports | Confidential |
| **2026.08.07** | R27 359 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 360-384 | DOC Defendants' Emails (PROD004 8.7.26) | Institution Confidential Reports | Confidential |
| **2026.08.07** | R27 390 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 396-397 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Safety and Security |
| **2026.08.07** | R27 399 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 410 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 411 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA, Nonresponsive |
| **2026.08.07** | R27 418 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA, Nonresponsive |
| **2026.08.07** | R27 426 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA, Nonresponsive |
| **2026.08.07** | R27 433 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 437 | DOC Defendants' Emails (PROD004 8.7.26) | Personal Information DOB | PII and Privacy |
| **2026.08.07** | R27 439 | DOC Defendants' Emails (PROD004 8.7.26) | Outside Agency Confidential document | Nonresponsive |
| **2026.08.07** | R27 440 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 441 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 442 | DOC Defendants' Emails (PROD004 8.7.26) | STG<br><br>3rd party personal information | Confidential<br><br>PII and Privacy |
| **2026.08.07** | R27 448 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 451 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 463 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Confidential |
| **2026.08.07** | R27 464 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Confidential |
| **2026.08.07** | R27 466 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 468 | DOC Defendants' Emails (PROD004 8.7.26) | 3rd party personal information | PII and Privacy |
| **2026.08.07** | R27 469-472 | DOC Defendants' Emails (PROD004 8.7.26) | STG<br><br>3rd party personal information | Confidential<br><br>PII and Privacy |
| **2026.08.07** | R27 477 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Confidential |
| **2026.08.07** | R27 478-481 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 482 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 483-484 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 487 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 488 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 489 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 490 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 491 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 499 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 501 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 510 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 511 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 515 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 521-522 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 537 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 543 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 544-545 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 546 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 554-555 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 562-563 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 571 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 579 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 597 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 585 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 587-590 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 585 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 599-600 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 601 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 611 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 620-621 | DOC Defendants' Emails (PROD004 8.7.26) | Shift Roster | Nonresponsive |
| **2026.08.07** | R27 627 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential, Medical | HIPAA |
| **2026.08.07** | R27 628-629 | DOC Defendants' Emails (PROD004 8.7.26) | Medical | HIPAA |
| **2026.08.07** | R27 637-638 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 644 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 646 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 648 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 649-676 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical<br><br>Personal information | HIPAA<br><br>PII and Privacy |
| **2026.08.07** | R27 679-683 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 685-686 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 687 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 688-699 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email to Staff | Nonresponsive |
| **2026.08.07** | R27 701 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 702 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 703-728 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 731-733 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Medical | HIPAA |
| **2026.08.07** | R27 736 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 737-761 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email to Staff re: other incarcerated individual | Nonresponsive |
| **2026.08.07** | R27 764 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 770-771 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information<br><br>Email re: Attny Communication | PII and Privacy<br><br>Attny/Client |
| **2026.08.07** | R27 776 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 778-783 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Grievance | Nonresponsive |
| **2026.08.07** | R27 784-790 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Grievance | Nonresponsive |
| **2026.08.07** | R27 791-793 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Grievance | Nonresponsive |
| **2026.08.07** | R27 796-810 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Email to Staff re: other incarcerated individual | Nonresponsive |
| **2026.08.07** | R27 816 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 821 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 822 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 824 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 826 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 828 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 834 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 837 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 840 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 843-844 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 846 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 848 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 851 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 854-862 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 864-865 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 866 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Confidential |
| **2026.08.07** | R27 868 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Name | CORI, HIPAA |
| **2026.08.07** | R27 870-871 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 874 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 876-877 | DOC Defendants' Emails (PROD004 8.7.26) | Outside Agency Confidential document | Nonresponsive |
| **2026.08.07** | R27 878-879 | DOC Defendants' Emails (PROD004 8.7.26) | Confidential | HIPAA |
| **2026.08.07** | R27 879 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 883 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 884 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Link | Confidential |
| **2026.08.07** | R27 887 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 888 | DOC Defendants' Emails (PROD004 8.7.26) | Internal Link | Confidential |
| **2026.08.07** | R27 891 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |

| | | | | |
|---|---|---|---|---|
| **2026.08.07** | R27 907-908 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 911-915 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Grievance | Nonresponsive |
| **2026.08.07** | R27 916 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 918 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 921-925 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual Grievance | Nonresponsive |
| **2026.08.07** | R27 926 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 932-933 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 936 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 938-939 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 969 | DOC Defendants' Emails (PROD004 8.7.26) | STG | Confidential |
| **2026.08.07** | R27 972 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 983 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 987 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 990 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 992-999 | DOC Defendants' Emails (PROD004 8.7.26) | Other Incarcerated Individual UOF | Nonresponsive |
| **2026.08.07** | R27 1006 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |
| **2026.08.07** | R27 1017 | DOC Defendants' Emails (PROD004 8.7.26) | Personal information | PII and Privacy |