# EXHIBIT H

**From:** Wipper, Brittni (DOC)
**To:** Derrick Luster; Caffrey, Stephanie M. (DOC); Richards, Danielle L. (DOC)
**Cc:** Grace E. Cason; Sally McAndrew; Matthew Holmes; Matthew D. Medoff; Lori Vaulding; SSaleh; Katherine Zhang; Sabina Mariella; Jayden Rush; Julia Bevan
**Subject:** RE: Washington v. MDOC | Conferral Regarding DOC"s Privilege Log
**Date:** Wednesday, September 23, 2026 2:31:48 PM

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hello,

We are currently reviewing your letter as well as the redaction log and documents identified. Defendants intend to produce some documents in an unredacted form. Defendants will also remove any HIPAA redactions as it pertains to Mr. Washington in documents already produced. We will respond in more detail by close of business this **Friday September 25th.**

Best,
Brittni

**From:** Derrick Luster <derrick@rightsbehindbars.org>
**Sent:** Monday, September 21, 2026 1:58 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>; Richards, Danielle L. (DOC) <Danielle.L.Richards@doc.state.ma.us>
**Cc:** Grace E. Cason <gcason@adlercohen.com>; Sally McAndrew <sMcAndrew@adlercohen.com>; Matthew Holmes <mholmes@adlercohen.com>; Matthew D. Medoff <mmedoff@adlercohen.com>; Lori Vaulding <lvaulding@adlercohen.com>; sumayya <sumayya@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; SMariella <SMariella@BSFLLP.com>; Jayden Rush <jrush@bsfllp.com>; Julia Bevan <jbevan@bsfllp.com>
**Subject:** Washington v. MDOC | Conferral Regarding DOC's Privilege Log

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We write regarding DOC's Privilege and Redaction Logs. Please review the attached letter and let us know DOC's positions on these issues by **close of business on Wednesday, September 23, 2026**.

If you would like to discuss these matters further, please let us know your availability for next week. We hope to resolve these issues without further court intervention.

In addition to the attached letter, Mr. Washington provides the attached HIPAA waiver authorizing DOC to release information to his counsel of record in this matter. Accordingly, please confirm that DOC will remove all HIPAA redactions relating to Mr. Washington from all documents already produced in this action.

Best,

**Derrick Luster**
Racial Justice Counsel
Rights Behind Bars | www.rightsbehindbars.org
1800 M Street NW FNT 1 #33821
Washington, DC 20033
Office: (202) 455-4399
Pronouns: *he/him*

**Admitted only in California and Pennsylvania; practice limited to matters before federal courts, federal agencies, and District of Columbia agencies*

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system