# EXHIBIT J

## To Be Filed Under Seal