# EXHIBIT K


South Level 3 Holding Cell
15:22:30
03/05/2020 15:22:30
12:33 / 30:09
1x