# EXHIBIT L

**From:** Julia Bevan
**Sent:** Friday, September 4, 2026 3:28 PM
**To:** Caffrey, Stephanie M. (DOC); Wipper, Brittni (DOC)
**Cc:** Jayden Rush; Sabina Mariella; SSaleh; Katherine Zhang; Derrick Luster; Matthew D. Medoff; Matthew Holmes; Lori Vaulding; Richards, Danielle L. (DOC)
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

Counsel,

Thank you for your response. In light of DOC's repeated inaccurate representations regarding its productions, including the existence of additional March 5 video footage and an unprivileged version of the purported Kenneway memorandum, Plaintiff requests written confirmation regarding the superimposed grey box appearing in the March 5 video footage.

Specifically, Plaintiff requests a written certification from a records custodian with personal knowledge addressing:

1. Whether there exists a version of the March 5, 2020 video footage that does not contain the superimposed grey box;
2. Whether there has ever existed a version of the March 5, 2020 video footage that did not contain the superimposed grey box, and, if so, why and when it was destroyed;
3. The purpose of the grey box, including identification of any policy, procedure, or practice governing its placement; and
4. The method by which the grey box is added to the footage, including whether it is generated by the recording equipment itself or applied after recording.

Please provide the requested certification by **Thursday, September 10**.

Best,

Julia

**Julia Bevan** (she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(d) +1 212 446 2355
jbevan@bsfllp.com
www.bsfllp.com

---

**From:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>
**Sent:** Wednesday, September 2, 2026 3:24 PM
**To:** Julia Bevan <jbevan@bsfllp.com>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Jayden Rush <jrush@bsfllp.com>; Sabina Mariella <SMariella@BSFLLP.com>; SSaleh <sumayya@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; Derrick Luster <derrick@rightsbehindbars.org>; Matthew D. Medoff <mmedoff@adlercohen.com>; Matthew Holmes <mholmes@adlercohen.com>; Lori Vaulding <lvaulding@adlercohen.com>; Richards, Danielle L. (DOC) <Danielle.L.Richards@doc.state.ma.us>
**Subject:** RE: Washington v. MDOC, et al., - Outstanding Discovery Issues

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hello,

This is one of the cells where unclothed searches are conducted. My understanding is that the cameras apply the gray box to afford as much privacy as possible, therefore there is no version of the video without the gray box.

Best,

*Stephanie M. Caffrey*

Senior Litigation Counsel
Massachusetts Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
617 727-3300 ext 1154
Stephanie.M.Caffrey@doc.state.ma.us

**From:** Julia Bevan <jbevan@bsfllp.com>
**Sent:** Wednesday, September 2, 2026 12:02 PM
**To:** Caffrey, Stephanie M. (DOC) <Stephanie.M.Caffrey@doc.state.ma.us>; Wipper, Brittni (DOC) <Brittni.Wipper@doc.state.ma.us>
**Cc:** Jayden Rush <jrush@bsfllp.com>; SMariella <SMariella@BSFLLP.com>; sumayya <sumayya@rightsbehindbars.org>; Katherine Zhang <KZhang@BSFLLP.com>; derrick <derrick@rightsbehindbars.org>; Matthew D. Medoff <mmedoff@adlercohen.com>; Matthew Holmes <mholmes@adlercohen.com>; Lori Vaulding <lvaulding@adlercohen.com>; Richards, Danielle L. (DOC) <Danielle.L.Richards@doc.state.ma.us>
**Subject:** Re: Washington v. MDOC, et al., - Outstanding Discovery Issues

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe..

Counsel,

We are able to access the video through the link provided. However, a large gray box appears in the center of the screen throughout the recording, as shown in the screenshot below.

Please let us know whether a version of the video exists without this obstruction. If no such version is available, please explain the reason for the gray box.

Best,

Julia




**Julia Bevan** (she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(d) +1 212 446 2355
jbevan@bsfllp.com
www.bsfllp.com

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**