**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION et al.,<br><br>Defendants. | Case No. 1:23-cv-10063-MRG |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS D AND J UNDER SEAL**

Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Derrick Washington respectfully moves for leave to file Exhibits D and J to the Declaration of Julia Alison Bevan dated October 14, 2026 ("Exhibit D" and "Exhibit J") under seal. Exhibit D is a copy of Defendant Gagnon's training records from June 18, 2007 through June 30, 2025. Exhibit J is a copy of three redacted documents, two emails and one incident report, Bates Nos. R27 P231, R27 P237, and R27 P359. Plaintiff states as follows:

1. Exhibits D and J were produced by Defendant Massachusetts Department of Correction ("DOC") in discovery and bear the designation "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" pursuant to the Protective Order entered in this action on February 10, 2026 (ECF No. 130).

2. Exhibits D and J are not Plaintiff's documents. Plaintiff takes no position on, and makes no independent representation regarding, whether the confidentiality designation is warranted. The sole basis for this motion is that the producing party, DOC, has designated Exhibits D and J as confidential under the Protective Order.

3. Plaintiff requests that Exhibits D and J be sealed until further order of the Court.

Dated October 14, 2026

Respectfully submitted,

*/s/ Julia Alison Bevan*
Boies Schiller Flexner LLP
Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia Alison Bevan (*pro hac vice*)
Jayden Rush (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

Rights Behind Bars
Sumayya Saleh (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street NW FNT 1 #33821
Washington, DC 20033
(t) +1 202 455 4399
sumayya@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*