UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, Plaintiff, | |
| v. | C.A. NO: 1:23-cv-10063-MRG |
| NURSE CHRISTIAN CAPOCCIA, et al., Defendants. | |

**UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Defendant, Christian Capoccia, hereby respectfully moves this Court to: (i) Extend the deadline for filing of dispositive motions up to and including November 13, 2026; and (ii) Extend the deadline for filing of oppositions to dispositive motions up to and including December 14, 2026. As grounds for this request, the Defendant states:

1. On August 17, 2026, this Honorable Court ordered, pursuant to a Joint Stipulation, that expert discovery be completed by October 23, 2026; that dispositive motions be filed by November 2, 2026; and that oppositions to dispositive motions be filed by December 1, 2026 (ECF No. 209).

2. Since that time the parties have been working cooperatively to complete expert discovery. As of the filing of this Motion two expert depositions remain pending, though they have been scheduled to occur within the next two weeks.

3. As two expert depositions remain to be taken, the Defendant respectfully requests that the Court extend the dispositive motion deadline as follows:

   a. Extend the deadline for filing of dispositive motions up to and including November 13, 2026; and
   b. Extend the deadline for filing of oppositions to dispositive motions up to and including December 14, 2026.

4. Counsel for Nurse Capoccia and counsel for the Plaintiff have conferred regarding the proposed extension of the dispositive motion deadlines. Counsel for Plaintiff does not oppose this request.

WHEREFORE, the Defendant respectfully moves this Court to extend the dispositive motion deadlines to include up to November 13, 2026 for filing of dispositive motions and to include up to December 14, 2026 for filing of oppositions to dispositive motions.

Respectfully Submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON,<br>Plaintiff,<br><br>v.<br><br>NURSE CHRISTIAN CAPOCCIA, et al.,<br><br>Defendants. | C.A. NO: 1:23-cv-10063-MRG |

**DEFENDANTS' RULE 7.1**
**CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I, Matthew D. Medoff, Counsel for the Defendant, Christian Capoccia, R.N., conferred with counsel for the plaintiff and counsel for the Department of Corrections prior to the filing and service of this Motion in a good faith attempt to resolve or narrow the issues raised within. Specifically, on November 2, 2026, I conferred with counsel for the plaintiff, Attorney Derrick Luster, and Counsel for the Department of Corrections, Attorney Stephanie Caffrey, regarding the instant Unopposed Motion to Extend Dispositive Motion Deadline.

Respectfully Submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005

Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

Dated: November 3, 2026

**CERTIFICATE OF SERVICE**

I, Matthew D. Medoff, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2026.

*/s/ Matthew D. Medoff*

Matthew D. Medoff, BBO #706871
mmedoff@adlercohen.com