**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br>*Plaintiff*,<br>v.<br>MASSACHUSETTS DEPARTMENT OF CORRECTION et al.<br>*Defendants*. | Case No. 1:23-cv-10063-MRG |

## JOINT NOTICE OF AGREED UPON SCOPE

Plaintiff Derrick Washington ("Plaintiff" or "Mr. Washington") and Defendants Massachusetts Department of Correction ("DOC"), Steven Kenneway, Robert Deschene, Arthur Forget, Ryan Hillis, Thomas Tocci, Anthony Catalano, Joshua Gagnon, Arthur Barnes, Sergio Cacioppo, Nicholas Dumont, Zachary Fonseca, David Gilman, Daniel Hollenbach, Ryan Kalriess, Eric Lawson, Thomas Membrino, Nathan Owen, Jeffrey Pepoli, Brian Rayner, Cory Shepherd, Raymond Simula, and Joseph Cummings (collectively, "DOC Defendants") submit this Joint Notice of Agreed Upon Scope pursuant to this Court's order dated November 2, 2026 (ECF No. 226).

## INTERROGATORIES 8 AND 9

Pursuant to this Court's order, counsel for Plaintiff and DOC Defendants conferred regarding a reasonable scope for interrogatories 8 and 9 and agree to the following:

### Interrogatory No. 8

DOC Defendants shall identify investigations, whether containing substantiated or unsubstantiated findings, concerning any allegation that any DOC Defendant used excessive force as defined by 103 CMR 505 for the time period of January 1, 2015 to December 31, 2020.

### Interrogatory No. 9

DOC Defendants shall identify investigations, whether containing substantiated or unsubstantiated findings, concerning any allegation that any DOC Defendant prepared or filed a false report related to incidents involving incarcerated individuals for the time period of January 1, 2015 to December 31, 2020.

Respectfully submitted,

*/s/ Stephanie M. Caffrey*
Stephanie M. Caffrey (BBO No. 697075)
Brittni Wipper (BBO No. 696783)
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(t) +1 617 727 3300 x1154
stephanie.m.caffrey@doc.state.ma.us
brittni.wipper@doc.state.ma.us

*Attorneys for DOC Defendants*

*/s/ Julia Alison Bevan*
Boies Schiller Flexner LLP
Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia Alison Bevan (*pro hac vice*)
Jayden Rush (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

Rights Behind Bars
Sumayya Saleh (*pro hac vice*)
Derrick Luster (*pro hac vice*)
1800 M Street NW FNT 1 #33821
Washington, DC 20033
(t) +1 202 455 4399
sumayya@rightsbehindbars.org
derrick@rightsbehindbars.org

*Attorneys for Plaintiff*

Date: November 6, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on the above date.

November 6, 2026
Date

*/s/ Stephanie M. Caffrey*
Stephanie M. Caffrey BBO# 697075