UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:23-cv-10063

DERRICK WASHINGTON,

Plaintiff,

V.

MASSACHUSETTS DEPARTMENT OF CORRECTION, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE.

Defendants.

# **AFFIDAVIT OF JOHN ROSE**

I, John Rose, hereby depose and state as follows:

1. I am employed by the Massachusetts Department of Correction ("DOC") and currently hold the rank of Operations Manager of the Division of Resource Management.

2. The Division of Resource Management is responsible for the planning and management of all feasibility studies, design development, infrastructure and emergency repairs, and construction for the Department.

3. The overall digital equipment system design, configuration and installation at Souza Baranowski Correctional Center ("SBCC") has been carried out by the Division of Resource Management.

4. The statements herein are based upon my personal knowledge.

5. The privacy masking, or grey box, is added to the video footage in the settings configured by the installer. When installed, it is applied by the camera itself and appears on the live feed produced by the camera and is visible on any recordings captured from that camera.

6. No version of the March 5, 2020 footage without the privacy mask exists or has ever existed.

Signed under the pains and penalties of perjury this __12___ day of November, 2026.

*John Rose*
***signed electronically due OUTLOOK outage***

JOHN ROSE