# EXHIBIT C

DOC Intranet

# View Use of Force Package

Main Record

**Case#: 7701**
**Prepared By:** Deschene, Robert **Prepared Date:** 01/24/2020
**Date/Time of Incident:** 01/23/2020 22:26 PM
**Institution/Division:** Souza-Baranowski Correctional Center
**Inmate Involved:** BURRELL, DAMANTE - W98330
**Race of Inmate:** BLACK - Not Hispanic
**Incident Location:** Souza-Baranowski Correctional Center
**Incident Area:** General Population
**Location of Use of Force:** M2 Dayroom - M2 # 13
**Duty Station Notified** Yes
**DS Notified By:** Cruz, Nestor
**Use of Force Was:** Spontaneous
**Inmate warned of Use of Force:** Yes
**Warned By:** Deschene, Robert
**Inmate Ordered to Stop:** Yes
**Other Inmates Involved in Altercation:** No

## Incident Documentation

**Photos:**

**Surveillance Video**: Yes
**Video Submitted By**: Cruz, Nestor
**Date Video Submitted**: 01/23/2020
**Does Video depict the Actual Use of Force:** Yes
**Does video depict before and/or after the incident:** Yes

**Was the inmate on any kind of observation watch PRIOR to the UOF occurring? (103 DOC 650, Attachment #8):** No file attached (0 docs)
**Was inmate PLACED ON/CONTINUED TO BE ON any kind of observation watch AFTER UOF occurred? (103 DOC 650, Attachment #8):** No file attached (0 docs)

## OC/Chemical Agents

**OC/Chemical Agents Utilized:** Yes (Spontaneous)

| Warn | Warned By | OC/Chem Only | Authorized By | Deployed By | Cert Date | Exp Date | Type | Delivery Mechanism | Delivery Type | Shwr | Offer By/ No Explain | Attach A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Deschene, Robert | No | Kenneway, Steven | Deschene, Robert | 06/06/2018 | 06/06/2020 | OC | | | Yes | Ziskind, Brandon | N/A (Spontaneous) |

## Standard Restraints

**Were Standard Restraints Utilized:** Yes
**Type of Restraints Utilized:** Cuffs, Leg Irons,
**Restraints Applied:** 01/23/2020 22:27 PM
**Restraints Removed:** 01/23/2020 23:39 PM
**Total Time in Restraints:** 1 hour(s), 12 minutes

**Longer than 2 hours:** No **Superintendent Approval:** No
**Longer than 8 hours:** No **Superintendent Approval:** No

## Specialty Impact Devices

**Were Specialty Impact Devices Utilized:** Yes

| Person | Type | Certification Date | Expiration Date | Authorized By |
|---|---|---|---|---|

**Were Electronic Control Weapons (Taser) utilized:** Not answered.

## Staff Medical



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Staff Injury:**Yes

| Person | Nature of Injury | Staff Seen by Medical | Refused Treatment | Date Time | Debriefed | Why No Debrief | IMS Report |
|---|---|---|---|---|---|---|---|
| LaGrassa, Anthony | NonSerious | Yes | No | 01/23/2020 22:36 PM | | | See Medical Reports |

**Medical Reports:**

| IMS Report | Inmate / Staff | Signed Off | Description |
|---|---|---|---|
| 1916997 | UNKNOWN | No | Confidential: N<br>On 1/28/20 at approximately 1400 Inmate Damante Burrell W98330 returned from UMASS and was medically evaluated by Dr. Petros in the trauma room. Inmate Burrell was medically cleared and was then transferred back to his unit in stable condition. EOR |
| 1889364 | UNKNOWN | No | Confidential: N<br>On 01/23/2020 at approximately 2236, I, Christian Capoccia RN, assessed officer Lagrassa, Anthony following an injury. [redacted] |
| 1897701 | UNKNOWN | No | Confidential: N<br>On 1/23/20 at 2230 I, Michael Lovern responded to a code 99 on M2 Burrell Damante W98330 unresponsive inmate. Block officer requested that medical wait in protocol room. Inmate transferred to trauma room. Spontanous use of force used. Inmate tasered. Inmate refused to have eyes rinsed. Taser removed from leg.Inmate had a lump on forehead. While in trauma room inmate c/o sob. While giving a breathing treatment inmate began to have seizure like activity. Inmate care transferred to Medic #2. EOR |
| 1889382 | UNKNOWN | No | Confidential: N<br>On 1/23/20 at approximately 2255, I RN Hill, Precious went into the trauma room to offer assistance to nursing staff. Inmate observed sitting on the gurney receiving neb treatment, inmate noticed to have right side facial droop and seizure like activity. On call provider Dante Peterson, NP was notified and order was given for inmate to be send out for further evaluation. Patient sent to Leominster ER for evaluation as ordered. EOR |

There are 4 Unknown Incident reports.
Profile 5s need to defined each report as Inmate or Staff report(s).
To fix, Profile 5s need to go to the Staff Medical page and
determine which Incident report is for which Staff Injured or if the report is an Inmate Injury report.

