# EXHIBIT E

**Massachusetts Department of Corrections**
***Souza-Baranowski Correctional***
***1 Harvard Road***
***Shirley , MA01464***

# Nursing Progress Note

**Massachusetts Department of Correction**
**Health Services**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/24/2020 |

*Patient Problems:*

| *Observed Date* | *Category* | *Type* | *Problem* | *Confirmed By* |
|---|---|---|---|---|
| *01-21-2020* | *Acute* | *Injury* | *Unspecified injury of head, initial encounter* | *hospital* |
| *04-19-2019* | *Chronic* | *Resp* | *Unspecified asthma, uncomplicated* | *Marco Felipe Antunes Ribeiro* |

*Patient Allergies:*

| *Observed Date* | *Type* | *Allergy* | *Reaction* |
|---|---|---|---|
| *09-25-2018* | *Allergy Items* | *No Known Allergies* | |

*Patient Vitals:*

| *Observed Date* | *BP* | *Pulse* | *Resp* | *Temp* | *Pulse Ox* | *Weight* | *BMI* | *PF#1* | *PF#2* | *PF#3* | *Waist* |
|---|---|---|---|---|---|---|---|---|---|---|---|

Orders:

| **Medication** | **PRN** | **Dose** | **Schedule** | **Start Date** | **End Date** |
|---|---|---|---|---|---|
| (Levalbuterol Tartrate) Xopenex HFA 45 mcg/Actuation Aerosol Inhaler | True | 1.00 HFA Aerosol Inhaler | SBCC Facility: Q 6 Hours | 10/15/2019 6:00:00 PM | 4/12/2020 5:59:00 PM |
| ciclesonide HFA 80 mcg/actuation aerosol inhaler | False | 1.00 HFA Aerosol Inhaler | SBCC Facility: BID AM & HS | 1/7/2020 8:00:00 PM | 7/5/2020 7:59:00 PM |
| (Dextran 70-Hypromellose (PF)) Artificial Tears (PF) 0.1 %-0.3 % drops in a dropperette | True | 2.00 drop | SBCC Facility: TID AM PM & HS | 1/7/2020 3:32:00 PM | 7/5/2020 3:31:00 PM |

**Note Type** ○ ***Free Text*** ○ ***DAP*** ○ ***SOAPE***

*Added 01/24/2020 06:57 AM EST by CCapoccia RN*

*at 0650 I conducted a restraint check on this patient. Skin intact, mild abrasion to L wrist, CSM's intact, NAD, no medical complaints at this time. Restraints removed at this time.*

E-Signed by Christian Capoccia, RN on 01/24/2020 06:57 AM EST