# EXHIBIT F

L06680 01/27/20

* original given to IPS.
*KAJLMHC

ER / Ø

Massachusetts Department of Correction
Health Services
SICK CALL REQUEST FORM

Name: Derrick Washington ID#: W89316 Unit #: M-2

Date of Birth: 11/18/84 Date: 1/25/2020 Check ONLY One Box: ☐ Medical ☐ Dental ☑ Mental Health

Do you require an Interpreter: ☐ YES ☐ NO

Nature of problem or request: I am in a mental health crisis (a constant) as a result of bigoted officers being hateful and racist. Mental Health has not made any rounds since we've been on this 15 day lockdown and I need to desperately speak to someone daily. I'm unsafe and anxious - as I've been assaulted three times by racist guards.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: [signature] Date: 1/25/2020

************* DO NOT WRITE BELOW THIS AREA - PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA *************

Date/Time Received: 1/25/20 2000

Referred to: ☐ Nurse ☐ Provider ☑ Mental Health ☐ Dental ☐ Other

Institution: SBCC Slip Sorted By: Belle Alves

☐ Emergency ☐ Urgent ☑ Routine ☐ Administrative

Subjective:

Objective: T ______ P ______ R ______ B/P ______ W/T ______

Patient states "I feel safe and am not going to harm myself. I just want to be seen"

Assessment:

@ 2:05pm

Plan:

Education:

[signature] 1/30/20 2:05pm

Massachusetts Department of Correction
Health Services
SICK CALL REQUEST FORM

Name: Derrick Washington ID#: W89316 Unit #: M-2

Date of Birth: 11/18/84 Date: 1/27/2020 Check ONLY One Box: ☑ Medical ☐ Dental ☐ Mental Health

Do you require an Interpreter: ☐ YES ☐ NO

Nature of problem or request: I need my glasses I can't see nothing. Officers never brought mine. I have an order for some as well. (a new pair).

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: [signature] Date: 1/27/2020

************** DO NOT WRITE BELOW THIS AREA – PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA ************

Date/Time Received 0930 1/27/20

Referred to: ☑ Nurse ☐ Provider ☐ Mental Health ☐ Dental ☑ Other

Institution: SBCC Slip Sorted By: Ben Chen

☐ Emergency ☐ Urgent ☑ Routine ☐ Administrative

Subjective:

Objective: T ______ P ______ R ______ B/P ______ W/T ______

Assessment: 1/28/20 Glasses recd 12/20/19 – to booking for distribution

Plan:

B. Person, MKE

Education:

Massachusetts Department of Correction

Health Services

SICK CALL REQUEST FORM

Name: Derrick Washington ID#: W89316 Unit #: M-2

Date of Birth: 11/18/84 Date: 1/28/2020 Check ONLY One Box: ☑ Medical

Do you require an Interpreter: ☐ YES ☐ NO ☐ Dental

☐ Mental Health

Nature of problem or request: I've could not feel my the left side of my (left arm) arm since I was tasered mu ltiple times on 1/21/2020. My fingers are numb and I dropped a cup of water when trying to steady the cup. My leg has been numb also. I've been shaking throughout the day.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Derrick Washington Date: 1/28/2020

************** DO NOT WRITE BELOW THIS AREA – PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA ************

| Date/Time Received |
|---|
| 1/29/20 0800 |

Referred to: ☒ Nurse ☐ Provider ☐ Mental Health ☐ Dental ☐ Other

Institution: SBCC Slip Sorted By: K. Langone, RN

☐ Emergency ☐ Urgent ☒ Routine ☐ Administrative

Subjective:

100%

Objective: T ____ P 67 R 14 B/P 148/90 W/T 179 5'8"

(L) Arm - numb - x/wk - constant.
Both legs -
- Tased last wk

Assessment:

Plan: See NDP

Education:

Signature & Title: [signature] LPN Date: 1/31/2020 Time: 1605