# EXHIBIT G

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MEDICAL/MENTAL INMATE GRIEVANCE FORM

### FORWARD TO THE HEALTH SERVICE ADMINISTRATOR

**Name** WASHINGTON DERRICK A **Grievance#** 106965 **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W89316 **Housing** M2 **Date Of Incident** 20200125 **Date Of Grievance** 20200125

**Informal filed** Yes

**Complaint** "Lt. Deshane sprayed me with chemical agent on 1/23/2020 after I told him I'm an asthmatic. At 10:45 pm...they said I could not keep my asthma inhaler on my person. Then returned me to the m-2 unit without my asthma inhaler. My asthma inhaler is now missing and lost as of 1/25/2020"

**Remedy Requested** "I need my asthma inhaler/ monetary compensation"

**Staff Recipient** Beekx Yara Administrative Assistant

**Staff Involved**

**Signature**

## RECEIPT BY THE HEALTH SERVICE ADMINISTRATOR

**Date Received** 20200207 **Decision Date** 20200210

**Signature** Mburu David Health Services Administrator

**Final Decision** PARTIAL APPROVAL

**Decision** Inmate Washington,

I have reviewed your medical record and noted that you were given your inhaler on 2/5/2020. Your request for an inhaler is approved. Please note that compensatory damages are beyond the scope of the grievance process. Your request for monetary compensation is hereby denied.

**Signature** David Mburu HSA **Date** 2/10/2020

An appeal must be filled out within 10 working days from receipt of the decision by the HSA or designee. An inmate/patient may file an appeal directly with the Medical Grievance and Appeal Coordinator, by sending it to:

## INMATE RECEIPT

**Name** WASHINGTON DERRICK A **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W89316 **Grievance#** 106965 **Date Received** 20200207

**Signature.** Beekx Yara Administrative Assistant

#16965
2/7/2020 4B

# Wellpath
## Patient Medical, Dental, and Mental Health Grievance & Appeal Form

| | | |
|---|---|---|
| Facility: SBCC | Housing Unit: M-2 | Check level: |
| Patient First Name: Derrick Washington | ID#: W89316 | Grievance to HSA ☐ |
| Patient Last Name: Washington | Date of Birth: 11/18/84 | Appeal to Wellpath ☐ |

You are required to bring medical, dental and mental health grievances to the attention of the HSA or designee through one of the following informal means before submitting a formal grievance:

Please indicate:

| | | |
|---|---|---|
| Have you submitted a sick slip about the issue described? | Yes ☐ | No ☑ |
| Have you attended Staff Access: | Yes ☐ | No ☑ |
| Have you spoken to the HSA or DON? | Yes ☑ | No ☐ |

**Please read the following carefully:**

Step 1: Completed medical, dental and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

Step 2: You may appeal the grievance decision as follows:

- Utilize the same form to complete an appeal.
- An appeal must be postmarked within 10 business days from the grievance decision receipt.
- The appeal must be filed directly with the Wellpath Appeal Coordinator, by sending it to:

Wellpath
16 Chestnut Street
Suite 250
Foxborough, MA 02035
Attn: Appeal Coordinator

The decision of the Wellpath Appeal Coordinator is final.

**Summary of Complaint (Details Must Be Described In This Area - attach additional sheets if necessary):**

MEDICAL ☑ DENTAL ☐ MENTAL HEALTH ☐

Lt. Deshane sprayed me with chemical agents on 1/23/2020 after I told him I'm an asthmatic. At 10:45 PM.—they said I could not keep my asthma inhaler on my person. Then returned me to the M-2 unit without my asthma inhaler. My inhaler is now missing and lost as of 1/25/2020

**Remedy Requested (Must Be Detailed In This Area - attach additional sheets if necessary):**

I need my asthma inhaler/monetary compensation

| Patient Signature: | Date: |
|---|---|
| Derrick Wa[signature] | 1/25/2020 |

Healthcare Staff ONLY:

| Date Received: | Staff Recipient: | Routed To: |
|---|---|---|
| 2/7/2020 | | [signature] HSA |