# EXHIBIT H

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE FORM

## FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** WASHINGTON DERRICK A **Grievance#** 106977 **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W89316 **Housing** M2 **Date Of Incident** 20200123 **Date Of Grievance** 20200130

**Informal filed** No

**Complaint**

I was sprayed with chemical agents by Lt. Deschene on January 23 after telling him "I am asthmatic and have no involvement with my cell mates issues." My cellmate was agitated after unidentified tactical officers forced him into cell #13 with me from cell #12. Cell thirteen's high beam light will not turn off and Damante Burrell repeatedly requested to move from the cell or have the light fixed, he decided to deal with the issue in his own way. It is not my duty or obligation to intervene in his actions--nor shall I have to bear any punishment from any actions demonstrated by a cellmate or forced housing. I was am, throughout this prolonged night, punished for being a cellmate. Later, upon having consecutive asthma attacks from the use of force with chemical agents, I was moved to #15 cell in the M-2 unit and told by Captain Schwenk I could not have any sheets or blankets. The cell was freezing, she said I could only have a mattress. Around 2:00 A.M. Lt. forget, Sgt. Tocci, Sgt. Hills and C.O. Logan cuffed me up behind my back, aimed a canister of chemical agents at me, threatening to spray me, then placed a mattress inside the cell without any blankets or sheets. Still cuffed behind my back when I attempted to relinquish the cuffs, Sgt. Tocci or Lt. forget (couldn't see) began trying rip the cuffs off my wrist, causing [redacted] I asked "Why is the grievance officer assaulting me?" he said "I'm not serving in that capacity right now" and said "All Your grievances will be denied." The camera was in view shot to show officers yanking the cuffs on my wrist and NoT trying to remove the cuffs the proper way. Out of fear, I backed away. I was left in cuffs behind my back until 7:00 A.M. I urinated on myself twice throughout this time I was cuffed. IPS officer Colon removed the cuffs at 7:00 A.M. and brought me back to cell #13 where I was initially sprayed with Chemical agents, with the bright light stuck on.

**Remedy Requested**

Train officers in race-based training. Terminating all racist officers Lt. Forget, Sgt. Tocci, Deschene, Sgt. Hills and supervisors who participated in the cruel act of sprying me with chemical agents, denying me sheets and forcing me to urine on myself. Monetary Compensation.

**Staff Recipient** Olihovik Kristen L CPO I

**Staff Involved**

Forget Arthur D CO III
Logan Davell E CO I
Tocci Thomas M CO II
Hillis Ryan W CO II
Deschene Robert J CO III

**Signature**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL SUBJECT TO NON-DISCLOSURE AGREEMENT

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

**Name** WASHINGTON DERRICK A **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W89316 **Housing** M2 **Date Of Incident** 20200123 **Date Of Grievance** 20200130

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20200207 **Decision Date**

**Signature**

**Final Decision**

**Decision**

**Signature** **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institutional Grievance Coordinators decision.

## INMATE RECEIPT

**Name** WASHINGTON DERRICK A **Institution** SOUZA-BARANOWSKI CORRECTIONAL

**Commit No.** W89316 **Grievance#** 106977 **Date Received** 20200207

**Signature.** Olihovik Kristen L CPO I

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL SUBJECT TO NON-DISCLOSURE AGREEMENT