UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,
Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTIONS, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE,

Defendants.

C.A. NO: 1:23-cv-10063-MRG

**MOTION OF THE DEFENDANT, NURSE CHRISTIAN CAPOCCIA,**
**FOR LEAVE TO FILE EXHIBITS C, E, F, G, and H UNDER SEAL**

NOW COMES the Defendant, Christian Capoccia, R.N., pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts,

and respectfully moves for leave to file Exhibits C, E, F, G, and H to the Defendant's Motion for Summary Judgment under seal. As grounds for this request, the Defendant states as follows:

1. Exhibit C is documentation pertaining to a use of force on January 23, 2020. The documentation was produced by the Massachusetts Department of Correction during the course of discovery and bears the designation "Confidential- Subject to Protective Order" pursuant to the Protective Order entered in this action on February 10, 2026 (ECF No. 130).
2. Exhibits E and F consist of medical documentation relating to the health information of the Plaintiff, Derrick Washington.
3. Exhibits G and H consist of documentation pertaining to grievances submitted by the Plaintiff and contain Mr. Washington's private health information. Exhibit H was produced by the Massachusetts Department of Correction during the course of discovery and bears the designation "Confidential- Subject to Protective Order"
4. The Defendant requests the Exhibits C, E, F, G, and H be sealed until further order of the Court.

Respectfully submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*<u>/s/ Matthew D. Medoff</u>*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler | Cohen | Harvey | Wakeman | Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON, Plaintiff, | |
| v. | C.A. NO: 1:23-cv-10063-MRG |
| NURSE CHRISTIAN CAPOCCIA, et al., Defendants. | |

**DEFENDANTS' RULE 7.1**
**CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I, Matthew D. Medoff, Counsel for the Defendant, Christian Capoccia, R.N., conferred with counsel for the plaintiff and counsel for the Department of Corrections prior to the filing and service of this Motion in a good faith attempt to resolve or narrow the issues raised within. Specifically, on November 13, 2026, I conferred with counsel for the plaintiff and Counsel for the Department of Corrections regarding the instant Motion of the Defendant, Nurse Christian Capoccia, for Leave to File Exhibits C, E, F, G, and H Under Seal.

Respectfully submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*
Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674

lvaulding@adlercohen.com
mmedoff@adlercohen.com

Dated: November 13, 2026

## CERTIFICATE OF SERVICE

I, Matthew D. Medoff, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2026.

*/s/ Matthew D. Medoff*
Matthew D. Medoff, BBO #706871
mmedoff@adlercohen.com