**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Civ. Case No. 1:23-cv-10063 |

**DECLARATION OF SUMAYYA SALEH**

I, Sumayya Saleh, declare as follows:

1. I am an attorney at the law firm Rights Behind Bars, counsel of record for Plaintiff Derrick Washington in the above-captioned case. I submit this declaration in support of Plaintiff's Motion to Seal Summary Judgment Exhibits. I have personal knowledge of the matters discussed in this declaration.

2. Mr. Washington seeks an order permitting him to file unredacted versions of the following documents under seal, "until further order of the court," L.R. Civ. 7.2:

| Exhibit Number | Bates Number | Description |
|---|---|---|
| Exhibit 1 | WASH_0002384 | PHI; includes information about medical issues and test results unrelated to this case |
| Exhibit 2 | WASH_0002463 | PHI; includes information about medical issues and test results unrelated to this case |
| Exhibit 3 | WASH_0002370-71 | PHI; includes information about medical issues unrelated to this case and their corresponding care plans or test results, as well as medical histories of Mr. Washington's |

| | | |
|---|---|---|
| | | mother and grandfather |
| Exhibit 4 | R9 P735-756 | Attorneys' Eyes Only; MDOC internal policy regarding the use of chemical agents, specialty impact munitions/distraction devices, batons, and electronic control devices |
| Exhibit 5 | WASH_0002359-60 | PHI; includes information about medical issues unrelated to this case |
| Exhibit 6 | WASH_0002353-2354 | PHI; includes information about medical issues unrelated to this case and their corresponding care plans, as well as medical histories of Mr. Washington's mother and grandfather |
| Exhibit 7 | WASH_0004288 | PHI; relevant to this case |
| Exhibit 9 | WASH_0000378-383 | PHI; includes information about medical issues unrelated to this case and their corresponding care plans, as well as medical histories of Mr. Washington's mother and grandfather; lists PREA report and identifies potential prior sexual abuse at a previous facility |
| Exhibit 10 | WASH_0004286 | PHI; relevant to this case |
| Exhibit 11 | WASH_0000502 | PHI; relevant to this case |
| Exhibit 12 | WASH_0000370-376 | PHI; includes information about medical issues unrelated to this case and their corresponding care plans, as well as medical histories of Mr. Washington's mother and grandfather |
| Exhibit 13 | WASH_0001341 | PHI; relevant to this case |
| Exhibit 14 | WASH_0003454 | PHI; relevant to this case |

| | | |
|---|---|---|
| Exhibit 15 | WASH_0000501 | PHI; relevant to this case |
| Exhibit 16 | R86 P297 | Confidential; grievance filed by Mr. Washington related to use of force |
| Exhibit 18 | WASH_0001054 | PHI; relevant to this case |
| Exhibit 19 | M2UO1467 | Confidential; use of force video footage |
| Exhibit 21 | WASH_0004282 | PHI; relevant to this case |
| Exhibit 22 | WASH_0000365-70 | PHI; relevant to this case |
| Exhibit 23 | WASH_0001335 | PHI; relevant to this case |
| Exhibit 24 | WASH_0003408-3413 | PHI; includes information about medical issues unrelated to this case and their corresponding care plans, as well as medical histories of Mr. Washington's mother and grandfather |

3. Exhibits 1, 2, 3, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 18, 21, 22, 23, and 24 are all medical records that contain Mr. Washington's protected health information. Several of them also contained medical information about Mr. Washington's mother and grandfather, who are non-parties to this action. "Medical information" "universally is presumed to be private, not public." *United States v. Kravetz*, 706 F.3d 47, 63 (1st Cir. 2013)

4. Exhibits 4, 16, and 19 were designated as confidential or attorneys' eyes only by Defendant MDOC under the terms of the protective order (ECF No. 130). They implicate MDOC's correctional safety and security concerns, and MDOC has not authorized Mr. Washington to file them on the public docket.

5. Redacted versions of these exhibits will be attached to the motion to seal and the summary judgment motion, except for Exhibit 19. Exhibit 19 is a video that cannot be redacted or

electronically filed via CM/ECF.

6. With respect to all of the sealed documents, "the right of public access [will be] satisfied" because Mr. Washington has included the relevant information in his motion or statement of undisputed material facts. *See United States v. Curtis Oliver*, No. 1:16-CR-00137-JAW-1, 2024 WL 4544680, at *2 n.2 (D. Me. Oct. 22, 2024). In other words, it is "unnecessary" to file the complete medical records on the public docket "since the public [will have] the critical information" relevant to the adjudication of the summary judgment motion. *See id.*

7. Because of the inherently confidential nature of medical records, and the security concerns that MDOC identified in designating the corrections documents confidential, good cause exists to keep the documents sealed until further order of the court. *See* L.R. Civ. 7.2(a).

Under 28 U.S.C. § 1746, I declare under penalty of perjury that this information is true and correct.

Executed on November 13, 2026

*/s/ Sumayya Saleh*
Sumayya Saleh
*Counsel for Plaintiff Derrick Washington*