# Exhibit 1

contains protected health information

nsferring Conc

Washington Derrick 1018 11-18-84

[redacted]

Title Ellen Nicholson RN

*************************************************************** ********************************************

PTION REEN MCI Cedar Junction

Current MH/ Rash on face

Self report asthma; allergy to seafood/fish

Current ications Treatment Diet

albuterol (he has)

answers questions appropriate

Rashes / Infestations Rash on face R/t use of razor

Deformities: Acute / Chronic none obvious/reported

T 98.8 P 77 R 16 B/P 144/82 Wt 185

A: Medically cleared at Houstonic

uires an immediate

✓ General Pop.

✓ Routine Sick C

reatment / Access Information Giv

Gaswal 3.13.07 L. Gaswal MD

Receiving N natu [signature] RN

# Exhibit 2

contains protected health information

Department Corre[illegible]ion Management

| | | | |
|---|---|---|---|
| Inmate Name: Washington | Inmate # W99316 | | |

Circle

[redacted]

month 4 Discharged (disease)

| |
|---|
| Provider Signature: William Kurzweil |

# Exhibit 3

contains protected health information

**Type of Assessment:**

[redacted]

In Name: Washington

**9. Assessment:** *(As applicable, note adherence to treatment plan, medication profile, results of laboratory/diagnostic tests, and diagnoses.)*

[redacted]

**10. Plan:** *(As applicable: medication changes, laboratory/diagnostic test, immunizations, monitoring/treatment, specialty referrals, short-/long-term goals.)*

[redacted]

**11. Education / Counseling:** *(Check all that apply.)*

[redacted]

**12. Chronic Disease:** *(Check all that apply.)*

[redacted]

**14. Next Visit:** *(As applicable.)*

| | | |
|---|---|---|
| | | Chro ic Care: |

| Provider Signature: | Provider Name / Title: | Date: |
|---|---|---|
| | | |

# Exhibit 4

designated attorneys' eyes only
under protective order

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 5

contains protected health information

EL

In Na : Derrick

Type of Assessment:

[redacted]

1. General Description / Chief Complaint:

[redacted]

2. Personal History:

4. Review of Systems:

[redacted]

5. REA: (At periodic

[redacted]

[redacted]

ASSESSMENT FORM

Washington

**9. Assessm** *(As applicable, plan, profile, laboratory/diagnostic tests, diagnoses.)*

[redacted]

**1 Pla :** *(As applicable: changes, monitoring/treatment, specialty referrals, short-/long-term goals.)*

[redacted]

**12. Ch ni Dise se:** *(Check th t apply.)*

[redacted]

**14. Next Visit:** *(As applicable.)*

**Chronic Care:**

| Provider Signature: | Provider N / Titl | Date: |
|---|---|---|
| | | |

# Exhibit 6

contains protected health information

**Type of Assessment:**

**1. General Description / Chief Complaint:**

[redacted]

| **2. Personal History:** | **3. Family History:** | **4. Review of Systems:** |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |

**5. PREA:** *(At initial and periodic health assessments.)*

[redacted]

[redacted]

Inmate Name:

**9. Assessment:** *(As applicable, note adherence to treatment plan, medication profile, results of laboratory/diagnostic tests, and diagnoses.)*

[redacted]

**10. Plan:** *(As applicable: medication changes, laboratory/diagnostic test, immunizations, monitoring/treatment, specialty referrals, short-/long-term goals.)*

[redacted]

**11. Education / Counseling:** *(Check all that apply.)*

[redacted]

**12. Chronic Disease:** *(Check all that apply.)*

[redacted]

| Provider Signature: | Provider Name / Title: | Date: |
|---|---|---|
| | | |

# Exhibit 7

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley, MA 01464*

**Medication Order**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WASHINGTON, DERRICK | 2670081 | W89316 | 11/18/1984 | 7/2/2018 |

## Order Overview

**Ordered By:** Kolchinsky, Sarah on 09/23/2018 09:26PM

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

# Exhibit 9

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

☐ *Patient refused Assessment*

Type of Health Assessment:
- ☐ *Initial*
- ☐ *Periodic*
- ☐ *Chronic Disease*
- ☐ ***Appropriate Refusal of Treatment paperwork completed***

Type of Health Assessment:
- ☐ *Initial*
- ☐ *Periodic*
- ☑ *Chronic Disease*

***Complete sections 1-11 and 14***
***Complete sections 1-4 and 6-14***

[redacted]

Orders:

No Applicable Data Found For Patient

**SUBJECTIVE**

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

[redacted]

**OBJECTIVE**

[redacted]

**Physical Examination: (Perform as indicated by personal history and/or chronic disease.)**

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

[redacted]

**ASSESSMENT**

**Assessment: (As applicable, note adherence to treatment plan, medication profile, results of laboratory/diagnostic tests, and diagnoses.)**

[redacted]

**PLAN**

**Plan: (As applicable: medication changes, laboratory/diagnostic test, immunizations, monitoring/treatment, specialty referrals, short-/long-term goals.)**



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
**Massachusetts Department of Correction**
**Health Services**

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

**Plan: (As applicable: medication changes, laboratory/diagnostic test, immunizations, monitoring/treatment, specialty referrals, short-/long-term goals.)**

[redacted]

**Education / Counseling: (Check all that apply.)**

[redacted]

**Chronic Disease: (Check all that apply.)**

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

[redacted]

**Next Visit: (As applicable.)**

**Follow-Up:** ***If a follow-up visit is required, based on degree of control or clinical indicators, please note on provider order sheet.***



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/14/2019 |

**Follow-Up:** ***If a follow-up visit is required, based on degree of control or clinical indicators, please note on provider order sheet.***

**Next Visit:**

Chronic Care:
- ☑ *6 Months*
- ☐ *Discontinue Chronic Care*

Health Assessment: ○ *1 year* ○ *3 years*



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Exhibit 10

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley, MA 01464*

## Medication Order

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
| --- | --- | --- | --- | --- |
| WASHINGTON, DERRICK | 2670081 | W89316 | 11/18/1984 | 10/15/2019 |

### Order Overview

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Exhibit 11

contains protected health information

Massachusetts Department of Corrections
Souza-Baranowski Correctional
1 Harvard Road
Shirley, MA 01464
xxx

**Keep On Person (KOP) Medication Distributed**
**Massachusetts Department of Correction Health Services**

Status: ☑ Adult ☐ Juvenile

| Patient Name | Patient Number | Booking Number | Date of Birth | Month |
|---|---|---|---|---|
| WASHINGTON, DERRICK A | 2670081 | W89316 | 11/18/1984 | December |

| | | Quantity | Date | Next Pick | | Nurse |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

# Exhibit 12

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

[redacted]

Patient Problems:

[redacted]

Orders:

| Medication | PRN Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| [redacted] | | | | |



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

[redacted]

**OBJECTIVE**

*Patient Vitals:*

[redacted]

**Physical Examination: (Perform as indicated by personal history and/or chronic disease.)**

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

[redacted]

## ASSESSMENT

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

## Assessment Form
Massachusetts Department of Correction
Health Services

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

[redacted]

**Most Recent Results: (As applicable.)**

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

☐ LIPIDS:

**Next Visit: (As applicable.)**

**Follow-Up:** ***If a follow-up visit is required, based on degree of control or clinical indicators, please note on provider order sheet.***

**Next Visit:**

Chronic Care: ☑ *6 Months*

☐ *Discontinue Chronic Care*

Health Assessment: ○ *1 year* ○ *3 years*

# Exhibit 13

contains protected health information

**Massachusetts Department of Corrections**
***Souza-Baranowski Correctional***
***1 Harvard Road***
***Shirley, MA 01464***

# Medication Order

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| WASHINGTON, DERRICK | 2670081 | W89316 | 11/18/1984 | 1/7/2020 |

## Order Overview

**Ordered By:** Ribeiro, Marco Felipe on 01/07/2020 03:32PM

[redacted]

E-Signed by Marco Felipe Antunes Ribeiro n 01/07/2020 03:32 PM EST



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Exhibit 14

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Infirmary Progress Note**
**Massachusetts Department of Correction**
**Health Services**

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 1/22/2020 |

[redacted]

Orders:

| Medication | PRN | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|---|
| [redacted] | | | | | |

Note Type ◉ *Free Text* ○ *DAP* ○ *SOAPE*

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Exhibit 15

contains protected health information

Massachusetts Department of Corrections
Souza-Baranowski Correctional
1 Harvard Road
Shirley, MA 01464
xxx

| Keep On Person (KOP) Medication Distributed<br>Massachusetts Department of Correction Health Services | | | Status: ☑ Adult ☐ Juvenile | |
|---|---|---|---|---|
| Patient Name<br>WASHINGTON, DERRICK A | Patient Number<br>2670081 | Booking Number<br>W89316 | Date of Birth<br>11/18/1984 | Month<br>January |

| | Medication Name & Strength | Quantity | Date | Next Pick | | Nurse |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# Exhibit 16

designated confidential under protective order

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

INMATE GRIEVANCE FORM

FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

Name WASHINGTON DERRICK A Grievance# 106977 Institution SOUZA-BARANOWSKI CORRECTIONAL

Commit No. W89316 Housing M2 Date Of Incident 20200123 Date Of Grievance 20200130

Informal filed No

Complaint [redacted]

Remedy Requested

Staff Recipient Olihovik Kristen L CPO I

Staff Involved
Forget Arthur D CO III
Logan Davell E CO I
Tocci Thomas M CO II
Hillis Ryan W CO II
Deschene Robert J CO III

Signature

CONFIDENTIAL ORDER

# Exhibit 18

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Use of Chemical Agents**
**Massachusetts Department of Correction**
**Health Services**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 3/5/2020 |

**An affirmative response to any of the following shall constitute a Contraindication for the use of chemical agents**

| | |
|---|---|
| Asthma or COPD | [redacted] |
| Current acute respiratory infection (i.e., bronchitis, pneumonia). | |
| Significant heart disease manifested by frequent angina or recent MI | |
| Recent hospitalization or medical condition that would preclude the use of force or chemical agent. | |
| Open skin lesion or burns | |
| Other, please specify below: | |

E-Signed by Colleen Dunham Rayne, LPN on 03/05/2020 02:56 PM EST



E-Signed by Deanna L Benjamin, Nurse Practitioner on 03/11/2020 07:56 AM EST

# Exhibit 21

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley, MA 01464*

**Medication Order**

WellPath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| WASHINGTON, DERRICK | 2670081 | W89316 | 11/18/1984 | 4/6/2020 |

**Order Overview**

**Ordered By:** Ribeiro, Marco Felipe on 04/06/2020 10:16AM

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

# Exhibit 22

contains protected health information

[redacted]

# Exhibit 23

contains protected health information

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
**Massachusetts Department of Correction**
**Health Services**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

☐ *Patient refused Assessment*

Type of Health Assessment:
☐ *Initial*
☐ *Periodic*
☐ *Chronic Disease*
☐ ***Appropriate Refusal of Treatment paperwork completed***

[redacted]

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| [redacted] | | | | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| [redacted] | | | |

Orders:

| Medication | PRN | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|---|
| [redacted] | | | | | |

**SUBJECTIVE**



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
**Massachusetts Department of Correction**
**Health Services**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

[redacted]

**PREA: (At initial and periodic health assessments.)**

Prior to/during incarceration, were you ever sexually abused? [redacted]

Prior to/during incarceration, were you ever sexually abusive?

**OBJECTIVE**

*Patient Vitals:*

[redacted]

**Physical Examination: (Perform as indicated by personal history and/or chronic disease.)**

[redacted]



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

[redacted]

## ASSESSMENT

**Assessment: (As applicable, note adherence to treatment plan, medication profile, results of laboratory/diagnostic tests, and diagnoses.)**

[redacted]

## PLAN

***Plan: (As applicable: medication changes, laboratory/diagnostic test, immunizations, monitoring/treatment, specialty referrals, patient specific goals.)***

[redacted]

**Education / Counseling: (Check all that apply.)**

[redacted]

**Chronic Disease: (Check all that apply.)**

[redacted]

☐ Seizures



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
Massachusetts Department of Correction
Health Services

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

[redacted]



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER

Massachusetts Department of Corrections
*Souza-Baranowski Correctional*
*1 Harvard Road*
*Shirley , MA01464*

**Assessment Form**
**Massachusetts Department of Correction**
**Health Services**

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| DERRICK A WASHINGTON | 2670081 | W89316 | 11/18/1984 | 9/18/2020 |

[redacted]

**Next Visit: (As applicable.)**

**Follow-Up:** ***If a follow-up visit is required, based on degree of control or clinical indicators, please note on provider order sheet.***

**Next Visit:**

Chronic Care: ☑ *6 Months*
☐ *Discontinue Chronic Care*

Health Assessment: ○ *1 year* ○ *3 years*

E-Signed by Marco Felipe Antunes Ribeiro, Nurse Practitioner on 10/05/2020 04:21 PM EST



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER