UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DERRICK WASHINGTON,
Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTIONS, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON as Trustee of the Wellpath Liquidating Trust, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE,

Defendants.

C.A. NO: 1:23-cv-10063-MRG

**MOTION OF THE DEFENDANT, NURSE CHRISTIAN CAPOCCIA,**
**<u>FOR SUMMARY JUDGMENT</u>**

NOW COMES the Defendant, Christian Capoccia, R.N., and hereby moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter

summary judgment in his favor as to Count VI of the Plaintiff's First Amended Complaint, the only count asserted against him.

As grounds for this Motion, the Defendant submits the accompanying Memorandum of Law and Concise Statement of Material Facts as to which there is no genuine issue to be tried, together with Exhibits, incorporated by reference therein.

WHEREFORE, the Defendant, Christian Capoccia, R.N., prays that this Honorable Court grant his Motion for Summary Judgment as to Count VI of the Plaintiff's First Amended Complaint.

Respectfully submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

Dated: November 13, 2026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK WASHINGTON,<br>Plaintiff,<br><br>v.<br><br>NURSE CHRISTIAN CAPOCCIA, et al.,<br><br>Defendants. | C.A. NO: 1:23-cv-10063-MRG |

**DEFENDANT'S RULE 7.1**
**CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I, Matthew D. Medoff, Counsel for the Defendant, Christian Capoccia, R.N., conferred with counsel for the plaintiff and counsel for the Department of Corrections prior to the filing and service of this Motion and were unable to resolve the issues within. Specifically, on November 13, 2026, I conferred with counsel for the plaintiff and Counsel for the Department of Corrections regarding the instant Motion of the Defendant, Nurse Christian Capoccia, for Summary Judgment.

Respectfully submitted,
The Defendant,
CHRISTIAN CAPOCCIA, R.N.,
By His Attorneys,

*/s/ Matthew D. Medoff*

Lori K. Vaulding, BBO #678404
Matthew D. Medoff, BBO #706871
Adler│Cohen│Harvey│Wakeman│Guekguezian, LLP
2 Oliver Street, 10th Floor, Suite 1005
Boston, MA 02109
(617) 423-6674
lvaulding@adlercohen.com
mmedoff@adlercohen.com

**CERTIFICATE OF SERVICE**

I, Matthew D. Medoff, counsel for the defendant, Christian Capoccia, hereby certify a copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2026.

*/s/ Matthew D. Medoff*
Matthew D. Medoff, BBO #706871
mmedoff@adlercohen.com