**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br>*Plaintiff*,<br>v.<br>MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,<br>*Defendants*. | Case No. 1:23-cv-10063 |

**PLAINTIFF DERRICK WASHINGTON'S STATEMENT OF UNDISPUTED MATERIAL FACTS UNDER L.R. 56.1**

Per Local Rule 56.1, Plaintiff submits the following statement of material facts.

**A. Background**

1. Massachusetts Department of Correction ("MDOC") is a Massachusetts state agency that "oversees the state prison system" and "provide[s] custody, care, and programming for those under [its] supervision." *See* Exhibit 31, "MDOC Website (last visited on November 12, 2026)," at 1; ECF No. 206, DOC Defendants' Amended Answer to Plaintiff's First Amended Complaint, ¶¶ 1, 12, 46.

2. MDOC is a recipient of federal funding. *See* Exhibit 24, "*Briggs v. Mass. Dep't of Correction*, No. 15-CV-40162-GAO, 2021 WL 3709815, at *2 n.2 (D. Mass. Aug. 20, 2021)," at 3.

3. Souza Baranowski Correctional Center ("SBCC") is a MDOC maximum security prison located in Shirley, Massachusetts. *See* Exhibit 30, "MDOC Souza Baranowski Correctional Center Website (last visited on November 12, 2026)," at 2; ECF No. 206 ¶¶ 1, 46.

4. MDOC had policies that governed the responsibilities, restrictions, and regulations of medical staff from Wellpath (MDOC's medical contractor) who worked at SBCC. *See* Exhibit 27, "C. Capoccia Deposition Transcript (August 13, 2026)," at 59:5-19, 60:15-20, 61:18-21; Exhibit 28, "DOC Defendants' Responses to Plaintiff's First Set of Interrogatories (August 14, 2026)," at 7, Response No. 13.

5. Mr. Washington began serving his prison sentence in MDOC custody on February 26, 2007. *See* Exhibit 25, "Orientation Checklist (June 6, 2023)"; ECF No. 206 ¶ 41.

*6.* Between October 17, 2018 and June 1, 2023, Mr. Washington was incarcerated at SBCC. *See* Exhibit 25; ECF No. 206 ¶¶ 3, 41.

**B. Mr. Washington's Asthma and Treatment.**

7. Mr. Washington has had asthma since childhood. *See* Exhibit 1, "Medical Record (March 6, 2007); *see* Exhibit 2, "Medical Record (December 2, 2008)."

8. Before his incarceration, Mr. Washington relied on daily access to an albuterol inhaler to manage his asthma. *See* Exhibit 29, "D. Washington Deposition Transcript (August 20, 2026)," at 31:12-18, 32:10-19, 33:3-9.

9. Since the beginning of Mr. Washington's incarceration at MDOC and throughout his period of incarceration, MDOC has documented Mr. Washington's asthma diagnosis and provided treatment. *See* Exhibit 1; Exhibit 3, "Medical Record (May 5, 2015)"; Exhibit 5, "Medical Record (June 6, 2017)"; Exhibit 6, "Medical Record – Assessment Form (July 2, 2018)"; Exhibit 12, "Medical Record – Assessment Form (January 7, 2020)," at 1-4, 6; Exhibit 23, "Medical Record – Wellpath Assessment Form (September 18, 2020)," at 1-2, 4.

10. Throughout his incarceration with MDOC, Mr. Washington has needed ongoing medical management and chronic care for his asthma. *See* Exhibit 1; Exhibit 3; Exhibit 5; Exhibit 6; Exhibit 12, at 1, 3-4, 6; Exhibit 23, at 1-2, 4.

11. As part of his ongoing asthma management while in MDOC custody, Mr. Washington relies on an albuterol rescue inhaler, which he uses multiple times per day to manage his asthma symptoms. *See* Exhibit 1; Exhibit 12 at 1; Exhibit 23 at 2.

12. Throughout Mr. Washington's incarceration, MDOC medical personnel designated his albuterol inhaler as a "Keep-On-Person" ("KOP") medication, so he has immediate access to treatment rather than needing to request it from medical or correctional personnel when his asthma symptoms arise. *See* Exhibit 7, "Medical Record – Medication Order (July 2, 2018)"; Exhibit 10, "Medical Record (October 15, 2019)"; Exhibit 11, "Medical Record (December 21, 2019)"; Exhibit 13, "Medical Record – Medication Order (January 7, 2020)"; Exhibit 15, "Medical Record (January 25, 2020)"; Exhibit 21, "Medical Record (April 6, 2020)"; Exhibit 29, at 39:23-40:9.

13. Between January 14, 2019, and September 18, 2020, MDOC medical personnel repeatedly documented goals to reduce Mr. Washington's asthma symptoms and to reduce his need to use his albuterol inhaler to no more than 2 times per week. *See* Exhibit 9, "Medical Record (January 14, 2019)," at 4; Exhibit 12 at 3; Exhibit 23 at 4.

14. On January 7, 2020, SBCC medical personnel evaluated Mr. Washington, where he described his asthma control as poor and worsening, and reported using his rescue inhaler five to six times per day. *See* Exhibit 12 at 1.

15. On January 7, 2020, in response to Mr. Washington's reported worsening symptoms, SBCC medical personnel escalated his treatment and prescribed a maintenance

inhaled corticosteroid (ciclesonide). *See id.* at 4; Exhibit 22, "Medical Record – Medication Order (September 18, 2020)."

16. On January 22, 2020, Mr. Washington requested his KOP inhaler, but it was unavailable because MDOC correctional officers had seized his property. *See* Exhibit 14, "Medical Record (January 22, 2020)."

17. On January 22, 2020, Katie Langone, a registered nurse employed by Wellpath Health Services at SBCC, assured Mr. Washington that MDOC personnel would address any breathing difficulties he experienced by providing nebulizer treatments until they replaced his KOP inhaler. *See id.*

**C. Mr. Washington's Asthma-Induced Respiratory Limitations**

18. Mr. Washington reported experiencing wheezing and difficulty breathing, as documented in his medical records. *See id.*; Exhibit 23 at 2.

19. Mr. Washington's asthma affects his ability to sleep. *See* Exhibit 23 at 4.

20. Mr. Washington has reported that he awakens with nighttime asthma symptoms, including wheezing, approximately five nights per week. *See* Exhibit 9 at 1, 4.

21. Mr. Washington has also experienced periods during which his asthma symptoms cause intermittent shortness of breath throughout the day. *See* Exhibit 10; Exhibit 23 at 2.

**D. Chemical Agents Trigger Mr. Washington's Asthma Symptoms**

22. Oleoresin capsicum ("OC") is a chemical agent. *See* Exhibit 4, "February 2019 MDOC Chemical Agents Specialty Impact Munitions/Distraction Devices/Batons, and Electronic Control Devices Guidelines and Procedures No. 103 DOC 509," at 5.

23. MDOC records identify asthma as a condition that contraindicates exposure to chemical agents. *See* Exhibit 8, "October 2018 Use of Chemical Agent Contraindication Form Blank."

24. During the January 23, 2020 Use of Force incident, Defendant Deschene dispensed OC spray into Mr. Washington's cell. *See* Exhibit 26, "R. Deschene Deposition Transcript (June 9, 2026)," at 93:8-95:20.

25. During the Use of Force incident on January 23, 2020, Mr. Washington stated that he had asthma. *See id.* at 108:22-24.

26. On January 30, 2020, Mr. Washington filed a grievance notifying MDOC that he suffered consecutive asthma attacks following his exposure to chemical agents. *See* Exhibit 16, "Inmate Grievance Form (January 30, 2020)."

27. On March 5, 2020, at approximately 3:20 p.m. EST, various MDOC correctional officers engaged in a planned Use of Force on Mr. Washington. *See* Exhibit 17, "Incident Report" (March 5, 2020); Exhibit 19, "Video of Use of Force Incident (March 5, 2020)"; Exhibit 20, "Letter from Superintendent S. Kenneway re: Use of Force Incident (March 30, 2020)."

28. Before the planned Use of Force on March 5, 2020, Colleen Dunham Rayne, LPN, electronically signed a medical form at approximately 2:56 p.m. EST identifying Mr. Washington's asthma as a contraindication to the use of chemical agents. *See* Exhibit 18, "Use of Chemical Agents Form Completed (March 5, 2020)."

29. During the planned Use of Force incident on March 5, 2020, before Defendant Rayner dispensed OC spray into Mr. Washington's cell, Mr. Washington told MDOC officers that he had asthma. *See* Exhibit 18; Exhibit 19; Exhibit 20.

30. Following the March 5, 2020 Use of Force incident, Mr. Washington received a nebulizer treatment after reporting shortness of breath. *See* Exhibit 17; Exhibit 19.

31. Mr. Washington continued to suffer from asthma following the primary Use of Force incidents at issue in this litigation, on January 21, January 23-24, and March 5, 2020. *See* Exhibit 23.

32. Mr. Washington still relies on a KOP inhaler to manage his asthma symptoms. *See* Exhibit 29 at 33:3-15.

Dated: November 13, 2026

Submitted by,

*/s/ Sumayya Saleh*

Sumayya Saleh (*pro hac vice*)
Derrick Luster (*pro hac vice*)
RIGHTS BEHIND BARS
1800 M Street NW FNT 1 #33821
Washington, D.C. 20033
(t) +1 (202) 455-4399
derrick@rightsbehindbars.org
sumayya@rightsbehindbars.org

Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia Bevans (*pro hac vice*)
Jayden Rush (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 (212) 446 2300
(f) +1 (212) 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jrush@bsfllp.com

*Counsel for Plaintiff Derrick Washington*