**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Civ. Case No. 1:23-cv-10063 |

**DECLARATION OF SUMAYYA SALEH**

I, Sumayya Saleh, declare as follows:

1. I am an attorney at the law firm Rights Behind Bars, counsel of record for Plaintiff Derrick Washington in the above-captioned case. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment. I have personal knowledge of the matters discussed in this declaration.

2. Exhibit 1 is a true and correct copy of a medical record for Mr. Washington from March 6, 2007. Mr. Washington is moving to file the unredacted version under seal.

3. Exhibit 2 is a true and correct copy of a medical record for Mr. Washington from December 2, 2008. Mr. Washington is moving to file the unredacted version under seal.

4. Exhibit 3 is a true and correct copy of a medical record for Mr. Washington from May 5, 2015. Mr. Washington is moving to file the unredacted version under seal.

5. Exhibit 4 is an internal MDOC policy 103 DOC 509, "Chemical Agents, Specialty Impact Munitions/Distraction Devices, Batons, and Electronic Control Devices," dated January 30, 2017.

6. Exhibit 5 is a true and correct copy of a medical record for Mr. Washington from June 6, 2017. Mr. Washington is moving to file the unredacted version under seal.

7. Exhibit 6 is a true and correct copy of a medical record for Mr. Washington from July 2, 2018. Mr. Washington is moving to file the unredacted version under seal.

8. Exhibit 7 is a true and correct copy of a medical record for Mr. Washington from July 2, 2018. Mr. Washington is moving to file the unredacted version under seal.

9. Exhibit 8 is a true and correct copy of a blank MDOC Use of Chemical Agents form, dated October 2018.

10. Exhibit 9 is a true and correct copy of a medical record for Mr. Washington from January 14, 2019. Mr. Washington is moving to file the unredacted version under seal.

11. Exhibit 10 is a true and correct copy of a medical record for Mr. Washington from October 15, 2019. Mr. Washington is moving to file the unredacted version under seal.

12. Exhibit 11 is a true and correct copy of a medical record for Mr. Washington from December 21, 2019. Mr. Washington is moving to file the unredacted version under seal.

13. Exhibit 12 is a true and correct copy of a medical record for Mr. Washington from January 7, 2020. Mr. Washington is moving to file the unredacted version under seal.

14. Exhibit 13 is a true and correct copy of a medical record for Mr. Washington from January 7, 2020. Mr. Washington is moving to file the unredacted version under seal.

15. Exhibit 14 is a true and correct copy of a medical record for Mr. Washington from January 22, 2020. Mr. Washington is moving to file the unredacted version under seal.

16. Exhibit 15 is a true and correct copy of a medical record for Mr. Washington from January 25, 2020. Mr. Washington is moving to file the unredacted version under seal.

17. Exhibit 16 is a true and correct copy of a grievance Mr. Washington submitted on

January 30, 2020. Mr. Washington is moving to file the unredacted version under seal.

18. Exhibit 17 is a true and correct copy of an MDOC incident report, dated March 5, 2020.

19. Exhibit 18 is a true and correct copy of a medical record for Mr. Washington from March 5, 2020. Mr. Washington is moving to file the unredacted version under seal.

20. Exhibit 19 is a true and correct copy of video footage produced by MDOC of the Use of Force incident on March 5, 2020. Mr. Washington is moving to file it under seal.

21. Exhibit 20 is a true and correct copy of a memo from Superintendent Steven Kenneway regarding the March 5, 2020 Use of Force on Mr. Washington, dated March 30, 2020.

22. Exhibit 21 is a true and correct copy of a medical record for Mr. Washington from April 6, 2020. Mr. Washington is moving to file the unredacted version under seal.

23. Exhibit 22 is a true and correct copy of a medical record for Mr. Washington from September 18, 2020. Mr. Washington is moving to file the unredacted version under seal.

24. Exhibit 23 is a true and correct copy of a medical record for Mr. Washington from September 18, 2020. Mr. Washington is moving to file the unredacted version under seal.

25. Exhibit 24 is a true and correct copy of the August 20, 2021 decision in *Briggs v. Massachusetts Dep't of Corr.*, No. 15-40162-GAO, 2021 WL 3709815 (D. Mass. Aug. 20, 2021).

26. Exhibit 25 is a true and correct copy of an MDOC orientation checklist, dated June 6, 2023.

27. Exhibit 26 is a true and correct copy of the deposition transcript of Defendant Robert Deschene, which took place on June 9, 2026.

28. Exhibit 27 is a true and correct copy of the deposition transcript of Defendant Christian Capoccia, which took place on August 13, 2026.

29. Exhibit 28 is a true and correct copy of Defendant MDOC's response to Plaintiff's first set of interrogatories, served August 14, 2026.

30. Exhibit 29 is a true and correct copy of the deposition transcript of Plaintiff Derrick Washington, which took place on August 20, 2026.

31. Exhibit 30 is a true and correct PDF of the Massachusetts Department of Corrections webpage for the Souza-Baronowski Correctional Center, last viewed on November 12, 2026.

32. Exhibit 31 is a true and correct PDF of the Massachusetts Department of Corrections Website, last viewed on November 12, 2026.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that this information is true and correct.

Executed on November 13, 2026

*/s/ Sumayya Saleh*
Sumayya Saleh
*Counsel for Plaintiff Derrick Washington*