**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:23-cv-10063 |

**INDEX OF EXHIBITS IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | 2007.03.06 Medical Record* |
| 2 | 2008.12.02 Medical Record* |
| 3 | 2015.05.05 Medical Record* |
| 4 | February 2019 MDOC Chemical Agents Specialty Impact Munitions/Distraction Devices/Batons, and Electronic Control Devices Guidelines and Procedures No. 103 DOC 509* |
| 5 | 2017.06.06 Medical Record* |
| 6 | 2018.07.02 Medical Record –Assessment Form* |
| 7 | 2018.07.02 Medical Record – Medication Order* |
| 8 | October 2018 Use of Chemical Agent Contraindication Form Blank |
| 9 | 2019.01.14 Medical Record* |
| 10 | 2019.10.15 Medical Record* |
| 11 | 2019.12.21 Medical Record* |
| 12 | 2020.01.07 Medical Record- Assessment Form* |
| 13 | 2020.01.07 Medical Record- Medication Order* |
| 14 | 2020.01.22 Medical Record* |
| 15 | 2020.01.25 Medical Record* |
| 16 | 2020.01.30 Inmate Grievance Form* |
| 17 | 2020.03.05 Incident Report |
| 18 | 2020.03.05 Use of Chemical Agents Form Completed* |
| 19 | 2020.03.05 Video of Use of Force Incident* |

| | |
|---|---|
| 20 | 2020.03.20 Letter from Superintendent S. Kenneway re Use of Force Incident |
| 21 | 2020.04.06 Medical Record* |
| 22 | 2020.09.18 Medical Record- Medication Order* |
| 23 | 2020.09.18 Medical Record - Wellpath Assessment Form* |
| 24 | 2021.08.20 Briggs v Massachusetts Department of Correction Opinion |
| 25 | 2023.06.06 Orientation Checklist |
| 26 | 2026.06.09 R. Deschene Deposition Transcript |
| 27 | 2026.08.13 C. Capoccia Deposition Transcript |
| 28 | 2026.08.14 DOC Defendants' Responses to Plaintiff's First Set of Interrogatories |
| 29 | 2026.08.20 D. Washington Deposition Transcript |
| 30 | 2026.11.12 MDOC Souza Baranowski Correctional Center Website |
| 31 | 2026.11.12 MDOC Website |

*Plaintiff is moving to file unredacted versions of these exhibits under seal.