# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\- - - - - - - - - - - - - - - - - - - - x

DERRICK WASHINGTON,
Plaintiff,

v.

Civil Action
No. 1:23-cv-10063

MASSACHUSETTS DEPARTMENT OF CORRECTIONS, WELLPATH LIQUIDATING TRUST, MATTHEW J. DUNDON AS TRUSTEE OF THE WELLPATH LIQUIDATING TRUST, SUPERINTENDENT STEVE KENNEWAY, LIEUTENANT ROBERT DESCHENE, LIEUTENANT ARTHUR FORGET, SERGEANT RYAN HILLIS, SERGEANT THOMAS TOCCI, OFFICER ANTHONY CATALANO, OFFICER JOSHUA GAGNON, NURSE CHRISTIAN CAPOCCIA, SERGEANT ARTHUR BARNES, OFFICER JOSEPH CUMMINGS, OFFICER NICHOLAS DUMONT, OFFICER ZACHARY FONSECA, OFFICER DANIEL HOLLENBACH, OFFICER ERIC LAWSON, SERGEANT NATHAN OWEN, OFFICER CORY SHEPHERD, OFFICER JEFFREY PEPOLI, SERGEANT BRIAN RAYNER, OFFICER ROBERT BASHAW, OFFICER RAYMOND SIMULA, OFFICER SERGIO CACIOPPO, OFFICER THOMAS MEMBRINO, OFFICER DAVID GILMAN, OFFICER RYAN KALRIESS, MEDICAL DIRECTOR DOE, AND NURSE DOE,
Defendants.

\- - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF DERRICK WASHINGTON
MCI-Shirley
104 Harvard Road
Shirley, Massachusetts
August 20, 2026
10:15 a.m.

Julie A. Mercier, RPR and Notary Public

A. 2005, 2006.
Q. Then after the Berkshire County Jail, where did you go next?
A. Northampton.
Q. Is that another county facility?
A. Yeah. County facility.
Q. And for what time period were you at Northampton?
A. Several months.
Q. Was that several months in 2006?
A. Yeah. Up to the beginning of 2007.
Q. And after Northampton, where did you go?
A. To Ludlow County Jail.
Q. For what time period were you at that facility?
A. For up until I was transferred into state prison, which is 2007.
Q. And when you first were transferred into state custody, what facility were you at?
A. MCI-Cedar Junction.
Q. For what time period were you at Cedar Junction?
A. From 200 -- well, let me correct that.

A. To Souza-Baranowski.
Q. Okay. And how long did you remain at Souza-Baranowski?
A. From 2018 to 2023.
Q. And in 2023 where were you transferred?
A. To MCI-Shirley.
Q. And that's where you're currently housed; is that correct?
A. Correct.
Q. Sir, are you currently married?
A. No.
Q. Have you ever been married?
A. No.
Q. Do you have any children?
A. Yes.
Q. How many children do you have?
A. One.
Q. Do you have contact with your child?
A. No.
Q. When was the last time you had contact with your child?
A. Probably almost a year ago.
Q. And what's your child's name?
A. Derrick Washington.

Q. Do you recall when you were diagnosed with asthma?

A. As long as I can remember. I was born with asthma.

Q. Beyond asthma, do you have any recollection of other medical conditions you had prior to January of 2020?

A. I can't recall right now.

Q. Is it fair to say that you had asthma prior to being incarcerated?

A. Yes.

Q. Prior to being incarcerated, did you receive any treatment for your asthma?

A. Yes.

Q. What treatment did you receive for your asthma prior to being incarcerated?

A. A nebulizer and an as asthma inhaler, albuterol asthma inhaler.

Q. And the nebulizer, can you describe that for me?

A. It's, like, a machine with a facemask.

Q. Do you remember how long you had that nebulizer for?

A. I can't remember how long I had that

for.

Q. At any point since being incarcerated, have you used a nebulizer?

A. Yeah, I use it if I don't have my asthma inhaler.

Q. And the asthma inhaler that you had prior to being incarcerated, was that an inhaler that you used at scheduled times?

A. So can you clarify the question?

Q. Do you remember the inhaler you had prior to being incarcerated?

A. I carry an inhaler with me.

Q. So prior to being incarcerated back in 2005, did you have an inhaler to treat your asthma?

A. Yes.

Q. Do you remember the type of inhaler you had?

A. Albuterol.

Q. And was that albuterol inhaler, did you take it when you had symptoms or did you take it every day routinely at a particular time?

A. Just when I had symptoms.

Q. Like as needed, is that a fair word to

keep-on-person inhaler because it was on your person?
A. Yeah, when it was on my person.
Q. Do you remember when you were first issued a keep-on-person inhaler?
A. I've had it throughout my entire incarceration.
Q. Years; is that fair?
A. Yes.
Q. Have you ever been told the circumstances under which the keep-on-person inhaler could be confiscated?
A. No.
Q. Have you had your keep-on-person inhaler confiscated at any time between when you were first issued it and January of 2020?
A. Yes.
Q. For what time period was it confiscated?
A. Can you add on to what you mean by "confiscated"?
Q. Sure. I can back up and rephrase it.
Have there been time periods during incarceration when the keep-on-person inhaler has

been taken from you and you didn't have access to the keep-on-person inhaler?

A. Yes.

Q. Was that one occasion or has it been several?

A. It's been several.

Q. Do you know how many times approximately the keep-on-person inhaler has been taken from you?

A. I can't give you an exact number.

Q. Has it been more than five?

A. Likely.

Q. So during those time frames when you don't have access to the keep-on-person inhaler, are you able to receive an inhaler from another source?

A. No.

Q. Are you able to request an inhaler from Medical?

A. No.

Q. You're familiar with the sick slip process; is that correct?

A. Yes.

Q. Have you ever submitted a sick slip for

access to an inhaler when you have not had access to the keep-on-person?
A. I'm not sure.
Q. Would you have been able to put on a sick slip that you wanted access to an inhaler?
A. I could have, yeah. I can put that on a sick slip.
Q. When was the most recent time that you did not have access to a keep-on-person inhaler?
A. At Souza-Baranowski.
Q. Do you recall what year that was?
A. 2021.
Q. And for how long in 2021 did you not have access to a keep-on-person inhaler?
A. I'm not sure.
Q. Was it days or longer?
A. I'm not sure.
Q. Sir, do you recall meeting Nurse Capoccia?
A. Yes.
Q. What do you recall about Nurse Capoccia -- strike that.
Do you recall what Nurse Capoccia looks like?

A. It was really brief.
Q. When you say, "really brief," how long was it?
A. Probably no longer than six to eight minutes, if that.
Q. What else do you recall about that interaction?
A. I was -- I was just really distraught at the time.
Q. When you say you were really distraught, why were you really distraught?
A. The prior night I had been left in handcuffs the entire night.
Q. At approximately what time did you have that interaction with Nurse Capoccia on January 24, 2020?
A. The early morning.
Q. And where were you located at the time of that interaction?
A. I was in the M2 Unit.
Q. And that was at Souza-Baranowski?
A. Yeah.
Q. Do you recall what cell you were in the M2 Unit?

Q. Do you remember what day that was?
A. I believe it was January 21st or January 20th. I think it was the 21st.
Q. So from that point forward, you didn't have access to the keep-on-person inhaler?
A. That's correct.
Q. Do you remember when that inhaler was returned to you?
A. I'm not sure.
Q. After January 24, 2020, did you have any further contact with Nurse Capoccia?
A. No.
Q. So following your interaction with Nurse Capoccia on January 24, 2020, were you experiencing any symptoms?
A. Excuse me?
Q. So after that interaction on the 24th, were you experiencing any symptoms?
A. Yes.
Q. What symptoms were you experiencing?
A. Asthma, wheezing, labored breathing.
Q. Any other symptoms?
A. Possibly.
Q. Do you recall experiencing any other

try to get some type of medical treatment because the conditions were so -- we were so deprived, but to my understanding, a sick slip is a request. A grievance is, like, a complaint and a request at the same time.

Q. In your experience would one be acted on quicker than another? Like, would the sick slip be acted on quicker than the grievance or would the grievance be acted on quicker than the sick slip?

A. I'm not sure.

Q. You're familiar with both processes, is that fair, both the sick slip process and the grievance process?

A. Yes.

Q. During this time frame were you able to have recreation time or was there something going on at the facility that precluded that?

A. There was something going on at the facility that precluded it.

Q. Do you remember when the next time after January 24, 2020 you were able to have recreation time?

A. I'm not certain.