**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,<br><br>Defendants. | Case No. 1:23-cv-10063-MRG |

**PLAINTIFF'S NOTICE OF DISCOVERY DEVELOPMENT**

Plaintiff Derrick Washington ("Plaintiff" or "Mr. Washington") respectfully submits this Notice to advise the Court that the existence of the *Silva-Prentice* footage is no longer in dispute.

On August 1, 2026, the parties filed their Second Joint Discovery Statement, in which Plaintiff sought an order requiring Defendant Massachusetts Department of Correction ("DOC") to produce alleged footage from the *Silva-Prentice* matter discussing a plan to harm Mr. Washington. (*See* ECF No. 201). The Court directed Plaintiff, if he wished to pursue the matter, to submit a declaration from the individual who informed Plaintiff's counsel of the footage. (*See* ECF No. 211). Plaintiff submitted that declaration on September 2, 2026 (the "DeJuneas Declaration").

On September 18, 2026, the parties agreed that DOC would produce, by September 22, 2026, "all video footage containing audio . . . from January 22, 2020 that was provided to plaintiffs' counsel in the *Silva-Prentice* matter." (*See* ECF No. 214). At the October 29, 2026 discovery hearing, the Court asked whether DOC had produced, and whether Plaintiff had located, the alleged *Silva-Prentice* footage. Since that hearing, Plaintiff has located the footage.

As described in the accompanying Declaration of Julia Alison Bevan, Plaintiff located the footage using identifying features described in the DeJuneas Declaration, which required approximately seven minutes of video review. (Bevan Decl. ¶¶ 10–11). The footage contains audio matching the description in the DeJuneas Declaration. (*Id.*)

Dated: November 23, 2026

*/s/ Julia Alison Bevan*

Sabina Mariella (*pro hac vice*)
John Lyons (BBO No. 569500)
Katherine Zhang (*pro hac vice*)
Julia A. Bevan (*pro hac vice*)
Jayden Rush (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(f) +1 212 446 2380
smariella@bsfllp.com
jlyons@bsfllp.com
kzhang@bsfllp.com
jbevan@bsfllp.com
jrush@bsfllp.com

Derrick Luster (*pro hac vice*)
Sumayya Saleh (*pro hac vice*)
RIGHTS BEHIND BARS
416 Florida Ave NW #26152
Washington, DC 20001
(t) + 1 202 455 4399
derrick@rightsbehindbars.org
sumayya@rightsbehindbars.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2026, I electronically filed the foregoing with the Clerk of the District of Massachusetts by using the CM/ECF system, which automatically sends an electronic notification with this filing to all counsel of record.

Dated: November 23, 2026

*/s/ Julia Alison Bevan*
Julia Alison Bevan

*Attorney for Plaintiff*