**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DERRICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION et al.,<br><br>Defendants. | Case No. 1:23-cv-10063-MRG<br><br>**DECLARATION OF JULIA ALISON BEVAN IN SUPPORT OF PLAINTIFF'S NOTICE OF DISCOVERY DEVELOPMENT** |

I, Julia Alison Bevan, declare as follows:

1. I am an attorney and associate at the law firm Boies Schiller Flexner LLP, counsel of record for Plaintiff Derrick Washington in the above-captioned action. I submit this declaration in support of Plaintiff's Notice of Discovery Development. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. On August 1, 2026, Plaintiff requested, through a joint discovery statement, that the Court order the Massachusetts Department of Correction ("DOC") Defendants to produce video footage from the *Silva-Prentice* matter, based on the belief that audio recorded on January 22, 2020 documented the planning of the January 23, 2020 attack on Mr. Washington. (*See* ECF No. 201 at 8–9).

3. The Court ordered Plaintiff to submit a sworn declaration from the "individual [that] informed Plaintiff's counsel that a directly relevant audio recording exists and was produced in the *Silva-Prentice* litigation." (ECF No. 211 at 2–3).

4. Plaintiff's counsel submitted that declaration (the "DeJuneas Declaration") to the Courtroom Clerk on September 2, 2026.

5. The DeJuneas Declaration describes reviewing audio footage from a housing unit on the afternoon of January 22, 2020, and identifies relevant audio regarding Mr. Washington between approximately the 26:30 and 27:58 time stamps.

6. On September 9, 2026, the Court held a hearing regarding the footage and ordered the parties to submit a joint notice proposing a resolution concerning the alleged *Silva-Prentice* footage. (*See* ECF No. 214).

7. Accordingly, on September 18, 2026, the parties filed a joint notice under which DOC Defendants agreed to transmit "all video footage containing audio . . . from January 22, 2020 that was provided to plaintiffs' counsel in the *Silva-Prentice* matter" by September 22, 2026. (ECF No. 217).

8. On October 20, 2026, I contacted counsel for DOC Defendants to inform them that Plaintiff's counsel had not yet received the footage. Counsel for DOC Defendants provided a mailing receipt dated September 22, 2026 and represented that, after inquiring with USPS, they were unable to locate the package. Counsel for DOC Defendants further represented that they mailed a new USB drive on October 21, 2026.

9. Plaintiff's counsel received the new package on Tuesday, October 27, 2026, and promptly began downloading the footage.

10. On October 29, 2026, I began reviewing footage from the N2 housing unit. I opened each video file and went to the 26:30 time stamp identified in the DeJuneas Declaration. In the third video file I opened, file name VTS_01_3.VOB, at the 26:30 time stamp, I heard a phone ring and an officer answer, "Freitas." I believe this to be the phone call described in the DeJuneas Declaration. The officer went on to say, "I'm not doing nothing with Washington right now . . . we'll deal with him tomorrow . . . he can stay there for another night and rest up . . . so he can get bit tomorrow."

11. Once the files were downloaded onto my computer, it took me approximately seven minutes to locate the footage in question.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026

*/s/ Julia Alison Bevan*

JULIA ALISON BEVAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2026, I electronically filed the foregoing with the Clerk of the District of Massachusetts by using the CM/ECF system, which automatically sends an electronic notification with this filing to all counsel of record.

Dated: November 23, 2026

*/s/ Julia Alison Bevan*
Julia Alison Bevan

*Attorney for Plaintiff*