**Inmate Medical**

**Inmate Injury:**Yes
**Injury was:** Force Related
**Nature of Injury:** Non-Serious

**Inmate Seen by Medical:** Yes
**Inmate refused Medical Exam:** No
**Inmate Treated:** Yes
**Date Treated:** 01/23/2020 22:33 PM
**Refused Treatment:** No

**Medical Reports:**

| IMS Report | Inmate / Staff | Signed Off | Description |
|---|---|---|---|
| 1916997 | UNKNOWN | No | Confidential: N<br>On 1/28/20 at approximately 1400 Inmate Damante Burrell W98330 returned from UMASS and was medically evaluated by Dr. Petros in the trauma room. Inmate Burrell was medically cleared and was then transferred back to his unit in stable condition. EOR |
| 1889364 | UNKNOWN | No | Confidential: N<br>On 01/23/2020 at approximately 2236, I, Christian Capoccia RN, assessed officer Lagrassa, Anthony following an injury. [redacted] |
| 1897701 | UNKNOWN | No | Confidential: N<br>On 1/23/20 at 2230 I, Michael Lovern responded to a code 99 on |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | | M2 Burrell Damante W98330 unresponsive inmate. Block officer requested that medical wait in protocol room. Inmate transferred to trauma room. Spontanous use of force used. Inmate tasered. Inmate refused to have eyes rinsed. Taser removed from leg.Inmate had a lump on forehead. While in trauma room inmate c/o sob. While giving a breathing treatment inmate began to have seizure like activity. Inmate care transferred to Medic #2. EOR |
| 1889382 | UNKNOWN | No | Confidential: N<br>On 1/23/20 at approximately 2255, I RN Hill, Precious went into the trauma room to offer assistance to nursing staff. Inmate observed sitting on the gurney receiving neb treatment, inmate noticed to have right side facial droop and seizure like activity. On call provider Dante Peterson, NP was notified and order was given for inmate to be send out for further evaluation. Patient sent to Leominster ER for evaluation as ordered. EOR |

There are 4 Unknown Incident reports.
Profile 5s need to defined each report as Inmate or Staff report(s).
To fix, Profile 5s need to go to the Staff Medical page and
determine which Incident report is for which Staff Injured or if the report is an Inmate Injury report.

## Four-Point Restraints

**Were 4-Point Restraints Utilized:** No

## Model of Force

**Inmate Actions:**
**What behavior was the inmate exhibiting at time force was utilized?** Baseline
**At what level of the model of force was the inmate at when force was utilized?** Compliant

## Staff Response

**Did involved staff use de-escalation techniques?** Yes
**What de-escalation techniques did staff utilize?** Verbal Tactics, Request for Assistance, Time and Space, Posturing,
**Do reports indicate what verbal commands, if any, staff gave?** Yes
**At what level of the force pyramid was staff's response?** Control and Compliance
**Was the staff's threat assessment based on current circumstances and context?** Yes
**Did other factors contribute to staff's threat asssessment?** Yes
**If Yes, explain** Sap weapon in hand, refusing to relinquish and going after staff.
**Was the amount of force used proportionate to the need to use force?** Yes

**Reason for Use Of Force:**

## Employees Who Used Force

**(6 people) (6 Reports)**

| Name | Title | Training Date | Debrief | Why No Debrief | IMS Report |
|---|---|---|---|---|---|
| Deschene, Robert | Correction Officer III | 04/11/2019 | Yes | | 1889371 |
| LaGrassa, Anthony | Correction Officer I | 01/23/2020 | Yes | | 1890834 |
| Landry, Francis | Correction Officer I | 04/24/2019 | Yes | | 1891096 |
| Murphy, James | Correction Officer III | 01/23/2020 | Yes | | 1891450 |
| Siegel, Adam | Correction Officer I | 07/29/2019 | Yes | | 1889677 |
| Ziskind, Brandon | Correction Officer I | 12/13/2017 | Yes | | 1890049 |

**IMS Report Number:** 1889371
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** Yes
**Shift Commander Comment:**
**Username:** RJDESCHENE
**Report:**
On Thursday January 23rd, 2020 at approximately 22:26 I Lieutenant Deschene, Robert was involved in a spontaneous use of force involving inmate Burrell, Damante W98330. While posted on level 2 as part of the Move Team Relief Assignment I responded to an unresponsive inmate in the M2 housing unit. Upon my arrival at M2-13 I observed the cell window covered and the inmates within



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

unresponsive to all verbal commands and direct orders administered by myself and other responding staff. A wicket check was conducted with polycaptor shield being held by CO Siegel to reveal that the wicket was blocked with a combination of mattress and other fabric material. Sufficient staff were on site and authorization to open the cell door was granted by the shift commander in order to conduct a wellness check, the cell door was opened 6-8 inches to get a visual of the inmates within. Once the cell door was opened inmate Burrell charged at the door and and began pushing against the shield. A fabric sap type weapon was visable in the inmate's hand and the inmate resisted all efforts to resecure the cell door. At this point I warned the inmate of force to include chemical agent if he did not stop resisting security staff's efforts to control him and secure the cell door. At this point I deployed an application of OC Chemical Agent via Mark 9 streamer in the eye/brow region of inmate Burrell in order to halt his efforts to get out of the cell and to neutralize the chance of the inmate utilizing the weapon against staff. At this time we entered the cell and staff members brought the inmate down on the lower bunk. The inmate continued to resist, kick, assault and violently flail while staff members attempted to restrain the inmate. At this time QRF member LT. Murphy deployed the Taser and following a violent struggle with staff members the inmate was secured in wrist and leg restraints. Inmate Burrell was assisted to his feet and escorted out of the cell to HSU trauma for medical assessment. I had no further contact with the inmate. It should be noted that throughout this incident at no point was force utilized on inmate Washington who remained on the top bunk. Inmate Washington was placed in full restraints and escorted out of the cell without incident.

**IMS Report Number:** 1890834
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** APLAGRASSA
**Report:**
On Thursday January 23, 2020 at approximately 2226. I, CO LaGrassa while assigned to the M2 housing unit did call a unresponsive inmate in M2-13 during the 2200 major standing count which resulted in a spontaneous use of force on inmate W98330 Damante Burrell. While conducting the major count in the M2 housing unit, I CO LaGrassa approached M2-13. The cell window was covered. I, CO LaGrassa knocked on the door several times in order to gain a visual of the inmates housed in the cell. After several failed attempts to gain a verbal or visual, I, CO LaGrassa did call an unresponsive inmate to inner control. Once response arrived on scene, a wicket check was conducted. The wicket was covered with a state pillow along with the complete door being covered with a state mattress. The door was then partially opened and inmate Burrell quickly attempted to charge the door not allowing the door to be secured. Inmate Burrell appeared to have a white sheath type weapon with a knot on it in his hand. Lt Deschene gave inmate Burrell several loud verbal commands to step back into the cell to no avail. I, CO LaGrassa did witness Lt Deschene administer an application of OC to the opening of the door and I along with other staff entered the cell. Inmate Burrell refused all orders to turn around to be placed in restraints. I, CO LaGrassa then took control of inmate Burrells lower torso area and he was placed on the lower bunk. While on the lower bunk, inmate Burrell continued to kick and flail and refuse all orders to be stop his assaultive behavior. Lt Murphy did deploy a tazer which ultimately allowed myself to apply wrist restraints followed by leg restraints. Inmate Burrell was assisted to his feet by responding staff and escorted out of the cell. I, CO LaGrassa had no further contact with said inmate. EOR.

**IMS Report Number:** 1891096
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** FPLANDRY
**Report:**
On Thursday January 23,2020 at approximately 2226 I CO Landry while assigned to Level 2 responded to a reported unresponsive inmate in M2-13 during the 2200 major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13 I CO Landry observed the cell window completely covered and the inmates within unresponsive to all verbal commands. A wicket check was conducted and the view of the cell was completely covered by the mattress. At this time the cell door was ordered opened partially and inmate Burrell charged the door and would not allow the door to be secured and made attempts to escape the cell. The inmate had an item in his hand that appeared to be white cloth and was identified by the shield man as a weapon. Lt. Deschene gave inmate Burrell numerous orders to step into the cell and allow cell door to be closed to no aval. I CO Landry witnessed Lt Deschene administer an application of OC and staff entered the cell. I CO Landry assisted with the right upper extremity. Inmate Burrell resisted staff's efforts to control him and place him in restraints by kicking and flailing while face down on the lower bunk. I CO Landry witnessed Lt. Murphy deploy the tazer and ultimately the inmate was placed into restraints. Inmate Burrell was assisted to his feet and escorted out of the cell. At this time I had no further contact with the inmate. EOR

**IMS Report Number:** 1891450
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** JMURPHY
**Report:**
On January 23,2020 I ,Lt.James Murphy, was assigned to the Special Operations Division's (SOD) security detail at the Souza Baranowski Corectional Center on the 3-11 shift. The following is a description of an incident that occurred resulting in a Taser prong deployment on a combative inmate. At approximately 22:26 hrs institutional staff responded to cell #13 of the M-2 unit as a result of an unresponsive inmate that had barricaded his cell door with a mattress. Myself and other SOD staff responded in support of institutional staff on scene. Upon my arrival at the cell, the door had been opened approximately eight inches and inmate Damante Burell W98330 was standing in the opening refusing all orders to remove the mattress and step back away from from the door . Damante remained at the opening in an agitated state making threatening statements towards staff. An O.C. streamer was deployed and staff entered the cell in order to place the inmate in restraints. He violently resisted efforts of staff to restrain him and started fighting with them, At this point I entered the cell and with my Taser drawn and laser warning activated. I yelled at the inmate to stop fighting or he would be tased to which he ignored and continued fighting. I deployed one cartridge of prongs towards his leg region, this deployment was ineffective as one of the prongs missed the targeted area, I then deployed a second cartridge to the same region. At this time staff were able to secure inmate Burrell in restraints and he was removed from the cell and escorted to the HSU for a medical evaluation.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**IMS Report Number:** 1889677
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** APSIEGEL
**Report:**
On Thursday January 23, 2020 at approximately 22:26 I CO Siegel while assigned to level 2 corridor, responded to reported unresponsive inmate M2-13 during the 22:00 major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13, this officer observed the cell window to be completely covered and the inmates within unresponsive to all verbal commands. This officer applied the shield to the cell door horizontally for a wicket check to be conducted. Upon the cell door wicket being opened this officer covered the opening with the shield and observed the wicket to be completely covered by a mattress and no visual into the cell. At this time the cell door was ordered to be opened partially. This officer placed the shield vertically between the cell door and the wall and observed inmate Burrell to have a white cloth in his hand. This officer identified it as a weapon. At this time inmate Burrell made numerous attempts to try and escape the cell and preventing the door from being secured. Lt. Deschene gave inmate Burrell numerous orders to step into the cell and allow the cell door to be closed. This officer witnessed Lt. Deschene administer an application of OC and this officer entered the cell with the shield. This officer drove inmate Burrell into the cell and onto the bottom bunk. Inmate Burrell resisted efforts to be controlled and placed in restraints face down on the lower bunk of the cell. This officer witnessed Lt. Murphy deploy the tazer while securing inmate Burrell right extremity as CO Ziskind secured the left extremity. At this time CO Lagrassa applied the restraints and inmate Burrell was assisted to his feet and escorted out of the cell. This officer maintained control of the right extremity while escorting inmate Burrell from M2-13 to the center elevator. Inmate Burrell was brought to the BOSS chair room in HSU. Inmate Burrell was given direct orders once in the BOSS chair room to place his hands on top of his head as CO Ziskind removed leg and wrist restraints. Inmate Burrell was scanned for clearance on the BOSS chair and CO Ziskind re- applied leg and wrist restraints. This officer secured inmate Burrell right extremity as CO Ziskind secured the left, he was than escorted from the BOSS chair room to HSU trauma room to be seen by medical. This officer was relieved from the HSU trauma room, and had no further contact with the inmate. EOR.

**IMS Report Number:** 1890049
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** BMZISKIND
**Report:**
On thursday January 23, 2020, at approximately 22:26, I, CO Brandon Ziskind while assigned to the P2 housing unit responded to a reported unresponsive inmate in M2-13 during the 22:00 major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13 I observed the cell window completely covered and the inmates within were unresponsive to all verbal commands. Utilizing the polycaptor shield for cover the feeding port was opened to conduct a check of the cell. The feeding port was covered completely by a mattress. At this time the cell door was ordered opened partially and inmate Burrell charged at the door and would not allow the door to be secured and made attempts to escape the cell. I heard weapon called out by other staff and I observed inmate Burrell holding an item that appeared to be a white cloth. Lt. Deschene gave inmate Burrell numerous orders to step into the cell and allow the cell door to be closed which inmate Burrell ignored. I witnessed Lt Deschene adiminster an application of OC and staff including myself entered the cell. Inmate Burrell was combative when I entered the cell flailing and kicking at staff with and actively resisting by holding onto the bed and tensing up. I gained control of inmate Burrells upper body and with other staff moved him onto the lower bed. While on the lower bed I controlled the left arm so inmate Burrell could be placed in restraints. Inmate Burrell continued to be combative while on the bed, violently kicking and flailing. Once inmate Burrell was placed in restraints he continued to be actively resistant tensing up his arm and leg muscles. Because of inmate Burrell actively violent and erratic behavior I determined it would be better to try to stand him up from the floor than from the bed. I along with CO Siegel moved inmate Burrell from face down on the bed to face down on the floor. From the floor myself and CO Siegel picked inmate Burrell up to his feet. I maintained control of the left extremity and the left arm throughout. I gave inmate Burrell a direct order to walk and he replied "fuck you make me." Inmate Burrell continued to be actively resistant throughout the escort tensing his arm muscles and dragging his feet. I placed inmate Burrell in a wrist lock, controlling his left hand and left elbow and applying and relieving pressure as necessary for him to comply with commands. Utilizing the center elevator myself and CO Siegel escorted inmate Burrell up to the HSU BOSS search area to be placed through BOSS search procedures. Once inside the BOSS search area I removed inmate Burrell's restraints, and inmate Burrell complied with BOSS search protocol's after which I reapplied restraints. Inmate Burrell was then escorted to the HSU trauma room to be evaluated by medical. I at this time offered inmate Burrell a shower to which he refused. While in the trauma room Inmate Burrell continued to be verbally assaultive, threatening staff saying "take these cuffs off me let's go one on one." and "wait til I get out I'ma fuck your girl, bitch." Inmate Burrell was continuing to spit and blow his nose erratically and a spit hood was applied. Sgt Spooner relieved me in HSU trauma and I had no further contact with the inmate. EOR.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Witnesses to the Use of Force**

| Name | Debrief | Why No Debrief | IMS Report |
|---|---|---|---|
| Nichols, Matthew | Yes | | 1890141 |
| Feliciano, Raul | Yes | | 1894479 |
| Levesque, Gary | Yes | | 1895491 |
| Horton, Mario | Yes | | 1890054 |
| Gentile, Alexander | Yes | | 1891061 |
| Montanez, Jose | Yes | | 1894475 |
| Lima, Seth | Yes | | 1892559 |

| | | | |
|---|---|---|---|
| Peterson, Richard | Yes | | 1890117 |
| Gearin, James | Yes | | 1892106 |
| McCluskey, Steven | Yes | | 1891060 |
| Mason, Steven | Yes | | 1893684 |
| Fonseca, Zachary | Yes | | 1890805 |
| Marchand, Jamie | Yes | | 1895087 |
| Donovan, Patrick | Yes | | 1894481 |
| Newell, Trevor | Yes | | 1890189 |

**IMS Report Number:** 1890141
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** MRNICHOLS
**Report:**
On Thursday, January 23, 2020 at approximately 22:26 I Lt. Nichols was involved in a spontaneous use of force on inmate Burrell, Damante W98330 in M2-13. On January 23, 2020 at approximately 22:26 I Lt. Nichols while assigned to Level Two did respond to a reported unresponsive inmates call in the M2 housing unit. Upon arriving on site I observed Officer Lagrassa posted up outside of M2-13 with the cell door window covered with a towel. I issued several orders to inmate Burrell to uncover the window or force would be utilized to ensure his accountability and well being. Inmate Burrell refused to comply with all my orders. Officer Siegel arrived on site with the polycaptor shield and I attempted to gain a visual observation within the cell through the restraint slot. Once slot was opened, a mattress was observed to be pinned against the opening preventing any observation being obtained. Additional responding staff arrived on site, along with the Quick Response Force (QRF). I notified the Shift Commander via radio with an update, and received permission to open the cell door. Once the cell door opened, Burrell attempted to breach the opening, making contact with the polycaptor shield. Lt. Deschene issued additional orders to back away or chemical agent would be used. Burrell refused to comply and chemical agent was dispensed by Lt. Deschene. As staff continued entering, a weapon was observed, and I notified Inner Control and the Shift Commander via radio, "weapon involved." The QRF team approached behind responding staff and Lt. Murphy with a taser engaged combative Burrell. Inmate Washington, Derrick W89316 occupying the top bunk was ordered not to move, and complied with staffs orders. Burrell was taken under control, placed in restraints and was removed from the cell. Inmate Washington was then placed in restraints and removed from the cell. Once both inmates Burrell and Washington were removed, they were escorted to the Health Services Unit to be assessed by medical. At no time did I Lt. Nichols have physical contact with inmates Burrell or Washington.

**IMS Report Number:** 1894479
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **No**
**Shift Commander Comment:**
**Username:** JFREITAS
**Report:**
I CO Raul Feliciano while assigned to the SOD responded with the QRF to M2 Cell 13 for an unresponsive inmate. Upon arrival at the unit I provided suppport to the SBCC Staff. Once cell was entered by SBCC staff, I provided support to SBCC Staff for escort to the HSU. I had no physical contact with inmate Burrell, Damante W98330 EOR. This report was authored by CO Raul Feliciano but entered by Lt. Joe Freitas.

**IMS Report Number:** 1895491
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** GPLEVESQUE
**Report:**
On January 23 2020, at approximately 10:26 pm I CO Levesque while assigned to the Quick Reaction Force (QRF) at SBCC responded to a reported unresponsive inmate in unit M-2 cell#13 which resulted in a spontaneous use of force involving inmate Damante Burrell W-98330. Upon arrival at M-2 cell #13 I observed the cell window covered and no response by occupants with-in the cell to verbal commands by staff. When the cell door was opened partially I observed inmate Burrell charge the door while inmate Derrick Washington W-89316 was lying on the top bunk. I aimed my pepperball launcher at inmate Washington and gave orders not to move from his bunk. Inmate Burrell was refusing all commands by staff and an application of chemical agent (OC) was put into the cell. The cell door was fully opened, staff entered and inmate Burrell continued his assaultive, combative behavior while staff attempted to apply restraints. I remained outside the cell with my focus of support for on inmate Washington to insure he did not get involved. Inmate Washington complied with my commands. Once inmate Burrell was in restraints, I supported the escort team to HSU where inmate Burrell was treated by medical.

**IMS Report Number:** 1890054
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** No **SC Signoff WithIn 5 Days:** **No**
**Shift Commander Comment:**
**Username:** MDHORTON
**Report:**
On Thursday January 23rd, 2020 at approximately 22:26 I CO Horton while assigned to Level 2 responded to a reported unresponsive inmate in Unit M2 cell # 13 during the 22:00 major count, which resulted in a spontaneous use of force involving inmate Burrell,



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Damante(W98330). While posted on Level 2, I responded to the unresponsive inmate in M2 housing unit. Upon arrival to M2 cell# 13. I observed the cell window to be covered and the inmates within to be unresponsive to all verbal commands. A wicket check was conducted and the view of the cell was obstructed by a mattress. It was at that time that the cell door was ordered to be opened partially. Inmate Burrell charged the door not allowing it to be secured and made attempts to escape the cell. The inmate had an item in his hand that appeared to be a white piece of cloth that was identified as a weapon by the officer on the shield. Lt Deschene gave inmate Burrell multiple orders to step back into the cell and allow the door to be secured or he would administer OC chemical agent. I then witnessed Lt Deschene administer an application of OC and the staff entered the cell. Once the cell door was opened inmate Washington, Derrick(W89316) remained on the top bunk. I then secured inmate Washington in leg restraints. Inmate Washington was then assisted off the top bunk and escorted out of the cell. I did this by escorting inmate Washington by his left arm with CO Gentile on his right arm to the HSU for medical assessment. Once cleared by medical staff. I continued to escort inmate Washington by his left arm with CO Gentile on his right arm back to housing unit M2 cell # 13 where he was secured without further incident. There was no use of force on inmate Washington. EOR

**IMS Report Number:** 1891061
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** AGENTILE
**Report:**
On Thursday, January 23rd, 2020, at approximately 22:26, I, CO Gentile, while assigned to the Level 2 Corridor, responded to an unresponsive inmate in M2-13 during the 22:00 major count which resulted in a spontaneous use of force involving inmate BURRELL, Damante (W98330). Upon responding to the unresponsive inmate in M2-13, I observed the cell window completely covered and the inmates within the cell were unresponsive to all verbal commands from responding security staff. A check of the restraint slot on the door was conducted and the view of the cell was completely covered by a mattress. At this time the cell door was ordered to be opened partially, and inmate BURRELL charged at the door thus preventing the door from being re-secured to closed because inmate BURRELL was making attempts to escape the cell. The shield man announced that the inmate had a weapon in his hand. Lt. Deschene gave numerous orders to inmate BURRELL to step to the back of the cell and allow the door to close, but he remained resistant and non-compliant. I then witnessed Lt. Deschene administer an application of OC and staff entered the cell. I entered the cell and gained control of BURRELL's cellmate, WASHINGTON, Derrick (W89316), by holding his legs while he was lying face down on the top bunk of his cell. I also witnessed inmate BURRELL resist the responding staff's efforts to control him and place him in restraints by kicking and flailing his extremities while lying face down on the lower bunk in the cell. I then witnessed Lt. Murphy deploy the tazer on inmate BURRELL, and the inmate was subsequently placed in leg and wrist restraints. I then witnessed inmate BURRELL being helped to his feet by security staff and being escorted out of the cell. Upon receiving orders to do so, I assisted inmate WASHINGTON to his feet from the top bunk, who was already placed in wrist restraints, and I escorted the inmate from M2-13 to the HSU with CO Horton on the inmate's upper-left extremity as I was on the inmate's upper-right extremity. Inmate WASHINGTON was escorted to the BOSS chair room where he was successfully processed through the BOSS chair and then escorted to HSU trauma in order to be medically evaluated. Upon being medically cleared, CO Horton and I escorted inmate WASHINGTON back to the M2 housing unit and the inmate was secured.

**IMS Report Number:** 1894475
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** JFREITAS
**Report:**
On 1-23-2020 at approximately 22:26 I, Lt. Montanez, assigned to the SOD, responded with the QRF to M2-13 for an unresponsive inmate. Upon arrival to the unit, I, Lt. Montanez, provided support for SBCC security staff on both the escort to the HSU and the return of the inmate. The inmate was placed in M2-15. QRF had no further contact with this inmate. We provided support with inmate Derrick Washington W89316. It should be noted that there was not a use of forces on Inmate Washington. This report was authored by Lt. Jose Montanez and entered by Lt. Joe Freitas.

**IMS Report Number:** 1892559
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** SBLIMA
**Report:**
On Thursday January 23, 2020 at approximately 22:26 I CO Lima while assigned to the QRF responded to an unresponsive inmate in M2-13 during the 22:00 Major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13 I observed the cell window completely covered and the inmates within were unresponsive to all verbal commands. A wicket check was conducted and the view of the cell was completely covered by a mattress. At this time the cell door was ordered opened partially and inmate Burrell charged the door and would not allow the door to be secured and made attempts to escape the cell. Lt. Deschene gave inmate Burrell numerous orders to step into the cell. I witnessed Lt. Deschene administer an application of OC and the staff entered the cell. Inmate Burrell resisted staffs efforts to control him. The team was able to gain control of Inmate Burrell and placed him in restraints. Inmate Burrell was assisted to his feet and escorted out of his cell. I had no contact with said inmate.

**IMS Report Number:** 1890117
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** RSPETERSON



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Report:**
On Thursday January 23, 2020 at approximately 2226 hours I Sgt. Peterson posted as 118/ Level Two Corridor responded to a reported unresponsive inmate in M2-13 during the Official Count that resulted in a spontaneous use of force on inmate BURRELL, Damante W98330. Specifically, upon arriving at M2-13 occupied by inmates BURRELL Damante W98330, and WASHINGTON, Derrick W89316 I observed the door window completely covered with paper. The inmates in the cell were not verbal and refused several direct orders from staff to remove the paper that was covering the door window. With a Poly-Captive shield in place the wicket was open in an attempt to get a visual check of BURRELL and WASHINGTON but our view was completely obstructed by a mattress. At this time cell door M2-13 was ordered partially opened. As the door opened, inmate BURRELL charged at the opening door and would not allow the door to be re-secured. BURRELL, made attempts to escape the cell to no avail. The shield man, identified BURRELL as having a weapon I repeated that to the QRF team that was standing by on the flats behind us. Lt. Deschene issued BURRELL several orders to step into the cell allowing the door to be closed, BURRELL refused. Lt. Deschene dispersed an application of O/C and staff and I entered the cell Compliant Inmate WASHINGTON remained on the top bunk and was secured, as non compliant inmate BURRELL, on the bottom bunk resisted Staffs efforts to restrain him by kicking and moving his arms against them. At this time I postitioned my self against the wall near the cell entrance to open the lane and Lt. Murphy deployed his Taser. Staff then got control of BURRELL and secured him with wrist restraints and leg irons. Staff assisted BURRELL to his feet and escorted from M2-13 to HSU for medical evaluation. I had no further contact With BURRELL or WASHINGTON. Chain of command notified.

**IMS Report Number:** 1892106
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** JMGEARIN
**Report:**
On Thursday January 23rd, 2020 at approximately 22:26 I Lt. Gearin while assigned to the institutional move team coverage responded to reported unresponsive inmate in M2-13 during the 22:00 major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13 I observed the cell window completely covered and the inmates within unresponsive to all verbal commands. A wicket check was conducted and the view of the cell was completely covered by a mattress. At this time the cell door was ordered to be partially opened to obtain a view of the inmates. Inmate Burrell charged at the door and would not allow the door to be secured and made attempts to escape the cell. The inmate had an item in his hand that appeared to be white cloth and was identified by the shield man as a weapon. Lt. Deschene gave inmate Burrell numerous orders to step into the cell and allow the cell door to be closed to no avail. I witnessed Lt. Deschene administer an application of OC and staff entered the cell. Inmate Burrell resisted staff's efforts to control him and place him in restraints by kicking and flailing while face down on the lower bunk. I witnessed Lt. Murphy deploy the taser and ultimately the inmate was placed in restraints. Inmate Burrell was assisted to his feet and escorted out of the cell.

**IMS Report Number:** 1891060
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** SAMCCLUSKEY
**Report:**
On Thursday January 23, 2020 at approximately 2226, I, CO McCluskey while assigned to level two (119) responded to a reported unresponsive inmate in M2-13 during the 2200 major count which resulted in a spontaneous use of force on inmate BURRELL, Damante W98330. Upon responding to the unresponsive inmate in M2-13 I observed the cell window completely covered and the inmates within unresponsive to all verbal commands. A wicket check was then conducted which yielded negative results due to a mattress being placed up against the food slot preventing a visual into the cell. At this time the cell door was opened partially and inmate BURRELL charged at the door and would not allow the door to be secured and made attempts to escape the cell. At this time I heard another staff member announce that he saw the inmate was holding a weapon. LT. DESCHENE then gave the inmate several orders to step back into the cell and allow the door to be closed which he refused, continuosly attempting to exit the cell. At this time I witnessed LT DESCHENE administer an application of chemical agent and staff entered the cell. LT NICHOLS then instructed me to conduct a count of the unit which was successful. I had no further contact with the inmate. Chain of Command notified. EOR

**IMS Report Number:** 1893684
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** SPMASON
**Report:**
On 20200123 at 22:26 while I CO Mason was assigned to level 2 did respond to a reported unresponsive inmate M2-13 during the 22:00 major count which resulted in a spontaneous use of force on Burrell, Damante W98330. Upon responding to M2-13 I observed the cell window covered and no response from either inmate inside after several verbal commands were given. The wicket was opened enough to see the mattress was blocking any view inside the cell. At this time the door was ordered open while I was tasked with stopping the door after it was opened half way to see inside. Inmate Burrell then did charge the door and blocking the door so the door couldnt be secured. Inmate Burrell was identified to have a weapon and was given several direct orders to step back and allow the door to be secured. Lt Deschene continued to give inmate Burrell several orders to step into the cell and allow the door to be secured with negitive results. I witnessed LT Deschene administer application of OC the door was opened and staff entered the cell. At no time did I have any contact with inmate Burrell or Washington.

**IMS Report Number:** 1890805
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Shift Commander Comment:**
**Username:** ZJFONSECA
**Report:**
On Thursday January 23, 2020 at approximately 22:26 hours, I, Correctional Officer Fonseca while assigned to the QRF team assigned to the Souza-Barownawski Correctional Institution responded to an unresponsive inmate in M2 cell #13 during the 22:00 major count which resulted in a spontaneous use of force on involving inmate Burrell, Damante W98330. Once arriving at the housing unit and responding to the cell where the unresponsive inmates were I witnessed the cell window was completely covered. Repeated Direct orders were given to the inmates to uncover the window which were ignored, the wicket was then checked and it was completely covered by a mattress. The cell door was ordered to be opened partially by the institutional response staff and at that time inmate Burrell then moved towards it and was attempted to keep the door open while trying to escape the cell. The shield man on the institutional response team then identified that inmate Burrell had a weapon in his hand, Inmate Burrell was given multiple orders to get back into the cell and allow the door to be secured to which he again ignored. The area Lieutenant then dispersed chemical agent into the cell and the institutional staff entered the cell. Inmate Burrell continued to disregard all orders to stop resisting staff by kicking and thrashing his body, taser was then deployed by an HRT member and institutional staff was then able to gain control of inmate Burrell and place him in restraints. Inmate Burrell was then assisted to his feet and escorted out of the unit.

**IMS Report Number:** 1895087
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** JRMARCHAND
**Report:**
On Thursday January 23,2020 at approx. 2226 I Co Marchand assigned to Special Operations at SBCC responded to a reported unresponsive inmate in M-2-13 during the 2200 major count which resulted in a spontaneous use of force on inmate Burrell, Damante W98330. Upon repsponding to an unresponsive inmate in M2-13 I observed the cell window completely covered and the inmates within unreponsive to any vebal commands. A wicket check was conducted and a view of the cell was covered by the mattress. At this time the cell door was ordered open partially and inmate Burrell charged at the door and would not allow the door to be resecured and made attempts to escape from the cell.The inmate had an item in his hand that appeared to be white cloth and was identified by the shield man as a weapon. Lt Deschene gave inmate Burrell numerous orders to step into the cell and allow the door to be secured to no aval. I witnessed Lt Deschene administer an application of OC and staff entered the cell. Inmate Burrell resisted staffs efforts to control him and place him in restraints by kicking and flailing while face down on the lower bunk. I witnessed Lt Murphy deploy the taser and ultimately the inmate was placed in restraints. Inmate Burrell was assisted to his feet and escorted out of the cell.

**IMS Report Number:** 1894481
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** No **SC Signoff WithIn 5 Days:** **No**
**Shift Commander Comment:**
**Username:** JFREITAS
**Report:**
On January 23, 2020 I CO Donovan at approximately 22:26 while assigned to SOD responded with QRF to M2 Cell #13, for an unresponsive inmate. Upon entering the unit I provided suppport to SBCC Staff in the escort from M2 to HSU with inmate Burrell (W98330). This report was authored by CO Patrick Donovan and submitted by Lt. Joe Freitas. He has no active IMS account.

**IMS Report Number:** 1890189
**Supervisor Signoff:** No
**Supervisor Comment:**
**Shift Commander Signoff:** Yes **SC Signoff WithIn 5 Days:** **Yes**
**Shift Commander Comment:**
**Username:** TMNEWELL
**Report:**
On Thursday, January 23, 2020 at approximately 22:26. I, Officer Newell, while assigned to the SRT QRF detail at the Souza-Baranowski Correctional Center responded to a reported unresponsive inmate in M2 Cell 13 during the 22:00 major count which resulted in a spontaneous use of force involving inmate Burrell, Damante W98330. Upon responding to the unresponsive inmate in M2-13, I observed the cell window to be completely covered and the inmates within unresponsive to all verbal commands. A wicket check was conducted and the view of the cell was completely covered by a mattress. At this time the cell door was ordered opened partially and Inmate Burrell charged at the door and would not allow the door to be secured and made several attempts to escape the cell. The inmate had an item in his hand that appeared to be white cloth and was identified as the shield man as a weapon. Lt. Deschene gave Inmae Burrell multiple orders to step into the cell and allow the cell to be secured to which the inmate did not comply. Lt. Deschene then administered an application of OC and staff entered the cell. Inmate Burrell resisted staff's efforts to control him and place him in restraints by kicking and flailing while face down on the lower bunk. Lt. Murphy then deployed his taser and staff were able to place Inmate Burrell in restraints. Inmate Burrell was assisted to his feet and escorted out of his cell.

**Related Reports**

**(2 People) (2 Reports)**

| Name | Debrief | Why No Debrief | IMS Report |
|---|---|---|---|
| Spooner, Karl | No | Not entered | 1889665 |
| LaGrassa, Anthony | No | Not entered | 1897065 |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**IMS Report Number:** 1889665
**Supervisor Signoff:** No
**Shift Commander Signoff:** Yes
**Confidential:** N
**Commit Number:** W98330
**IMS Report Number:** 1889665
**Report Date:** 01/23/2020
**Entered By:** KTSPOONER
**Reported By:** KTSPOONER
On Thursday January 23, 2020 at approximately 2226 I, SGT. Spooner, while assigned to the HSU was involved in a spontaneous use of force involving inmate Burrell, Damante W98330. Specifically, on the above mentioned time and date inmate Burrell was escorted to the HSU out patient trauma room following a use of force in M2 -13 during the 2200 major count. Upon the inmates arrival to the HSU the inmate was placed on the trauma room gurney to be evaluated by medical. Inmate Burrell began to have a seizure on the gurney, I then removed the inmates right wrist from the restraint and re-secured his left and then his right upper extremities to the bars of the HSU gurney. The inmate was also spitting, requiring the application of a spit hood. At approximately 2339, following medical treatment, I removed the wrist and leg restraints ending the spontaneous use of force. All appropriate staff notified. EOR.
**Supervisor Signoff:**
**Supervisor Comment:**
**Shift Commander Signoff:** 01/23/2020
**Shift Commander Comment:**

**IMS Report Number:** 1897065
**Supervisor Signoff:** No
**Shift Commander Signoff:** Yes
**Confidential:** N
**Commit Number:** No COMMIT_NO
**IMS Report Number:** 1897065
**Report Date:** 01/23/2020
**Entered By:** APLAGRASSA
**Reported By:** APLAGRASSA
On 20200123 at approximately 2226. I, CO LaGrassa was involved in a spontaneous use of force on inmate W98330 Damante Burrell which resulted in this reporting Officer being seen by medical for an injury. A spontaneous use of force was used on inmate Burrell. Once the door was breached, I along with other responding staff entered the cell. While attempting to subdue a combative inmate I, CO LaGrassa did feel discomfort in my right elbow after placing inmate Burrell on the botom bunk. I, CO LaGrassa was seen by medical and did take a IA package but remained on duty. EOR.
**Supervisor Signoff:**
**Supervisor Comment:**
**Shift Commander Signoff:** 01/23/2020
**Shift Commander Comment:**

**Debriefing Held**

**Was debriefing held?** Yes
**Was video shown during debriefing?** Yes
**Explain why the video was shown.** Not Entered

| Form | Name | Debriefed |
|---|---|---|
| Used Force | Deschene, Robert | Yes |
| Used Force | LaGrassa, Anthony | Yes |
| Used Force | Landry, Francis | Yes |
| Used Force | Murphy, James | Yes |
| Used Force | Siegel, Adam | Yes |
| Used Force | Ziskind, Brandon | Yes |
| Witness | Nichols, Matthew | Yes |
| Witness | Feliciano, Raul | Yes |
| Witness | Levesque, Gary | Yes |
| Witness | Horton, Mario | Yes |
| Witness | Gentile, Alexander | Yes |
| Witness | Montanez, Jose | Yes |
| Witness | Lima, Seth | Yes |
| Witness | Peterson, Richard | Yes |
| Witness | Gearin, James | Yes |
| Witness | McCluskey, Steven | Yes |
| Witness | Mason, Steven | Yes |
| Witness | Fonseca, Zachary | Yes |
| Witness | Marchand, Jamie | Yes |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER